**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>        Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB; ABDEL AZIZ; USA FENCING; SHANNON DOUGHERTY; MAC BROWN; and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>        Defendants. | Civil Action No. 2:25-cv-18011<br><br><br>**DEFENDANT USOPC'S CORPORATE DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1(a), Defendant United States Olympic & Paralympic Committee ("USOPC"), through its undersigned counsel, certifies that the USOPC is a federally chartered nonprofit corporation with no parent corporation and no stock.

Respectfully submitted,

Dated: November 26, 2025

s/ *Christopher S. Porrino*
Christopher S. Porrino
Jarrett R. Schindler
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500
cporrino@lowenstein.com
jschindler@lowenstein.com
*Attorneys for Defendants*
*USOPC & Mac Brown*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher S. Porrino, being of full age, hereby certify as follows:

1.      I am a partner of the law firm Lowenstein Sandler LLP, counsel for Defendants United States Olympic & Paralympic Committee ("USOPC") and Mac Brown.

2.      I certify that on November 26, 2025, I caused a true and correct copy of this Corporate Disclosure Statement to be served upon Plaintiff's counsel as follows:

> **<u>Via FedEx and Email</u>**
> Susan M. Cirilli, Esq.
> Spector Gadon Rosen Vinci P.C.
> One Logan Square, Suite 1800
> 130 N. 18th Street
> Philadelphia, PA 19103
> SCirilli@sgrvlaw.com

3.      I further certify that on November 26, 2025, I caused a true and correct copy of this Corporate Disclosure Statement to be served upon Counsel for Defendants USA Fencing, Abdel Aziz, and Shannon Dougherty as follows:

> **<u>Via FedEx and Email</u>**
> Claudia A. Costa, Esq.
> Goldberg Segalla LLP
> 711 3rd Avenue, Suite 1900
> New York, NY 10017-4013
> ccosta@goldbergsegalla.com

4.      I further certify that on November 26, 2025, I caused a true and correct copy of this Corporate Disclosure Statement to be served upon Defendant Premier Fencing Club as follows:

**Via FedEx**
Premier Fencing Club
142 Talmadge Road
Edison, NJ 08817

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 26, 2025                    *s/ Christopher S. Porrino*
                                             Christopher S. Porrino