# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>  Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>  Defendants. | **Civil Action No. 2:25-cv-18011**<br><br>**NOTICE OF APPEARANCE**<br><br>Document Electronically Filed |

**PLEASE TAKE NOTICE** that Barry T. Albin, undersigned partner of the law firm Lowenstein Sandler LLP, hereby enters his appearance as counsel of record for Defendants United States Olympic & Paralympic Committee and Mac Brown.

Dated: November 26, 2025

*s/ Barry T. Albin*
Barry T. Albin
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500
balbin@lowenstein.com
*Attorney for Defendants*
*USOPC & Mac Brown*