Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants*
*Abdel Aziz, USA Fencing Association*
*(incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE, <br><br> Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME <br><br><br> **RULE 7.1 DISCLOSURE OF DEFENDANT USA FENCING ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF") certifies that no publicly-held corporation owns 10% or more of USAF.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: _/s/ Aimée S. Lin_
  Claudia A. Costa, Esq.
  Aimée S. Lin, Esq.

  711 Third Avenue, Suite 1900
  New York, New York 10017-4013
  646-292-8700
  ccosta@goldbergsegalla.com
  alin@goldbergsegalla.com

  *Attorneys for Defendants*
  *Abdel Aziz, USA Fencing Association*
  *(incorrectly pleaded as USA Fencing), and*
  *Shannon Daugherty (incorrectly pleaded as*
  *Shannon Dougherty)*

Dated: December 2, 2025

2