Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants*
*Abdel Aziz, USA Fencing Association*
*(incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br>ABDEL AZIZ, USA FENCING,<br>SHANNON DOUGHERTY, MAC BROWN,<br>and UNITED STATES OLYMPIC AND<br>PARALYMPIC COMMITTEE,<br><br>Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br><br><br>**APPLICATION FOR EXTENSION OF<br>TIME TO ANSWER, MOVE OR<br>OTHERWISE REPLY TO THE<br>COMPLAINT PURSUANT TO<br>LOCAL CIV. R. 6.1(b)** |

Defendants Adbel Aziz, USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty), collectively, "Defendants," by their attorneys, Goldberg Segalla LLP, hereby apply for a Clerk's Order extending time within which Defendant may answer, move, or otherwise reply to the Complaint filed by plaintiff Dinah Yukich ("Plaintiff") herein; in support of this application, Defendants state as follows:

1.  Defendant United States Olympic and Paralympic Committee removed this action to this court on November 26, 2025;

2.     Defendants have not made a previous request for an extension before this court;

and

3.     The time for Defendants to answer, move or otherwise reply to the Complaint

expires on December 3, 2025.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**


By: _/s/ Aimée S. Lin_
     Claudia A. Costa, Esq.
     Aimée S. Lin, Esq.

     711 Third Avenue, Suite 1900
     New York, New York 10017-4013
     646-292-8700
     ccosta@goldbergsegalla.com
     alin@goldbergsegalla.com

     *Attorneys for Defendants*
     *Abdel Aziz, USA Fencing Association*
     *(incorrectly pleaded as USA Fencing), and*
     *Shannon Daugherty (incorrectly pleaded as*
     *Shannon Dougherty)*

Dated: December 2, 2025

## ORDER

The above application is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply to the Complaint is extended to _____, 2025.

Dated: _____, 2025

MELISSA E. RHOADS, Clerk of Court



By: _____
             Deputy Clerk

2