

**Barry T. Albin**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 597-6100
E: balbin@lowenstein.com

December 2, 2025

**VIA ECF**                                                                                      **ORDER**

Honorable André M. Espinosa, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    **Dinah Yukich v. Premier Fencing Club, Abdel Aziz, USA Fencing, Shannon Dougherty, Mac Brown, and United States Olympic and Paralympic Committee**
            **Civil Action No. 25-18011 (KSH) (AME)**

Dear Judge Espinosa:

This law firm was recently retained to represent Defendants United States Olympic & Paralympic Committee ("USOPC") and Mac Brown in the above-referenced case. Under Local Civil Rule 6.1(b), we write to respectfully request that the Court (i) extend the deadline for the USOPC and Mac Brown to move dismiss, answer, or otherwise respond to the Complaint to January 19, 2026, and (ii) extend the deadline for Plaintiff Dinah Yukich to respond to any such motion to dismiss or answer until March 5, 2026. Plaintiff joins in this extension request.

The USOPC and Mac Brown were served with the Complaint on October 28, 2025. On November 26, 2025, the USOPC removed this case from the Superior Court of New Jersey to the United States District Court, District of New Jersey. (ECF No. 1). The current deadline for the USOPC and Mac Brown to respond to the Complaint is December 3, 2025. The USOPC and Mac Brown have not previously sought to extend this deadline.

Since our retention, this law firm has worked diligently to investigate the facts and the law needed to respond to the Complaint. Those efforts are ongoing and, given the complexities of this case, we contacted Susan M. Cirilli, Esq., counsel for Plaintiff, to request an extension until January 19, 2026 to move to dismiss, answer, or otherwise respond to the Complaint. Ms. Cirilli graciously consented to that request and the USOPC and Mr. Brown agreed to a reciprocal extension, until March 5, 2026, for Plaintiff to respond to any answer or motion to dismiss filed by the USOPC or Mr. Brown. Based on the parties' agreement, we respectfully ask the Court by this letter to So Order the following briefing schedule:

1. The USOPC and Mac Brown will move to dismiss, answer, or otherwise respond to the Complaint by January 19, 2026.

---

NEW YORK      PALO ALTO      NEW JERSEY      UTAH      WASHINGTON, D.C.      Lowenstein Sandler LLP

December 2, 2025
Page 2

2. Plaintiff will file an opposition to any such motion to dismiss, or respond to any such answer, by March 5, 2026.

3. Any reply briefs in further support of the USOPC and Mr. Brown's motion to dismiss shall be filed in accordance with the Local Civil Rules.

We thank the Court for considering this request.

Respectfully submitted,                                       So Ordered this <u>3rd</u> day of <u> December  </u>, 2025

<u>*s/ Barry T. Albin*</u>                                             <u>    */s/ André M. Espinosa*                        </u>
Barry T. Albin                                                Hon. André M. Espinosa, U.S.M.J.


cc:    Susan M. Cirilli, Esq. (via email & FedEx)



December 2, 2025
Page 3

## CERTIFICATE OF SERVICE

I, Barry T. Albin, being of full age, hereby certify as follows:

1. I am a partner of the law firm Lowenstein Sandler LLP, counsel for Defendants United States Olympic & Paralympic Committee ("USOPC") and Mac Brown.

2. I certify that on December 2, 2025, I caused a true and correct copy of this document to be served upon Plaintiff's counsel as follows:

> **Via FedEx and Email**
> Susan M. Cirilli, Esq.
> Spector Gadon Rosen Vinci P.C.
> One Logan Square, Suite 1800
> 130 N. 18th Street
> Philadelphia, PA 19103
> SCirilli@sgrvlaw.com

3. I further certify that on December 2, 2025, I caused a true and correct copy of this document to be served upon Counsel for Defendants USA Fencing, Abdel Aziz, and Shannon Dougherty as follows:

> **Via FedEx and Email**
> Claudia A. Costa, Esq.
> Goldberg Segalla LLP
> 711 3rd Avenue, Suite 1900
> New York, NY 10017-4013
> ccosta@goldbergsegalla.com

4. I further certify that on December 2, 2025, I caused a true and correct copy of this document to be served upon Defendant Premier Fencing Club as follows:

> **Via FedEx**
> Premier Fencing Club
> 142 Talmadge Road
> Edison, NJ 08817

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2025                    *s/ Barry T. Albin*
                                            Barry T. Albin

