Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants*
*Abdel Aziz, USA Fencing Association*
*(incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br>**CONSENT ORDER** |

AND NOW, IT IS ORDERED on this ___ day of _____, 2025, on consideration of the stipulation to modify the schedule for defendants Abdel Aziz, USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (collectively, "Defendants") to answer, move or otherwise respond to the Complaint of plaintiff Dinah Yukich ("Plaintiff") as follows:

1. Defendants shall answer, move or otherwise respond to the Complaint on or before February 2, 2026;

2. To the extent Defendants move with respect to the Complaint, Plaintiff shall file her opposition on or before March 19, 2026;

3. Defendants shall reply on or before April 2, 2026; and

4. The Motion Day shall be April 6, 2026.

Defendants made one previous request for an extension pursuant to L. Civ. R. 6.1(b) of two weeks, which was granted. Defendants' current deadline to answer, move or otherwise respond to the Complaint is December 17, 2025.

Dated: December 9, 2025

| **GOLDBERG SEGALLA LLP** | **SPECTOR GADON ROSEN VINCI P.C.** |
|---|---|
| By: /s/ Aimée S. Lin <br> Aimée S. Lin, Esq. | By: *Susan M. Cirilli* /with permission <br> Susan M. Cirilli, Esq. |
| 711 Third Avenue, Suite 1900 <br> New York, New York 10017-4013 <br> *Attorneys for Defendants* <br> *Abdel Aziz, USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)* | 305 Broadway, 7th Floor <br> New York, New York 10007 <br> *Attorneys for Plaintiff* |

Dated:_____

SO ORDERED,

_____
Hon. André M. Espinosa, U.S.M.J.

2