Aimée S. Lin, Esq.
Claudia A. Costa, Esq.
**GOLDBERG SEGALLA LLP**
<u>Mailing address:</u>  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com
*Attorneys for Defendants*
*Abdel Aziz, USA Fencing Association (incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>                Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br>ABDEL AZIZ, USA FENCING,<br>SHANNON DOUGHERTY, MAC BROWN,<br>and UNITED STATES OLYMPIC AND<br>PARALYMPIC COMMITTEE,<br><br>                Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br><br><br>**NOTICE OF MOTION TO DISMISS BY DEFENDANTS USA FENCING ASSOCIATION, SHANNON DAUGHERTY AND ABDEL AZIZ** |

TO:    Susan M. Cirilli, Esq.
        **SPECTOR GADON ROSEN VINCI P.C.**
        305 Broadway, 7th Floor
        New York, New York 10007
        acirilli@sgrvlaw.com

**PLEASE TAKE NOTICE** that, defendants USA Fencing Association (incorrectly

pleaded as USA Fencing) ("USAF"), Shannon Daugherty (incorrectly pleaded as Shannon

Dougherty) ("Daugherty"), and Abdel Aziz ("Aziz") will move before the Hon. André M.

Espinosa, at the Martin Luther King Jr. Courthouse, 50 Walnut Street, Courtroom 2D, Newark,

New Jersey 07102 on January 20, 2026, at 10 a.m. or other date and time as set by the Court, for an Order:

Pursuant to Federal Rule of Civil Procedure 12(b)(2), dismissing the Complaint for lack of personal jurisdiction over USAF and Daugherty, collectively, the "USAF Defendants;"

Pursuant to *forum non conveniens*, dismissing the Complaint as to the USAF Defendants;

Pursuant to Federal Rule of Civil Procedure 12(b)(6):

1. Dismissing Count Two of the Complaint against Aziz for failure to allege aiding and abetting liability under the New York State Human Rights Law, N.Y. Exec. Law §§ 290, *et seq*. (the "NYSHRL");

2. Dismissing Count Three of the Complaint against USAF for failure to allege aiding and abetting liability under the NYSHRL;

3. Dismissing Count Four of the Complaint against Daugherty for failure to allege aiding and abetting liability under the NYSHRL;

4. Dismissing Count Seven of the Complaint as to the USAF Defendants and Aziz for failure to allege sufficiently conduct that satisfies the pleading requirements of a claim of intentional infliction of emotional distress; or

5. Dismissing Count Eight of the Complaint of civil conspiracy as to the USAF Defendants and Aziz for not pleading a viable underlying tort.

The USAF Defendants and Aziz will rely upon the attached Brief, and Certification of Claudia A. Costa, Esq., together with exhibits, in support of this Motion.

A proposed form of Order is attached.

Oral argument is requested.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: _/s/ Aimée S. Lin_____

Aimée S. Lin, Esq.
Claudia A. Costa, Esq.
**GOLDBERG SEGALLA LLP**
Mailing address:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com

_Attorneys for Defendants_
_Abdel Aziz, USA Fencing Association_
_(incorrectly pleaded as USA Fencing), and_
_Shannon Daugherty (incorrectly pleaded as_
_Shannon Dougherty)_

Dated: December 23, 2025