Aimée S. Lin, Esq.
Claudia A. Costa, Esq.
**GOLDBERG SEGALLA LLP**
<u>Mailing address</u>:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com

*Attorneys for Defendants*
*Abdel Aziz, USA Fencing Association*
*(incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>                    Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>                    Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br>**CERTIFICATION OF AIMÉE S. LIN, ESQ. IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS USA FENCING ASSOCIATION, SHANNON DAUGHERTY AND ABDEL AZIZ** |

I, Aimée S. Lin, Esq., of full age, hereby certify as follows:

1.      I am an attorney admitted to practice law before this Court and represent defendants USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF"), Shannon Daugherty (incorrectly pleaded as Shannon Dougherty) ("Daugherty") and Abdel Aziz ("Aziz"), in the above-captioned matter. I make this Certification in Support of the Motion to Dismiss by defendants USAF, Daugherty, and Aziz, to dismiss the Complaint of plaintiff Dinah Yukich ("Plaintiff").

54755505

2.      Attached as <u>Exhibit A</u> is a true and current copy of the Complaint in the above-referenced matter.

3.      Attached as <u>Exhibit B</u> is a true and correct copy of the unpublished decision in *Oliver v. Funai Corp.*, No. 14-4532, 2015 U.S. Dist. LEXIS 169998 (Dec. 21 2015).

4.      Attached as <u>Exhibit C</u> is a true and correct copy of the unpublished decision in *Petrucelli v. Fusin*, 642 Fed. Appx. 108 (3d Cir. 2016).

5.      Attached as <u>Exhibit D</u> is a true and correct copy of the unpublished decision in *Nelligan v. Zaio Corp.*, 2011 U.S. Dist. LEXIS 28628 (D.N.J. March 21, 2011.

6.      Attached as <u>Exhibit E</u> is a true and correct copy of the unpublished decision in *Nicholas v. Saul Stone & Co., LLC*, No. 97-860, 1998 U.S. Dist. LEXIS 22977 (D.N.J. June 30, 1998).

7.      Attached as <u>Exhibit F</u> is true and correct copy of the unpublished decision in *Tech. Dev. Co. v. Onischenko*, 174 Fed. Appx. 117 (3d Cir. 2006).

8.      Attached as <u>Exhibit G</u> is a true and correct copy of the unpublished decision in *Samuels v. Urb. Assembly Charter Sch. for Comput. Sci.*, No. 23-1379, 2024 U.S. Dist. LEXIS 157139 (S.D.N.Y. Aug. 30, 2024).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

By: */s/ Aimée S. Lin*
      Aimée S. Lin, Esq.

Dated: December 23, 2025

54755505