Aimée S. Lin, Esq.
Claudia A. Costa, Esq.
**GOLDBERG SEGALLA LLP**
<u>Mailing address</u>:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com

*Attorneys for Defendants*
*Abdel Aziz, USA Fencing Association*
*(incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>                   Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br>ABDEL AZIZ, USA FENCING,<br>SHANNON DOUGHERTY, MAC BROWN,<br>and UNITED STATES OLYMPIC AND<br>PARALYMPIC COMMITTEE,<br><br>                   Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br><br><br>**PROPOSED ORDER** |

**THIS MATTER** having come before the Court on the motion of Goldberg Segalla LLP, attorneys for defendants USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF"), Shannon Daugherty (incorrectly pleaded as Shannon Dougherty) ("Daugherty"), and Abdel Aziz ("Aziz"), for an Order dismissing the Complaint of plaintiff Dinah Yukich ("Plaintiff") for an Order:

54755511

Pursuant to Federal Rule of Civil Procedure 12(b)(2), dismissing the Complaint for lack of personal jurisdiction over USAF and Daugherty, collectively, the "USAF Defendants;"

Pursuant to *forum non conveniens*, dismissing the Complaint as to the USAF Defendants'

Pursuant to Federal Rule of Civil Procedure 12(b)(6):

    1. Dismissing Count Two of the Complaint against Aziz for failure to allege aiding and abetting liability under the New York State Human Rights Law, N.Y. EXEC. LAW §§ 290, *et seq.* (the "NYSHRL");

    2. Dismissing Count Three of the Complaint against USAF for failure to allege aiding and abetting liability under the NYSHRL;

    3. Dismissing Count Four of the Complaint Daugherty for failure to allege aiding and abetting liability under the NYSHRL;

    4. Dismissing Count Seven of the Complaint as to the USAF Defendants and Aziz for failure to allege sufficiently conduct that satisfies the pleading requirements of a claim of intentional infliction of emotional distress; or

    5. Dismissing Count Eight of the Complaint of civil conspiracy as to the USAF Defendants and Aziz for not pleading a viable underlying tort; and

the Court having considered the moving papers and argument of counsel, if any, and for good cause shown,

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that the Motion of defendants USAF, Daugherty, and Aziz is hereby **GRANTED**; and it is further

54755511

**ORDERED** that Plaintiff's Complaint is hereby dismissed as to the USAF Defendants and Aziz.

_____, U.S.M.J.

Dated: _____, 2026

54755511