Aimée S. Lin, Esq.
Claudia A. Costa, Esq.
**GOLDBERG SEGALLA LLP**
Mailing address:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com
*Attorneys for Defendants Abdel Aziz, USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>                    Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br>ABDEL AZIZ, USA FENCING,<br>SHANNON DOUGHERTY, MAC BROWN,<br>and UNITED STATES OLYMPIC AND<br>PARALYMPIC COMMITTEE,<br><br>                    Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br>**CERTIFICATION OF SERVICE** |

    I, Aimée S. Lin, here by certify that a true and correct copies of the foregoing Notice of Motion to Dismiss by Defendants USA Fencing Association, Shannon Daugherty, and Abdel Aziz, Certification of Aimée S. Lin, Esq., together with exhibits, brief in support, and Proposed Order were served via CM/ECF on this 23rd day of December, 2025 upon:

> Susan M. Cirilli, Esq.
> **SPECTOR GADON ROSEN VINCI P.C.**
> 305 Broadway, 7th Floor
> New York, New York 10007
> acirilli@sgrvlaw.com

Dated: December 23, 2025                         */s/ Aimée S. Lin*
                                                                      Aimée S. Lin, Esq.

54767819