UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>　　　　　　Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br><br>**NOTICE OF APPEARANCE OF CLAUDIA A. COSTA, ESQ.** |

**PLEASE TAKE NOTICE** that Claudia A. Costa, Esquire, hereby enters an appearance as counsel of record on behalf of Defendants Abdel Aziz, USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty), in this action.

**PLEASE TAKE FURTHER NOTICE** that copies of all papers served in this matter should be served upon Claudia A. Costa, Esquire (ccosta@goldbergsegalla.com).

　　　　　　　　　　　　　　　　　　**GOLDBERG SEGALLA LLP**
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Abdel Aziz, USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

　　　　　　　　　　　　　　　　　　By:　　*/s/ Claudia A. Costa*
　　　　　　　　　　　　　　　　　　Claudia A. Costa, Esq.
　　　　　　　　　　　　　　　　　　711 Third Avenue, Suite 1900
　　　　　　　　　　　　　　　　　　New York, New York 10017-4013
　　　　　　　　　　　　　　　　　　646-292-8700
　　　　　　　　　　　　　　　　　　ccosta@goldbergsegalla.com

Dated: December 23, 2025

54451396