# EXHIBIT B



P25364517

DINAH YUKICH
PLAINTIFF
- vs -
PREMIER FENCING CLUB, ET AL.,
DEFENDANT

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION MIDDLESEX COUNTY
Docket No. MID-L-007245-25

**Person to be Served**
PREMIER FENCING CLUB
142 TALMADGE RD.
EDISON NJ 08817

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served**: CIVIL CASE INFORMATION STATEMENT, COMPLAINT, DESIGNATION OF TRIAL COUNSEL, JURY DEMAND, RULE 4:5-1 CERTIFICATION AND RULE 1:38-7(B) CERTIFICATION
**Service Data**:
Served Successfully **X**  Not Served _____  Date: 10/30/2025  Time: 4:14PM  Attempts: _____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

Mustafa Karam

HEAD COACH

___ Left a copy with a competent household member of over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the Defendant.

**Description of Person Accepting Service:**

SEX: **MALE**  COLOR: **MIDDLE EASTERN OR NORTH AFRICAN**  HAIR: **BLACK**  APP.AGE: 40-50  APP. HT: 5"7  APP. WT: 185

OTHER:

**Comments Or Remarks:**

Sworn to before me this
03RD day of NOVEMBER, 2025

ALNISA J MUHAMMAD
Notary Public, State of New Jersey
No. 2456999
Qualified in
Commission Expires 09/27/2027

I, JULIA THOMPSON, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    11/3/2025   Date

Client File Number:

Lexitas
219 South Street STE 102
New Providence, NJ 07974
908-897-0273
WE SERVE LAW