Case 2:25-cv-18011-KSH-AME    Document 13-1    Filed 01/13/26    Page 1 of 2 PageID: 310

Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
<u>Mailing address</u>:  PO Box 847, Buffalo, NY 14201
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com

*Attorneys for Defendants*
*Abdelwahab Abdelaziz (incorrectly pleaded as Abel Aziz),*
*USA Fencing Association (incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>　　　　　Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br>**REPLY CERTIFICATION OF CLAUDIA A. COSTA, ESQ. IN FURTHER SUPPORT OF MOTION TO DISMISS BY DEFENDANTS USA FENCING ASSOCIATION, SHANNON DAUGHERTY AND ABDELWAHAB ABDELAZIZ** |

　　　　　I, Claudia A. Costa, Esq., of full age, hereby certify as follows:

　　　　　1.　　I am an attorney admitted to practice law before this Court and represent defendants USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF"), Shannon Daugherty (incorrectly pleaded as Shannon Dougherty) ("Daugherty") and Abdelwahab Abdelaziz ("Aziz"), in the above-captioned matter. I make this Reply Certification in Further Support of the Motion to

55012247

Dismiss by defendants USAF, Daugherty, and Aziz, to dismiss the Complaint of plaintiff Dinah Yukich ("Plaintiff").

    2.    Attached as <u>Exhibit A</u> is a true and correct copy of 2025-26 Individual Membership Waiver executed by Plaintiff.

    *3.*    Attached as <u>Exhibit B</u> is a true and correct copy of the unpublished decision in *Jevremovic v. Courville*, No. 22-4969, 2025 U.S. Dist. LEXIS 131994 (D.N.J. July 11, 2025).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

    By: */s/ Claudia A. Costa*
          Claudia A. Costa, Esq.

Dated: January 13, 2026