Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
<u>Mailing address</u>:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com
*Attorneys for Defendants Abdel Aziz, USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br>ABDEL AZIZ, USA FENCING,<br>SHANNON DOUGHERTY, MAC BROWN,<br>and UNITED STATES OLYMPIC AND<br>PARALYMPIC COMMITTEE,<br><br>    Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br>**CERTIFICATION OF SERVICE** |

  I, Claudia A. Costa, hereby certify that a true and correct copies of the foregoing Reply in further support of its Motion to Dismiss by Defendants USA Fencing Association, Shannon Daugherty, and Abdel Aziz, Certification of Claudia A. Costa, Esq., together with exhibits, were served via CM/ECF on this 13th day of January, 2026 upon:

    Susan M. Cirilli, Esq.
    **SPECTOR GADON ROSEN VINCI P.C.**
    305 Broadway, 7th Floor
    New York, New York 10007
    acirilli@sgrvlaw.com

                */s/ Claudia A. Costa*
                Claudia A. Costa, Esq.

55011597