

sgrvlaw.com

**Susan M. Cirilli**
Direct Dial Number
P 215.241.8887
Direct Fax Number
F 215.241.8887
scirilli@sgrvlaw.com

**Philadelphia Office**
One Logan Square
Suite 1800
130 N. 18th Street
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

**New Jersey Office**
One Greentree Centre
10000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
P 856.988.5490

**New York Office**
305 Broadway
7th Floor
New York, NY 10007
P 212.520-1195

Admitted to practice:
Pennsylvania, New Jersey,
New Yok and Vermont

January 16, 2026

**VIA ECF**
The Honorable Katharine Hayden
United State District Court District of New Jersey
Martin Luther King Building & U.S. Courthouse
Courtroom PO 05
50 Walnut Street Room 4015
Newark, NJ 07101

Re:    *Dinah Yukich v. Preier Fencing Club, et al.*, Case No. 2:25-cv-18011

Dear Judge Hayden,

Kindly allow this correspondence serve as notice of Plaintiff Dinah Yukich's intention to file a Motion for Leave to file a Sur-Reply to Defendants' Brief in Further Support of their Motion to Dismiss ("Reply Brief"). Defendants filed their Reply Brief on January 13, 2026. Pursuant to Local Rule 7.1(d)(6) and this Honorable Court's Judicial Preferences, Plaintiff hereby notifies this Honorable Court that she will file the Motion for Leave to File a Sur-Reply on Tuesday January 20, 2026.

Plaintiff respectfully enters this notice so Plaintiff may have adequate time to brief the Court on arguments that were not previously mentioned in Defendants' Motion to Dismiss nor their Reply, relating to arbitrability of the case at bar. *See* Dkt. No. 13 at 10.

Plaintiff seeks leave to reply to the aforementioned arguments in a sur-reply. *See Johnson v. Walmart Stores E., LP*, 772 F. Supp. 3d 551, n.1 (D.N.J. 2025) ("'A Court may grant leave to file a sur-reply if it responds to new evidence, facts, or arguments'") (quoting *St. Clair Intell. Prop. Consultants, Inc. v. Samsung Elecs. Co., Ltd.*, 291 F.R.D. 75, 80 (D. Del. 2013)).

As such, for Plaintiff to adequately brief the Court on these issues in its Motion and Sur-Reply, Plaintiff respectfully notifies this Court that Plaintiff will submit its reply on Tuesday, January 20, 2026.

January 16, 2026
Page 2

Respectfully submitted,

**SPECTOR GADON ROSEN VINCI P.C.**

*Susan M. Cirilli*

**SUSAN M. CIRILLI**

SMC/jg
Cc:   All Counsel of Record via ECF