UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>　　　　　　Defendants. | Civil Action No. 25-18011-KSH-AME<br><br>**NOTICE OF UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE'S AND MAC BROWN'S MOTION TO DISMISS**<br><br>Oral Argument Requested<br><br>(Document Electronically Filed) |

TO:　　All Counsel of Record

**PLEASE TAKE NOTICE** that, on a date and time to be determined by the Court, Defendants United States Olympic and Paralympic Committee (USOPC) and Mac Brown (Brown) will move before the Honorable Katharine S. Hayden, U.S.D.J., in the United States District Court for the District of New Jersey, Frank R. Lautenberg Post Office and United States Courthouse, 2 Federal Square, Newark, NJ 07102, for an Order dismissing Counts Five, Six, Seven, and Eight of Plaintiff Dinah Yukich's Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion to Dismiss, the USOPC and Brown will rely upon (1) the pleadings and proceedings

had to date, (2) the Brief in Support of USOPC's and Brown's Motion to Dismiss, (3) the Certification of Barry T. Albin, (4) the Declaration of Evangeline Rivera, (5) the Declaration of Mac Brown, and (6) any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Respectfully submitted,

Dated: January 19, 2026

*s/ Barry T. Albin*
Barry T. Albin
Christopher Porrino
Jarrett R. Schindler
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
(973) 597-2500
balbin@lowenstein.com
cporrino@lowenstein.com
jschindler@lowenstein.com

*Attorneys for United States Olympic and Paralympic Committee and Mac Brown*