UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>    Defendants. | Civil Action No. 25-18011-KSH-AME<br><br>**DECLARATION OF EVANGELINE RIVERA**<br><br>(Document Electronically Filed) |

I, Evangeline Rivera, of full age, declare as follows:

1. I am Deputy General Counsel for the United States Olympic and Paralympic Committee (USOPC), a defendant in the above-captioned matter. I submit this Declaration in support of USOPC's and Mac Brown's Motion to Dismiss. I am fully familiar with the facts set forth in this Declaration.

2. The USOPC is a non-localized, federally chartered corporation. Since October 16, 1979, the USOPC has been incorporated in Washington, D.C. Since July 1, 1978 and as of today, the USOPC has maintained its principal place of business and headquarters in Colorado Springs, Colorado.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Dated:  January 18, 2026

*Evangeline Rivera*
_____
EVANGELINE RIVERA
DEPUTY GENERAL COUNSEL