UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>    Defendants. | Civil Action No. 25-18011-KSH-AME<br><br>**DECLARATION OF MAC BROWN**<br><br>(Document Electronically Filed) |

I, MAC BROWN, of full age, declare as follows:

1. I am an individual defendant in the above captioned matter. I submit this Declaration in support of the Motion to Dismiss filed by myself and the United States Olympic and Paralympic Committee (USOPC). I am fully familiar with the facts set forth in this Declaration.

2. I am a licensed clinical and sport psychologist and have been an employee of the USOPC since June 2023. My office is located within USOPC's Colorado Springs, Colorado headquarters.

3. Since February 2, 2020, and as of today, I have lived in the state of Colorado, where I am a permanent resident.

1

4. In addition to living and working in the state of Colorado, I file Colorado state income tax returns, have a Colorado driver's license, am registered to vote in Colorado, receive mail in Colorado, and own a vehicle registered in Colorado.

5. In my capacity as an employee for the USOPC, I have never traveled to the state of New Jersey.

6. I have never owned, leased, or possessed any real property in New Jersey, and I have not designated any registered agent for service of process in New Jersey. I have not resided in New Jersey since 2010, and I have never worked as psychologist in New Jersey.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 18, 2026

_____
MAC BROWN