# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>Defendants. | Civil Action No. 25-18011-KSH-AME<br><br>**[PROPOSED] ORDER GRANTING USOPC'S AND BROWN'S MOTION TO DISMISS**<br><br>(Document Electronically Filed) |

**THIS MATTER** having been opened to the Court by Defendants United States Olympic and Paralympic Committee (USOPC) and Mac Brown (Brown), on a Motion to Dismiss Counts Five, Six, Seven, and Eight of Plaintiff Dinah Yukich's Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6); the Court, having considered the written submissions and any oral arguments of the parties in connection with the Motion; and for good cause shown:

**IT IS** on this _____ day of _____, 2026;

**ORDERED** that USOPC's and Brown's Motion to Dismiss is **GRANTED** and all claims against the USOPC and Brown are hereby **DISMISSED**.

_____
Hon. Katharine S. Hayden, U.S.D.J.