UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br><br><br>No. 2:25-cv-18011-KSH-AME |

**NOTICE OF MOTION**

To: Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBER SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

**PLEASE TAKE NOTICE** that on February 9, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Dinah Yukich will move before the United States District Court for the District of New Jersey, at the United States Court house in Newark, New Jersey, for an Order granting Plaintiff's Motion for Leave to File a Sur-Reply to Defendants' Reply Brief in Further Support of Defendants USA Fencing Association, Shannon Daugherty, and Abdel Aziz's Motion to Dismiss.

In support of this Motion, Defendant shall reply upon the accompanying Motion, Brief, and Exhibits. A proposed form of Order is also submitted herewith pursuant to L. Civ. R. 7.1(d)(6) of the Local Rules for the District of New Jersey.

1

|  |  |
|---|---|
|  | SPECTOR GADON ROSEN VINCI, P.C. |
| Dated: January 20, 2026 | By: /s/ *Susan M. Cirilli* |
|  | Susan M. Cirilli, Esquire |
|  | Attorney I.D. No.: 017972012 |
|  | **SPECTOR GADON ROSEN VINCI, PC** |
|  | One Logan Square, 18th Floor |
|  | 130 N. 18th Street |
|  | Philadelphia, PA 19103 |
|  | (215) 241-8887 |
|  | SCirilli@sgrvlaw.com |
|  | *Attorney for Plaintiff Dinah Yukich* |

**TABLE OF CONTENTS**

**Page(s)**

**TABLE OF AUTHORITIES**……………………………………………………….  4

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
A SUR-REPLY TO DEFENDANTS' REPLY BRIEF
IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**…………  5

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE
TO FILE A SUR-REPLY TO DEFENDANTS' REPLY BRIEF
IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**…………  7

    **I.   STATEMENT OF RELEVANT FACTS**………………………………….  7

    **II.  QUESTION PRESENTED**…………………………………………………..  8

    **III. LEGAL ARGUMENT**……………………………………………………….  8

    **IV.  CONCLUSION**……………………………………………………………….  9

**ORDER**………………………………………………………………………………  11

**CERTIFICATE OF SERVICE**……………………………………………………..  12

**CERTIFICATION OF COUNSEL**…………………………………………………..  14

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Cureton v. Nat'l Collegiate Athletic Ass'n*,
252 F.3d 267 (3d Cir.2001)……………………………………………………   9

*Johnson v. Walmart Stores E., LP*,
772 F. Supp. 3d 551 (D.N.J. 2025)……………………………………………   6, 8, 9

*Levey v. Brownstone Inv. Grp.*, LLC,
590 F. App'x 132 (3d Cir. 2014)………………………………………………   9

*St. Clair Intell. Prop. Consultants, Inc. v. Samsung Elecs. Co., Ltd.*,
291 F.R.D. 75 (D. Del. 2013)…………………………………………………   6, 8, 9

**Statutes & Rules**

36 U.S.C. §§ 220501, *et seq*..……………………………………………....…..   6, 8, 9

L. Civ. R. 7.1(d)(6)…………………………………………………………...   5, 6, 7, 8, 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PREMIER FENCING CLUB, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION<br><br><br>No. 2:25-cv-18011-KSH-AME |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

　　　　Plaintiff Dinah Yukich, by and through her undersigned counsel, Susan M. Cirilli, Esquire, of the law firm of Spector Gadon Rosen Vinci P.C., hereby respectfully moves this Honorable Court for an Order pursuant to L. Civ. R. 7.1(d)(6) of the Local Rules for the District of New Jersey, permitting Plaintiff to file a Sur-Reply to Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss, avers as follows:

　1.　On October 10, 2025, Plaintiff initiated this action against Defendants by filing a Complaint with the Superior Court of New Jersey, Civil Part, Middlesex County.

　2.　Defendants removed this Action before this Honorable Court on November 26, 2025.

　3.　Defendants filed a Motion to Dismiss on December 23, 2025.

　4.　Plaintiff responded by filing an Opposition to Defendants' Motion to Dismiss on January 6, 2026.

　5.　Defendants further replied to Plaintiff's Opposition by filing a Reply Brief in Further Support of Defendants' Motion to Dismiss (hereinafter referred to as "Reply Brief") on January 13, 2026.

5

6. Defendants raise several new issues in its Reply Brief that were not originally raised in their Motion to Dismiss, namely: (1) alleging that an Plaintiff agreed under an Individual Membership Waiver arbitration provision that Colorado is the appropriate forum for this Action, and (2) alleging that the Ted Stevens Act (36 U.S.C. §§ 220501, *et seq.*) requires all claims be submitted to mandatory, binding arbitration.

7. As such, Plaintiff should be given an opportunity to respond to these new issues. *Johnson v. Walmart Stores E., LP*, 772 F. Supp. 3d 551, n.1 (D.N.J. 2025) ("'A Court may grant leave to file a sur-reply if it responds to new evidence, facts, or arguments'"). (Quoting *St. Clair Intell. Prop. Consultants, Inc. v. Samsung Elecs. Co., Ltd.*, 291 F.R.D. 75, 80 (D. Del. 2013)).

8. Pursuant to L. Civ. R. 7.1(d)(6), a party seeking to file a sur-reply must receive permission of the court in order to do so.

9. Further pursuant to this Honorable Court's Judicial Preferences, a party seeking leave to file a sur-reply must attach as an exhibit the proposed sur-reply.

10. Plaintiff has attached its proposed Sur-Reply as Exhibit "A".

**WHEREFORE**, Plaintiff Dinah Yukich respectfully requests that this Honorable Court grant its Motion for Leave to File a Sur-Reply.

Respectfully submitted,

SPECTOR GADON ROSEN VINCI, P.C.

Dated: January 20, 2026

By: /s/ *Susan M. Cirilli*
Susan M. Cirilli, Esquire
Attorney I.D. No.: 017972012
**SPECTOR GADON ROSEN VINCI, PC**
One Logan Square, 18th Floor
130 N. 18th Street
Philadelphia, PA 19103
(215) 241-8887
SCirilli@sgrvlaw.com
*Attorney for Plaintiff Dinah Yukich*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br><br>No. 2:25-cv-18011-KSH-AME |

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE
TO FILE A SUR-REPLY TO DEFENDANTS' REPLY BRIEF
IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Plaintiff Dinah Yukich, by and through her undersigned counsel, Susan M. Cirilli, Esquire, of the law firm of Spector Gadon Rosen Vinci P.C., hereby respectfully moves this Honorable Court for an Order pursuant to L. Civ. R. 7.1(d)(6) of the Local Rules for the District of New Jersey, permitting Plaintiff to file a Sur-Reply to Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss, and respectfully submits this Brief in support of said Motion.

**I.    STATEMENT OF RELEVANT FACTS**

On October 10, 2025, Plaintiff initiated this action against Defendants by filing a Complaint with the Superior Court of New Jersey, Civil Part, Middlesex County. Defendants removed this Action before this Honorable Court on November 26, 2025. *See* Dkt. 1. Defendants filed a Motion to Dismiss on December 23, 2025. Dkt. No. 10. Plaintiff responded by filing an Opposition to Defendants' Motion to Dismiss on January 6, 2026. Dkt. No. 12. Defendants further replied to Plaintiff's Opposition by filing a Reply Brief in Further Support of Defendants' Motion to Dismiss (hereinafter referred to as "Reply Brief"). Dkt No. 13.

7

Defendants raise several new issues in its Reply Brief that were not originally raised in their Motion to Dismiss, namely: (1) alleging that an Plaintiff agreed under an Individual Membership Waiver arbitration provision that Colorado is the appropriate forum for this Action, and (2) alleging that the Ted Stevens Act (36 U.S.C. §§ 220501, *et seq.*) requires all claims be submitted to mandatory, binding arbitration. *See* Dkt. No. 13, at 10.

As such, Plaintiff should be given an opportunity to respond to these new issues. *See Johnson v. Walmart Stores E., LP*, 772 F. Supp. 3d 551, n.1 (D.N.J. 2025) ("'A Court may grant leave to file a sur-reply if it responds to new evidence, facts, or arguments'"). (Quoting *St. Clair Intell. Prop. Consultants, Inc. v. Samsung Elecs. Co., Ltd.*, 291 F.R.D. 75, 80 (D. Del. 2013)). Pursuant to L. Civ. R. 7.1(d)(6), a party seeking to file a sur-reply must receive permission of the court in order to do so. Further pursuant to this Honorable Court's Judicial Preferences, a party seeking leave to file a sur-reply must attach as an exhibit the proposed sur-reply. Plaintiff has attached its proposed Sur-Reply as Exhibit "A".

## II.   QUESTION PRESENTED

**Question:** Should the Court grant Plaintiff's request for leave to file a sur-reply to Defendants' Reply in Further Support of Defendant's Motion to Dismiss?

**Suggested Answer:** Yes. Plaintiff should be permitted to file a sur-reply, as Defendants raise new arguments and issues in their Reply Brief that were not initially raised in their Motion to Dismiss. Plaintiff should be given an opportunity to respond to those argument sand issues.

## III.   LEGAL ARGUMENT

The Court should grant Plaintiff's request to file a sur-reply, as Defendants raise new issues in their Reply Brief that were not initially raised in their Motion to Dismiss. Parties are not permitted to file sur-replies without requesting leave of Court; it is in the court's discretion to grant

such leave. *See* L. Civ. R. 7.1(d)(6); *see also Levey v. Brownstone Inv. Grp.*, LLC, 590 F. App'x 132, 137 (3d Cir. 2014) (citing *Cureton v. Nat'l Collegiate Athletic Ass'n*, 252 F.3d 267, 276 (3d Cir.2001); *Johnson v. Walmart Stores E., LP*, 772 F. Supp. 3d 551, n.1 (D.N.J. 2025). Specifically, "'A Court may grant leave to file a sur-reply if it responds to new evidence, facts, or arguments'". *Johnson v. Walmart Stores E., LP*, 772 F. Supp. 3d 551, n.1 (D.N.J. 2025) (Quoting *St. Clair Intell. Prop. Consultants, Inc. v. Samsung Elecs. Co., Ltd.*, 291 F.R.D. 75, 80 (D. Del. 2013)). Presently, Defendants have raised new arguments in their Reply Brief that were absent from their Motion to Dismiss.

Defendants raise several new issues in its Reply Brief that were not originally raised in their Motion to Dismiss, namely: (1) alleging that an Plaintiff agreed under an Individual Membership Waiver arbitration provision that Colorado is the appropriate forum for this Action, and (2) alleging that the Ted Stevens Act (36 U.S.C. §§ 220501, *et seq.*) requires all claims be submitted to mandatory, binding arbitration. *See* Dkt. No. 13, at 10. Defendants had not raised these arguments in its Motion to Dismiss. In the interest of fairness, this Court should exercise its discretion and permit Plaintiff the opportunity to respond to these new arguments and issues.

### IV.    CONCLUSION

Plaintiff Dinah Yukich requests that this Honorable Court grant her Motion for Leave to File a Sur-Reply to Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss.

<br>

SPECTOR GADON ROSEN VINCI, P.C.

Dated: January 20, 2026

By: /s/ *Susan M. Cirilli*
Susan M. Cirilli, Esquire
Attorney I.D. No.: 017972012
**SPECTOR GADON ROSEN VINCI, PC**
One Logan Square, 18th Floor

 130 N. 18th Street
Philadelphia, PA 19103
(215) 241-8887
SCirilli@sgrvlaw.com
*Attorney for Plaintiff Dinah Yukich*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, *et al.*,<br><br>    Defendants. | CIVIL ACTION<br><br><br><br>No. 2:25-cv-18011-KSH-AME |

## **ORDER**

The above-captioned civil action having come before the Court on Motion by Plaintiff, Dinah Yukich, for Leave to File a Sur-Reply to Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss, and the Court having considered the moving papers and opposition thereto;

It is on this _____ day of _____, 2026, hereby **ORDERED** and **DECREED** that Plaintiff Dinah Yukich's Motion is **GRANTED**; and it is further **ORDERED** that the attached Sur-Reply shall be filed within ten (10) days of docketing this Order.

**BY THE COURT:**

_____

J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br><br><br>No. 2:25-cv-18011-KSH-AME |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON January 20, 2026, I served a true and correct copy of Plaintiff's Motion for Leave to File a Sur-Reply to Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss upon all counsel of record *via* ECF, addressed to the following:

> Claudia A. Costa, Esq.
> Aimée S. Lin, Esq.
> **GOLDBER SEGALLA LLP**
> 711 Third Avenue, Suite 1900
> New York, New York 10017
> 646-292-8700
> ccosta@goldbergsegalla.com
> alin@goldbergsegalla.com

I certify that the foregoing statements by me are true. I am aware that if any of the foregoing statements by me are willfully false I am subject to punishment.

SPECTOR GADON ROSEN VINCI, P.C.

Dated: January 20, 2026                By: /s/ *Susan M. Cirilli*
                                        Susan M. Cirilli, Esquire
                                        Attorney I.D. No.: 017972012
                                        **SPECTOR GADON ROSEN VINCI, PC**
                                        One Logan Square, 18th Floor
                                        130 N. 18th Street

Philadelphia, PA 19103
(215) 241-8887
SCirilli@sgrvlaw.com
*Attorney for Plaintiff Dinah Yukich*

Susan M. Cirilli, Esq.
Attorney I.D. No.: 017972012
**SPECTOR GADON ROSEN VINCI, PC**
One Logan Square, 18th Floor
130 N. 18th Street
Philadelphia, PA 19103
(215) 241-8887
SCirilli@sgrvlaw.com
*Attorney for Plaintiff Dinah Yukich*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, *et al.*,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:25-cv-18011-KSH-AME |

**MOTION FOR LEAVE CERTIFICATION OF SUSAN M. CIRILLI, ESQ.
TO FILE A SUR-REPLY IN RESPONSE TO DEFENDANTS'
REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS**

I, Susan M. Cirilli, Esq., of full age, hereby certify as follows:

1.      I am an attorney admitted to practice law before this Court and represent Plaintiff Dinah Yukich in the above-captioned matter. I make this Motion for Leave to File a Sur-Reply in response to Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss.

2.      Attached as Exhibit "A" is a true and correct copy of Plaintiff's proposed Sur-Reply, in accordance with L. Civ. R. 7.1(d)(6) of the Local Rules for the District of New Jersey and this Court's Judicial Preferences.

3.      Attached as an exhibit to the Sur-Reply is Exhibit "B", a true and correct copy of the USAF Athlete Manual.

14

4. Attached as an exhibit to the Sur-Reply is Exhibit "C", a true and correct copy of the unpublished decision in *Lakeview Renovations, Inc. v. City & Cnty. of Denver*, No. 16CA2102, 2017 WL 11932533 (Colo. App. Nov. 16, 2017).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

By: /s/ *Susan M. Cirilli*
Susan M. Cirilli, Esq.

Dated: January 20, 2026