# EXHIBIT B



USA FENCING

2025-2026

# ATHLETE HANDBOOK







210 USA Cycling Point, Suite
120 Colorado Springs, CO 80919

Phone | 719-866-4511
Fax | 719-325-8998

## WWW.USAFENCING.ORG

Email | information@usafencing.org

National Office Staff Listing | Staff

FIE Website | www.fie.org

Published | September 2025

# **ABOUT** USA FENCING

USA Fencing, formally known as the United States Fencing Association (USA Fencing), is a nonprofit corporation formed under the laws of the State of Colorado. The Internal Revenue Service has recognized the organization as a 501(c) (3) tax-exempt organization, and contributions qualify as charitable deductions for the donor to the extent permitted by law. Information about such contributions may be obtained from the National Office.

USA Fencing is the official governing body for amateur fencing in the United States. The Federation International d'Escrime (FIE), the United States Olympic and Paralympic Committee (USOPC) and other organizations recognize its exclusive jurisdiction. It is the officially designated National Governing Body (NGB) of fencing by the USOPC.

USA Fencing is the sole U.S. authority recognized by the Fédération Internationale d'Escrime (FIE) for able-bodied fencing and by World Para Fencing, the wheelchair-fencing discipline governed by World Abilitysport (formerly IWAS), for parafencing. These bodies sanction the World Fencing Championships, the World Para Fencing Championships, and the fencing and parafencing events at the Olympic and Paralympic Games. Accordingly, any U.S. athlete who wishes to compete in official international competitions must obtain the appropriate annual license (FIE, EFC or World Para Fencing) through USA Fencing and be formally entered into each event by USA Fencing.

The governance of the organization is specified in the latest version of the USA Fencing Bylaws and can be found on the USA Fencing website under About Us/Board of Directors.

**DISTRIBUTION LIST**
The current membership is notified of the posting and revisions to the current edition of the Athlete Handbook via the USA Fencing website at usafencing.org. The Handbook is the property of USA Fencing and is available at **www.usafencing.org/rules-compliance**

Permission is granted for reproduction of any portion of this book, with attribution to USA Fencing and a link to **www.usafencing.org/rules-compliance** — to ensure that the latest version is easily accessible.

Please contact the USA Fencing National Office with any document/link issues: **b.wendell@usafencing.org**.

Special thanks to **Brandon Rochelle** for his work reviewing this edition.

## How to Use This Book

This book is written for fencers, coaches and parents to help them gain an understanding of the competitive and developmental programs of USA Fencing. It contains information that will allow fencers to progress in the sport of fencing as high as they can.

Please know that a lack of familiarity with the information contained herein is not justification for an appeal. When there are modifications to any of the programs described herein, such changes will be posted to the USA Fencing website at **www.usafencing.org/rules-compliance**.

The Athlete Handbook and Operations Manual provide fencers, coaches, administrators, and parents the information pertinent to all aspects of USA Fencing programs.

It's just as important that fencers keep the National Office updated with respect to their current mailing address to ensure receipt of information mailed by USA Fencing and the National Weapons Coaches. USA Fencing will post the latest information on the USA Fencing website and through our social media channels.

If you can't find what you're looking for on our website or in this book, you can contact USA Fencing by email at information@usafencing.org.

Fencers who have questions regarding their opportunity to compete that are not answered by USA Fencing may contact the Office of the Athlete Ombuds, which offers independent, confidential advice to elite athletes regarding their rights and responsibilities in the Olympic and Paralympic Movement, and assists athletes with a broad range of questions, disputes, complaints and concerns.

Learn more and contact the Athlete Ombuds **at this link**.

# Athlete Handbook Changelog

This page contains a list of changes to the 2025-26 Athlete Handbook made after its initial publication date.

- **Aug. 21, 2025**: Added Rolling Points Replacement Schedule to Page 41
- **Oct. 2, 2025**:
  - Replaced "1.2 DIVISION & REGIONAL AFFILIATION" with new language.
  - Added qualification section on "Page 28: (Div III) USA Fencing National Championships"
  - Under Division I July Challenge, repalced "regular fee deadline" with "qualification deadline" in the following bullet: Top 24 of the aged-out Cadet NRPS at the regular fee deadline and age eligible OR"
  - Clarified and updated refund policy starting on Page 17
  - On Page 19, updated 2025-2026 Age/Rating Eligibility Rules EXCEPTION TO AGE ELIGIBLITY CRITERIA
- **Oct. 10, 2025**:
  - Added language on mixed-age schedule (Page 18)
- **Nov. 15, 2025**:
  - Updated the deadline language across sections that reference the Rating Change Deadline and the dates which seeding will be based off of for tournaments. All sections referencing this information were changed to state the deadline as 5 p.m. LOCAL TIME, the day prior to the first day of competition.
- **Dec. 6, 2025**:
  - Added Vet 40 to the ratings table on Page 12
  - Corrected the points awarded for 48th place in a Y14 SYC to 14, not 15.6.
- **Dec. 12, 2025**:
  - Clarified that "age out" happens after February NAC (not JOs) during 2025-26 season.
  - Added qualification pathways: Div II USA Fencing National Championship -> under qualification, added "Fencers who place in the top 40% of an Adult or Adult Combined regional event"; Page 28: Div III USA Fencing National Championship -> under qualification, added: "Fencers who place in the top 40% of an Adult or Adult Combined regional event"; Page 28: Division IA USA Fencing National Championship -> under qualification, added "Fencers who place in the top 20% of an Adult or Adult Combined regional event"
  -

# TABLE OF CONTENTS

Acronyms Used in the Athlete Handbook ................................................................ 8
**Chapter 1 | USA Fencing Membership/International Competitive License** .............. 9
    1.0 How to Become a USA Fencing Member ......................................... 9
    1.1 Age/Citizenship ................................................................................ 9
    1.2 Division & Regional Affiliation ........................................................ 9
    1.3 International Competitive License ................................................... 9
    1.4 Club Representation and Affiliation .............................................. 10
    1.5 USA Fencing Club Information ...................................................... 10
**Chapter 2 | Domestic Competitions** ...................................................................... 11
    2.0 General Definitions ........................................................................ 11
    2.1 Ratings ............................................................................................ 11
    2.2 Types of Domestic Competitions .................................................. 13
    2.3 Entering Competitions/Tournaments ............................................ 15
    2.4 USA Fencing National Tournaments ............................................. 16
    2.5 Eligibility to Compete ................................................................... 17
    2.6 General Qualifying Information ..................................................... 19
    2.7 Qualifying Competition Protest Process ...................................... 22
    2.8 Youth Fencing (Y14, Y12, Y10) ..................................................... 23
    2.9 Youth Regional Tournaments ....................................................... 23
    2.10 Youth National Tournaments ...................................................... 23
    2.11 Cadet/Junior Tournaments ......................................................... 24
    2.12 Senior/Open Tournaments .......................................................... 26
    2.13 Veteran Tournaments .................................................................. 29
    2.14 Team Events ................................................................................. 30
    2.15 Competition Seeding ................................................................... 33
    2.16 National Competition Formats - /add National Epee format ...... 36
    2.17 Equipment Requirements for Domestic Tournaments................. 37
**Chapter 3 | Awarding Points** .................................................................................. 40
    3.1 Point Standings .............................................................................. 40
    3.2 Earning Domestic Points – Overview ........................................... 44
    3.3 Earning Domestic Points – Regional ............................................ 45
    3.4 Earning Domestic Points – National ............................................. 45
    3.5 Earning Points – International ........................................................ 47
**Chapter 4 | International Competition** .................................................................. 49
    4.1 International Competition Categories ........................................... 49
    4.2 Entry Procedures and Eligibility Requirements ........................... 52
    4.3 FIE .................................................................................................. 54
    4.4 National Team Definition .............................................................. 54
    4.5 International Teams ........................................................................ 54
    4.6 Ties for Team Selection ................................................................. 55
    4.7 Declination of Championship Team Selection .............................. 55
**Chapter 5 | Men's Epee** ......................................................................................... 55
**Chapter 6 | Men's Foil** ........................................................................................... 55

**Chapter 7 | Men's Saber**................................................................................................**55**

**Chapter 8 | Women's Epee**.............................................................................................**55**

**Chapter 9 | Women's Foil**...............................................................................................**55**

**Chapter 10 | Women's Saber**.........................................................................................**55**

**Chapter 11 | Veteran World Championships**................................................................**55**

11.1 Tournament Description.........................................................................................**55**

11.2 Eligibility...............................................................................................................**55**

11.3 Selection Criteria..................................................................................................**55**

11.4 Ties for Selection..................................................................................................**56**

11.5 Team Event Selection...........................................................................................**56**

**Chapter 12 | Parafencing**...............................................................................................**56**

12.1 Parafencing Competitions.....................................................................................**56**

12.2 Athlete Eligibility and Classification......................................................................**56**

12.3 Rules.....................................................................................................................**57**

12.5 Events...................................................................................................................**57**

12.6 Parafencing Point Standings.................................................................................**58**

12.7 2025-2026 Parafencing Selection Criteria.............................................................**58**

**Chapter 13 | Complaint and Hearing Procedures and Dispute Resolution**..............**58**

13.1 Complaint and Hearing Procedures......................................................................**58**

13.2 FenceSafe Complaints..........................................................................................**63**

13.3 Removal From Team, Loss of Points and/or Funding............................................**64**

**Chapter 14 | Codes of Conduct & USA Fencing Policies**...........................................**68**

14.1 Fencer Code of Conduct Agreement.....................................................................**68**

14.2 Non-Fencer Code of Conduct...............................................................................**71**

14.3 Other Codes of Conduct.......................................................................................**72**

14.4 USA Fencing Transgender and Nonbinary Athlete Policy......................................**76**

**Chapter 15 | USA Fencing FenceSafe/SafeSport Policy**............................................**77**

**Appendices**.....................................................................................................................**78**

**Domestic Point Table**.....................................................................................................**78**

**Veteran Point Table**........................................................................................................**80**

**International Point Tables – Senior, Junior, Cadet**......................................................**81**

**Regional Point Table (SYC and ROC)**...........................................................................**77**

**Regional Point Table for Placements of 33-64**............................................................**78**

**Regional Map**.................................................................................................................**79**

**Black Card, Medical Withdrawal, or No-Show**.............................................................**80**

**Scoresheet Protests**......................................................................................................**80**

**Approved Local Tournament Formats**..........................................................................**81**

**Sharks and Minnows Tournament Format**...................................................................**83**

**Competition Types**.........................................................................................................**83**

**Updated Black Card Policy**............................................................................................**85**

**Reference Links**.............................................................................................................**87**

# ACRONYMS USED IN THE ATHLETE HANDBOOK

| | |
|---|---|
| AB | Able-Bodied |
| ADM | American Development Model |
| AH | Athlete Handbook |
| Capping | Event field to a maximum number of entrants |
| CDT | Cadet (U17/U16) |
| DE | Direct Elimination |
| Div I | Division I |
| Div IA | Division IA |
| Div II | Division II |
| Div III | Division III |
| EFC | European Fencing Confederation |
| FIE | Federation International d'Escrime |
| ICL | International Competitive License – Foreign Fencers |
| IRC | International Regional Circuit – Y10, Y12, Y14, CDT & JR |
| JOs | Junior Olympic National Championship |
| JR | Junior (U20/U19) |
| JSF | Junior Strength Factor |
| JWC | Junior World Cup |
| NAC | North American Cup |
| NRPS | National Rolling Point Standings |
| PARA | Parafencing |
| RCC | Regional Cadet Circuit |
| RJC | Regional Junior Circuit |
| RJCC | Regional Junior & Cadet Circuit |
| ROC | Regional Open Circuit |
| RPC | Regional Para Circuit |
| RRPS | Regional Ranking Point System |
| RYC | Regional Youth Circuit |
| SF | Strength Factor |
| SJCC | Super Junior and Cadet Circuit |
| SSF | Senior Strength Factor |
| SWC | Senior World Cup |
| SYC | Super Regional Youth Circuit |
| TM | Team Fencing |
| USOC | United States Olympic Committee |
| USOPC | United States Olympic and Paralympic Committee |
| USCSS | States Center for SafeSport |
| VET | Veteran |
| WAS | World Abilitysport |
| WC | World Cup |
| WV | Weight Value |
| Y10 | Youth 10 Age Group |
| Y12 | Youth 12 Age Group |
| Y14 | Youth 14 Age Group |

# CHAPTER 1
## USA FENCING MEMBERSHIP/ INTERNATIONAL COMPETITIVE LICENSE

### 1.0 HOW TO BECOME A USA FENCING MEMBER

You must have a current USA Fencing Competitive level membership to participate in USA Fencing-sanctioned events. Individuals may only have one membership. An Access Membership will permit competition at all sanctioned local tournaments including division qualifiers. A Competitive Membership is required to compete at regional or national sanctioned tournaments.

To become a USA Fencing member, visit the USA Fencing website, where you can use the online registration system **here**. USA Fencing no longer accepts paper applications. All individual memberships must be processed through the USA Fencing's Online registration system. Please be aware that USA Fencing cannot consider you a member in good standing or provide proof of membership until the application and dues have been processed by the USA Fencing National Office ("National Office").

### 1.1 AGE/CITIZENSHIP

Any member looking to compete regionally or nationally must have their age verified by USA Fencing before they are able to register for any regional or national tournament. Please upload an image of your birth certificate, passport, green card, driver's license and/or other legal document clearly showing date of birth and name to your member profile at member.usafencing.org. Uploading is the preferred method, but you may also email documents to Member Services at **information@usafencing.org**. Once your birth date has been verified, you do not need to do this again.

To compete in any National Championship, fencers will need to verify their nationality in addition to verifying their age. Birth certificate, green cards, passports, permanent residency status are all eligible documents for verifying nationality. A driver's license will not suffice. Members can upload applicable document using the same process as for age verification.

Birth year verification is reflected on your membership card. To print a copy of your card, log in to your USA Fencing member profile at **member.usafencing. org** and select "View Membership Card" and then print. You can also purchase a plastic member card through your USA Fencing membership profile.

### 1.2 DIVISION & REGIONAL AFFILIATION

A member can declare a division and region affiliation based on their residence, location of the school that member is attending or location of the primary club that the member will represent in USA Fencing competitions. Each fencing season, a member must declare their division and region affiliation for that membership year.

That division determines which divisional qualifier fencers can compete in to qualify for Junior Olympics or the USA Fencing National Championship (Summer Nationals). The regional affiliation determines which region fencers can earn regional points in. Members may request a change in division and/or region if they move to a new geographic location (permanent residence or school) or select a primary club which is located in a different division and notifies the National Office in writing of the new address and division change request. Members who are living or working for an extended period outside of the United States or on active military duty can request "national" division affiliation; supporting documentation must be submitted to information@usafencing.org. Members who represent the USA competitively and choose the National division affiliation must also choose which region they affiliate with. Those with a National division affiliation can compete in one divisional qualifier per event category in their selected region for Junior Olympics and Summer Nationals. Fencers will only earn points in the Region they chose to affiliate with. Members with International Competitive Licenses, or those who represent a country other than the USA, will have a divisional affiliation of "US Fencing." These members will also need to choose which region they affiliate with. Fencer will only earn regional points in the region they chose to affiliate with.

Members with International Competitive Licenses, or those who represent a country other than the USA, will have a divisional affiliation of "Foreign." These members will also need to choose which region they affiliate with. Fencer will only earn regional points in the region they chose to affiliate with.

### 1.3  INTERNATIONAL COMPETITIVE LICENSE

Fencers who are not U.S. citizens — or are not eligible to represent the USA — must have a current USA Fencing International Competitive License to participate in regional or national sanctioned tournaments. An Access membership is permitted for non-USA citizens to compete in sanctioned local tournaments.

To obtain an International License, visit the USA Fencing website or use the online registration system **here**. Please be aware that USA Fencing cannot consider your International Competitive License valid until the application and dues have been processed by the USA Fencing National Office.

### 1.4  CLUB REPRESENTATION & AFFILIATION

The term "club" as used in this chapter, includes any organized fencing group of individual members with a current USA Fencing Premium Club status. A recognized club is one that is in full compliance with all USA Fencing SafeSport policies related to coaches, staff, board members and anyone authorized, appointed or approved to have regular contact with minor athletes, has a stable organizational structure and membership, a location for regular fencing activity and a USA Fencing Coach Member providing lessons and training. The division affiliation of a club shall be the primary location where its regular fencing activity is conducted. A club may only be a member of one division.

A distinction is made between club "affiliation" and "representation." A fencer may be affiliated with more than one club, but they can only represent one of them (except as noted below) in USA Fencing competitions at one time. An athlete's club representation is based on current Premium club. Athletes who represent a non-USA Fencing club will be considered "unattached." This includes clubs who are not current at the time of the competition, regardless of the club's history of membership. All clubs must be 100% compliant with SafeSport policy for an individual to represent the club at a sanctioned competition

All fencers should notify the National Office of all club affiliations at the start of the fencing season and, as such, any club affiliation changes during the fencing season. **All fencers will have the ability to update their club affiliation in their membership profile twice per season.** They should also notify competition organizers of such affiliations, even if representing another club (or school) or fencing unattached for reasons given below. Competition organizers should apply the same criteria for separating fencers with the same club affiliations as they do for fencers with same club representation. **Only current USA Fencing clubs will be listed in the membership database.** You cannot affiliate with a non-member club. Only the club listed in the athlete's membership profile will be considered valid. Club affiliations are dependent on the date tournament organizers download the entrants for a tournament. Please note this could be up to one week prior to the start of competition.

A collegiate fencer, who is also a member of another recognized club, may represent their school in dual meets and other intercollegiate competitions, and also represent the other club in USA Fencing competitions. If the rules of their school conference require it, they may represent their school or fence unattached at all USA Fencing individual competitions held during the school's fencing season or, in the case of collegiate fencers, during the period in which NCAA rules regarding playing dates have jurisdiction. Such fencers may represent their other club during the other portions of the fencing season. Athletes should inform the National Office of their collegiate representation; this information will be used in accordance with **fencing rule o.13**.

Any request for club change beyond the parameters noted above requires special permission from the USA Fencing Board of Directors or its designee.

**Note**: Club Affiliation changes will not be processed after the commencement of an event under any circumstances.

The fencer/club representation relationship may be terminated at any time by either party (fencer or club) by written notice provided to the National Office. USA Fencing reserves the right to cancel a club's membership at any time and thus remove that club affiliation with individual fencers.

### 1.5  USA FENCING CLUB INFORMATION

Find the latest information about **clubs** and **club insurance** on our website.

# CHAPTER 2
## DOMESTIC COMPETITIONS

### 2.0  GENERAL DEFINITIONS

An event (or competition) is the aggregate of the bouts (in individual competitions) or of the matches (in team competitions) that determine the winner of the event. Competitions are categorized by weapons, by gender, by age, by rating and by individual competition vs. team competition.

A <u>tournament</u> consists of several events held at the same venue in the same period of time.

All USA Fencing-sanctioned events must have at least one rated referee as part of the tournament cadre. Any tournaments not in compliance with this requirement will have their sanctioning, results and any ratings that could be awarded based upon the event grouping and results invalidated. **Go here** for a current list of rated referees. All tournament officials must be compliant with the USA Fencing SafeSport Policy, including maintaining a current background check. In addition, all officials must complete the free, online SafeSport Training Course and have a completed, and returned with a green light, background check.

For more information on the latest edition and/or any relevant updates of the USA Fencing Rules for Competition, refer to the USA Fencing website under **About Us/Manuals**. Please refer to the Referees' Commission website or email **RCRulesandExams@ refereescommission.org** for any questions regarding the rules of competition.

For information on black cards, medical withdrawal and no shows, see the **Appendices**.

### 2.1  RATINGS

#### 2.1.1  What are Ratings?

Fencers are classified into the following letter ratings: A (highest), B, C, D, E and U (unclassified, lowest) as well as by national ranking, for those who achieved points at national events.

These provide an objective scale for the seeding of competitions. Ratings are written A23, B22, C21, etc. with the letter indicating the most recent year in which the rating was earned or re-earned. Ratings provide a measuring standard for fencers as they progress through the sport.

Ratings are available on the **USA Fencing Member List** and are searchable by last name, first name, membership number, division or representing country and are updated automatically on the membership listing. Ratings may also be viewed in the member's profile at **member.usafencing.org**.

#### 2.1.2  How is a Rating Earned?

Ratings are earned in each weapon at USA Fencing-rated competitions at local, divisional, regional or national levels. The rating of a competition is based on number of competitors and rating of the fencers and determines the type and number of ratings awarded or revised. Please see the **Appendices**.

#### 2.1.3  How are Rating Changes Made Official?

Rating changes from local tournaments must be certified and submitted by the division to **information@usafencing.org** using the Fencing Time results file, which includes the event officials and rating changes. Event officials must have a valid USA Fencing background screen and completed SafeSport training. The Rating Change Form is available on the USA Fencing website.

Complete Event Officials Forms, including valid USA Fencing background screens and SafeSport certifications, must be submitted with the Rating Change Report (**available here**).

Rating changes from regional tournaments and division qualifiers must be certified by submission of complete results (upload) in the online tournament system by the organizer of the regional tournament or division qualifier at which the rating was earned. The results report is available as an export from the most recent version of FencingTime available. Division qualifiers must be submitted to the National Office with the rating change report and the referee usage report or with the Fencing Time results file. Rating changes will be processed and posted once results and referee reports are verified.

Regional organizers are required to upload rating changes within 72 hours (3 days) from the competition or tournament end date. Failure to report rating changes may affect an individual fencer's seeding and/or the rating of the competition the

fencer is participating in. In addition, it can affect an organizer's status in future bidding.

Only ratings appearing on the membership listings available on the USA Fencing website are official. Only these listings should be used when seeding tournaments. Results and rating changes posted on non-USA Fencing tournament registration sites must be verified by USA Fencing. If a rating has not been updated on the USA Fencing website, the fencer should first contact the tournament organizer or the appropriate division officer to determine whether the change form has been submitted.

Once a report is submitted to the National Office and any associated fees have been collected, the rating change will be updated within five business days, except in the following situations:
  1. Ratings will not be awarded to fencers who compete in competitions in which they are considered age and/or rating ineligible. In addition, such ineligible fencers may not be used to calculate the new ratings earned by others in those events.
  2. For events in which any fencers are not current USA Fencing Competitive members, the award of any new ratings, points or qualification for that competition may be delayed or withheld until such memberships are properly paid and processed.

  3. Organizers submitting rating changes from RYC, SYC, ROC, RJCC or RPC tournaments have not yet submitted the required program sanction fees and/or results/referee reports to the National Office.
Should an athlete representing any country at a FIE/WAS World Championships, Grand Prix or World Cup in the current season and/or previous three seasons, earn a rating based on the rating chart in Section 2.1.5, they must contact the National Office to update rating.

For the FIE Veteran World Championships, USA Fencing will review these results after the conclusion of the tournament and award earned or renewed ratings as appropriate.

### 2.1.4 How long is a rating valid?
Ratings are valid for four seasons after they are earned. If, after four seasons, the rating has not been renewed, it then reverts to the next lowest letter and the then current year. Such change will be effective at the beginning of the new fencing season – Aug.
  1. For example, if you earned a B in 2020 (B20) and did not re-earn your B for four more years, your B became a C24 on Aug. 1, 2024. If you then did not renew your C24 for four more years, it becomes a D28 on Aug. 1, 2028.

### 2.1.5 How to Determine Ratings for Foreign Fencers?
Ratings for foreign fencers will be determined by placement at an FIE World Championships, Grand Prix or World Cup or a WAS World Championships in the current season and/or previous three seasons in the weapon in which the athlete requests entry, based on the chart below. Note: Parafencers will earn ratings at the same requirements as for FIE Veterans events. Results at Zonal Championships are not considered.

| | A | B | C |
|---|---|---|---|
| Senior | 1st – 64th | 65th – 96th | National Team member |
| Junior | 1st – 32nd | 33rd – 64th | National Team member |
| Cadet | 1st – 16th at Cadet World Championships | 17th – 32nd at Cadet World Championships | National Team member |
| Parafencing | 1st – 3rd at Parafencing World Championships | 5th – 8th at Parafencing World Championships | 9th – 16th at Parafencing World Championships |
| Veteran 40 – 49 | 1st – 3rd at Veteran World Championships | 5th – 8th at Veteran World Championships | 9th – 16th at Veteran World Championships |
| Veteran 50 – 59 | 1st – 3rd at Veteran World Championships | 5th – 8th at Veteran World Championships | 9th – 16th at Veteran World Championships |
| Veteran 60 – 69 | | 1st – 3rd at Veteran World Championships | 5th – 8th at Veteran World Championships |
| Veteran 70+ | | | 1st – 3rd at Veteran World Championships |

In all cases, the rating year suffix is the year in which the result was earned. In the event a fencer's international results are not from competitions listed in the previous chart, the National Events Department will consult with the National Weapon Coach or Chief of Sport Performance regarding which rating should be used.

National Team member is defined as a fencer that has represented another nation in international competition and/or has been entered by another nation into a USA Fencing competition.

## 2.2 TYPES OF DOMESTIC COMPETITIONS

### 2.2.1 Local Competitions
A wide variety of competitions can be found at the local level in clubs or sponsored by local organi- zations. Schedules for these competitions can be found by contacting your division. Division contact information is available on the USA Fencing web- site (division information) or by emailing informa- tion@usafencing.org.

### 2.2.2 Division Competitions
Divisions hold many different competitions, includ- ing qualifying competitions for the Junior Olympic Fencing Championships (JOs) and the USA Fencing National Championships (Divisions II and III, Y14, Veteran). Schedules for these competitions can be found by contacting the member's division, or by visiting the appropriate website. Division contact information is available on the USA Fencing web- site (division information) or by emailing informa- tion@usafencing.org.

### 2.2.3 Regional Competitions



The USA Fencing Region Map is located above. A calendar of regional events can be found here.

**Regional Open Circuit (ROC):** The ROCs serve as one of the qualification paths for certain events at the USA National Fencing Championships and July Challenge. There are no national points awarded at ROC competitions; please refer to Chapter 3 for more information on the regional point structure. For a schedule of ROCs, go here.

**Regional Junior/Cadet Circuit (RJCC):** The RJCCs serve as one of the qualification paths for Junior Olympic Fencing Championships and the July Chal- lenge. There are no national points awarded at RJCC competitions; please refer to Chapter 3 for more information on the Regional Point structure. For a schedule of RJCCs, go here.

**Regional Parafencing Circuit (RPC):** RPCs serve as more localized competitive opportunities for parafencers around the country. Parafencers will be eligible to earn ratings as a part of these competi- tions, helping them improve their potential seeding for Parafencing North American Cup events.

**Super Junior/Cadet Circuit (SJCC):** Best efforts will be made to host at least two SJCC tournaments during the 2025-26 season. All Junior and Cadet age fencers may participate in the Super Junior/Cadet Circuit; however, **only the single best result** is count- ed in the revised National Point Standings.

**Super Youth Circuit (SYC):** There are numerous SYC tournaments throughout the country for Y10, Y12 and Y14 athletes. Youth fencers may participate in one or more Super Youth tournaments; however, **only the single best result** is included in the revised National Point Standings published after each SYC.

National points are awarded to the top 40% at an SYC competition according to the point table in the Appen- dix. These competitions are one of the qualification paths for Y10 events at the March NAC and Y10, Y12 and Y14 events at the USA National Fencing Champi-

onships. Please refer to Chapter 3 for more information on the Youth Point structure. For a schedule of SYCs, go here.

**International Regional Circuit (IRC):** Best efforts will be made to host at least one International Regional Circuit tournament held outside the United States. Athletes that place in the top 40% of their respective events for Junior and Cadet at an IRC, will qualify to compete in these events at the July Challenge. In addition, youth athletes that fencing in an IRC in Y10 events will meet the prerequisite for fencing in the March Youth NAC. Also, the top 40% of finishers in Junior and Cadet will qualify for the Junior Olympics, while the top 40% of finishers in Y10, Y12 and Y14 will earn qualification to Summer Nationals.

There will be two or more International Regional Circuit tournaments held outside the United States. Athletes that place in the top 32 of the combined IRC list for Junior and Cadet, are eligible to compete in these events at the July Challenge. In addition, youth athletes that fence in an IRC in Y10, Y12 and/or Y14 will meet the prerequisite for fencing in the March Youth NAC.

**Regional Youth Circuit (RYC):** The RYC tournaments are held throughout the season for Y10, Y12 and Y14 athletes. These competitions are one of the qualification paths for Y10 events at the March NAC and the USA Fencing National Championships. Please refer to Chapter 3 for more information on the Regional Point structure. For a schedule of RYCs, go here. Y8 events may also be hosted with an RYC, but please note that no regional points are awarded for Y8 events. Fencers may, however, still earn ratings as a sanctioned event category.

**High School Fencing**: High school fencing tournaments are held throughout the season for athletes in ninth through 12th grade. The goal of this program is to continue to motivate developing high school athletes to participate in high school tournaments/leagues throughout the competitive season.

There are no national or regional points awarded at recognized high school competitions. However, those athletes with a current USA Fencing High School or Competitive membership may earn ratings based on the total number that fence and the current rating of those fencers in the high school individual event. The

athlete would have to be a current member as of, or during, the tournament to receive a rating change. Those who do not have a current USA Fencing High School or Competitive membership will not receive rating changes. High school recognized tournaments are not required to meet the C1 tournament requirement to award ratings. These competitions are not a qualification path for the USA Fencing National Championships.

**Regional Tournament Capping:** Regional organizers will continue to be allowed to cap events in the coming season to keep sizes manageable, and the National Office will continue to monitor caps to review if they are being set equitably and according to data-based rationale.

Regional Organizers wishing to utilize caps are required to follow the capping structure outlined in the following graphic when registration opens. Initial caps for events can be set within these parameters, and then, at four weeks from the start of the tournament, organizers may adjust their caps based on demand across different events. When possible, organizers are still encouraged to adjust their caps and add entries equally for the two genders in the same weapon/age category (i.e. JNRME and JNRWE).

### 2.2.4 National Tournaments and Championships

A schedule of all events and deadlines can be found online here.

**North American Cup (NAC):** The North American Cup tournaments are a series of tournaments organized by USA Fencing. These events may include some combination of these categories: Y10, Y12, Y14, Cadet, Junior, Div I, Div II, Div III, Vet Open, Vet Age, Parafencing, and Cadet/Y14/Junior/Senior Team. For Div I NACs, athletes must meet the criteria for a "C" or better rating at the time of their entry. For Div II NACs, athletes must meet the age and rating criteria ("C" or lower rating) at the time of their entry. For Div III NACs, athletes must meet the age and rating criteria for a ("D" or lower rating) at the time of their entry.

**Junior Olympic Fencing Championship (JOs):** The Junior Olympic Fencing Championships are held each year before the Junior & Cadet Fencing World Championships. JOs is the National Championships for Cadet, Junior and Junior Team in each of the six weapons. Fencers must be a U.S. citizen or

## REGIONAL TOURNAMENT CAPPING STRUCTURE

Use this when comparing cap sizes for men's and women's events in the same age category/weapon ...

| How many pools are in the larger of the two events?* | How many fencers are in the larger of the two events?* | What is the allowable difference in the cap?** |
|---|---|---|
| 3 or fewer | 21 or fewer | Must be equal |
| 4 to 7 | 22 to 49 | One pool maximum |
| 8 to 11 | 50 to 77 | Two pools maximum |
| 12 or more | 78 or more | Three pools maximum |

*Assumes regional tournaments use pools of five to seven athletes, with a targeted goal of pools with six or seven athletes whenever possible.

**The recommendations for capping differential apply only to events of a different gender within the same age/weapon category. For example, a tournament with a Cadet Men's Foil cap of seven pools could have a Cadet Women's Foil cap of six, seven or eight pools (one pool maximum difference).



permanent resident, meet age criteria and qualify to compete in this tournament. Athletes that have represented another country in the last three years at FIE-level competitions (Veteran/Senior/Junior and those athletes that represented another country in the Cadet World Championships) are not eligible to compete in a National Championship, unless the athlete has been officially approved by the FIE to represent the USA.

**Division I National Championships:** The Div I National Championships, held in conjunction with the April NAC, are championships for fencers on the National Rolling Point Standings for Seniors, Juniors and the top Cadets. Competitors must be U.S. citizens or Permanent Residents. Fencers qualify for these Championships via the National Rolling Point Standings, top placements from the last Div IA and Div II National Championships and via modern pentathlon.

Athletes that have represented another country in the last three years at FIE level competitions (Veteran/Senior/Junior and those athletes that represented another country in the Cadet World Championships) are not eligible to compete in a National Championship, unless the athlete has been officially approved by the FIE to represent the USA.

**Parafencing National Championship:** The Para National Championship is held in conjunction with either the March or April NAC tournaments. Competitors must be U.S. citizens or permanent residents.

**USA Fencing National Championships (Summer Nationals):** The USA Fencing National Championships are held in June/July. Fencers must be U.S. citizens or Permanent Residents and qualify to compete in this tournament. Events in these Championships include (in all six weapons): Y10, Y12, Y14, Vet Age, Div IA, Div II and Div III. For rating restricted championship events (Div II/ Div III), the rating of the fencer at the time of registration determines eligibility to compete.

Athletes that have represented another country in the last three years at FIE-level competitions (Veteran/Senior/Junior and those athletes that represented another country in the Cadet World Championships) are not eligible to compete in a National Championship, unless the athlete has been officially approved by the FIE to represent the USA.

**July Challenge:** This competition occurs in conjunction with the USA Fencing National Championships and is a restricted competition based upon eligibility criteria listed in paragraphs 2.11.5.3 & 2.12.5.8. The Div I and Senior Team (composite team) events held at the July Challenge mark the beginning of the domestic cycle for the Div I season. Those athletes in the National Division must meet the event criteria for the July Challenge.

**Note**: For Championship events, only those who represent the USA can qualify via the pathways mentioned above.

### 2.2.5 Capping Policy (2025-26 season)

For the 2025-26 season, DVI, JNR and CDT events at all National Tournaments will be capped at a maximum of 315 entries. These events will have a Priority Registration Window during which all National Point holders in the respective category, as well as all A-rated fencers in the respective weapon, will have first opportunity to register. After this window, the registration will open to all age and rating eligible fencers for the category, at regular fees.

## 2.3 ENTERING COMPETITIONS/TOURNAMENTS

### 2.3.1 Local/Divisional Competitions

Entry procedures for these competitions vary from competition to competition. Contact the organizers of the competitions to determine their procedures. You must register following the organizer's procedures. Registrations for these tournaments are not currently processed through the National Office.

### 2.3.2 Regional Tournaments (RYC, SYC, RJCC, ROC, SJCC, RPC, IRC, ISC)

Links to online entry forms for these competitions are available on the **USA Fencing website**. Only tournaments posted on the USA Fencing Regional Event Calendar are recognized as regional tournaments. Registrations for these competitions will be processed through the National Office.

### 2.3.3 Cancellation, Delay, or Rescheduling of Events due to Extreme Weather or Catastrophe

In extreme circumstances, regional tournaments may be canceled, delayed or rescheduled by the majority decision of a group composed of the Tournament Organizer, the USA Fencing Director of Events, the relevant Regional Manager and/or the CEO. USA Fencing has the right to require any Regional Tournament Organizer to cancel, delay or reschedule a regional tournament in the best interest of the membership due to unforeseen extreme weather occurrences or other catastrophic circumstances. Organizers must include in their public tournament information page their refund policy in the case that a catastrophic event causes the cancellation, delay or rescheduling of their tournament.

Regional tournaments which are cancelled due to no fault of the organizer will be rescheduled, if possible, within the season for which the tournament was awarded.

Organizers may NOT cancel, delay or reschedule a regional tournament without the approval of the aforementioned group. Tournament organizers cancelling an ROC, SYC, RJCC, RYC, RPC or IRC without approval shall refund all monies paid by registered tournament entrants, including fees associated with non-ROC, non-RJCC, non-RYC or non-SYC events. If such cancellation is made unreasonably and/or on short notice, the tournament organizer may additionally be held responsible for reimbursement of expenses incurred by tournament entrants, and organizers are strongly encouraged to maintain general business liability insurance to provide for such an eventuality. In no event will USA Fencing be held responsible for the refund or reimbursement of any such fees or expenses, and by bidding, tournament organizers agree to hold USA Fencing harmless and to indemnify USA Fencing against any claims made by tournament entrants as a result of the cancellation of a tournament or as a result of the withdrawal of sanction by USA Fencing.

## 2.4 USA FENCING NATIONAL TOURNAMENTS

For registration accuracy, speed and to do our part to be green, USA Fencing uses an online registration system. The online registration system generates a receipt of payment upon processing of a valid payment. If you need any assistance, please email **nationalevents@usafencing.org**. All entries must be received at the National Office by the published deadline for that tournament. Qualification is required for any Championship tournament. See below for a list of registration statuses and definitions when reviewing entries in the online registration system:

| | |
|---|---|
| Pending | National Office is checking eligibility (NOTE: Qualification should not be assumed if your entry is in this status.) |
| Approved | Registration has been paid and you are eligible for the event |
| Waitlist Pending | No Payment Method has been entered and you have not been assigned a position on waitlist |
| Waitlist | Payment method has been accepted and athlete assigned waitlist position |
| Withdrawn | Withdrawn from the event |
| Denied | You are ineligible to participate |

For National Championships, entries remain **pending** until qualification is determined. Once the event has been confirmed for the athlete, an email will be sent via the database system and it will state that the athlete has been **approved** for that particular event. If the National Office is unclear how the athlete qualified, or if the athlete did not qualify, the path through which they qualified is undetermined, the system will generate an email to get more information.

**Deadlines for entry are strictly enforced.** Deadlines are published on the USA Fencing website. Online entries must be submitted by 11:59:59 p.m. Pacific Time of the posted ratings change deadline. Late entries are accepted online only for a specified time frame, with payment of triple the total amount due for regular entries up to the posted late entry deadline date by 11:59:59 p.m. Pacific Time.

A link to the entrants list is posted on the specific tournament web page located on the USA Fencing website under Events – **usafencing.org**. It is the fencer's responsibility to verify that the events registered for, rating for each weapon and division information is accurate before the seeding deadline for the tournament. Any discrepancies must be reported to the National Office (**information@usafencing.org**) no later than 24 hours after the seeding for that event is posted on the USA Fencing website. Club affiliation changes may be considered until the end of check-in for that event.

For Championship tournaments, the online system generates separate emails for each event once entry is approved. It is the fencer's responsibility to verify that the Championship events registered for have been officially approved by the National Office. Championship eligibility confirmation from clubs, divisions, regional tournament organizers are not considered official until verified by USA Fencing. A refund of the full Event fee will be processed by the National Office for any events where an athlete fails to qualify. Tournament fees and Admin fees are considered nonrefundable. Event fee refunds are processed 4-6 weeks after the tournament. There are no event fee refunds after the posted deadline for the tournament.

**Refund Policy Exception – Qualification-Dependent Events**
If a qualifying competition takes place after the regular fee entry deadline but before the qualification deadline and an athlete does not qualify:
· Single-Event Registration: If registered for only one

event, the event fee, the tournament and administrative fees will be refunded. In the event this is applicable for a given athlete, they should email nationalevents@usafencing.org to request a full refund.
· Multiple-Event Registration: If registered and qualified for other events, only the event fee for the non-qualified event will be refunded.
· Refunds are processed 4-6 weeks after the tournament.

### 2.4.1 Withdrawal and Refund Policy
For a refund of 50% of the event fee(s), all withdrawals must be received by the National Office by the posted withdrawal deadline. Registration and processing fees are nonrefundable and nontransferable. To withdraw from a national tournament, email **withdrawals@usafencing.org** with the athlete/team name, member number, and events from which you are withdrawing. No event fee refunds will be given for withdrawals after the posted withdrawal deadline.

To withdraw from a local or regional tournament, please email the listed tournament organizer. Contact information is located on their registration page. Regional withdrawal and refund policies may vary from tournament to tournament but can not be for stringent than the national policy listed above.

### 2.4.2 No-Show Policy
If a fencer does not notify withdrawals@usafencing.org by 5:00 PM local time on the day before their scheduled competition or fails to appear for their event at a USA Fencing-sanctioned national tournament, the fencer will be subject to a $250 No-Show fine and the fencer's membership will be locked, making them unable to register for any new events or renew their membership until payment is received.

The fine will be enforced for each event at which a fencer fails to appear. As an example, if a fencer fails to appear at two events during the course of a national tournament, the fencer will need to pay $250 per event with a total balance of $500. All fencers who are scratched after not appearing at the strip will be notified via email from the National Office and provided with instructions on how they can complete payment of the fine and reinstate their membership.

## 2.5 ELIGIBILITY TO COMPETE
Fencers must have an active membership with competitive rights and be in good standing to compete in specified USA Fencing-sanctioned national competitions.

## Table A: Before and Including Junior Olympics
**2025-26 Local/Regional/National Tournaments (October 2025 NAC, November 2025 NAC, January 2026 SJCC, 2026 Junior Olympics & 2026 February NAC)**

| CLASS | BIRTH YEARS | CODE | CATEGORY |
|---|---|---|---|
| A, B or C | Born 2012 or earlier | DIV 1 | DIVISION I |
| N/A | Born 2012 or earlier | DIV 1A | DIVISION IA |
| C, D, E or U | Born 2012 or earlier | DIV 2 | DIVISION II |
| D. E or U | Born 2012 or earlier | DIV 3 | DIVISION III |
| N/A | Born 2012 or earlier | SR OPEN | SENIOR (OPEN) See 2.11.2 |
| N/A | Born 2012 or earlier | PARA | PARAFENCING |
| N/A | Born 2012 or earlier | STM | SENIOR TEAM |
| N/A | Born between 2004-1986 | ADLT | ADULT |
| N/A | Born 2004 or earlier | ADLTC | ADULT COMBINED |
| N/A | Born 1986 or earlier | VET/VTM | VETERAN (40 & Older) / VETERAN TEAM |
| N/A | 1977–1986 | V40 | VETERAN 40-49 |
| N/A | 1967–1976 | V50 | VETERAN 50-59 |
| N/A | 1957–1966 | V60 | VETERAN 60-69 |
| N/A | Born 1956 or earlier | V70 | VETERAN 70 & OLDER |
| N/A | Born 1946 or earlier | V80 | VETERAN 80 & OLDER |
| N/A | 2006–2012 | JNR/JTM | JUNIOR & JUNIOR TEAM |
| N/A | 2009–2012 | CDT/CTM | CADET & CADET TEAM |
| N/A | 2011–2014 | Y14 | YOUTH 14 & YOUTH 14 TEAM |
| N/A | 2013–2016 | Y12 | YOUTH 12 |
| N/A | 2015–2018 | Y10 | YOUTH 10 |
| N/A | 2017-2019 | Y8 | YOUTH 8 |

## Table B: After Junior Olympics
**2026 March NAC, 2026 April NAC, 2026 May SJCC, 2026 National Championships & July Challenge & Associated Regional & Division Qualifying Competitions Only (Post 2026 February NAC)**

*Note: Eligibility is the same as noted in Table A above for all categories except Junior and Cadet.*

| CLASS | BIRTH YEARS | CODE | CATEGORY |
|---|---|---|---|
| N/A | 2007–2013 | JNR | JUNIOR |
| N/A | 2010–2013 | CDT | CADET |
| N/A | Various | All Others | All categories except Junior and Cadet should refer to Table A. Your age eligibilty remains the same for the entire season |

*Important note: For all local and regional sanctioned competitions being held between the qualification deadline for the current season's Junior Olympic Championships and the February NAC, Junior and Cadet age fencers eligible according to BOTH schedule A and Schedule B can fence in the respective categories.*

Access members can fence at local events only. To compete at regional or national tournaments, fencers must have a membership type with competitive privileges.

Fencers must meet age and/or eligibility requirements found in the chart on the previous page. For locally sanctioned rating restricted tournaments, eligibility is determined based on the rating at the time of a fully completed and paid registration. For division qualifiers, eligibility is determined as of the tournament start date.

Eligibility for national rating restricted tournament requiring qualification is determined at the start of the tournament at which the qualification was earned. For example, a D-rated fencer may potentially earn a C rating at a division qualifier, but National Championship eligibility will be determined based on the D rating with which the fencer began the qualification tournament.

### 2.5.1  2025-2026 Age/Rating Eligibility Rules EXCEPTION TO AGE ELIGIBLITY CRITERIA

If a fencer is currently, as of the entry deadline for that tournament, listed in a National age group point standing, the fencer may enter the next older age category of competition, even if that fencer is younger than allowed by the age bracket.
For categories of competitions in which criteria in addition to age must be met, the fencer must also meet those criteria by the entry deadline.

·       Example: a fencer who is too young to compete in Y12 events (based on the season's age categories) can fence in Y12 events IF they are on the Y10 National Points Standings at the entry deadline for that tournament.

## 2.6  GENERAL QUALIFYING INFORMATION
### 2.6.1 Division Qualifiers
Division qualifiers are competitions in which a specified number of fencers, based on their results, qualify to the USA Fencing National Championships and the Junior Olympic Championships.

Division qualifiers are restricted to members of the division for the following events: Y14, Div II and Div III (USA Fencing National Championships) and Cadet and Junior (JOs). Veteran fencers can qualify for USA Fencing National Championships via Division II or Division III division qualifiers. Division

qualifying tournaments cannot be mixed gender competitions. <u>Fencers who have earned national points are the only athletes who will be skipped over in the results to determine qualifying athletes.</u> Athletes who have already qualified via a regional path will not be skipped over.

Athletes must be eligible to represent the USA. Athletes that have represented another country in the last three years at FIE-level competitions (Veteran/Senior/Junior and those athletes that represented another country in the Cadet World Championships) are not eligible to compete in a National Championship, unless the athlete has been officially approved by the FIE to represent the USA. A foreign fencer who is in the United States on a visa is NOT eligible to fence in any National Championships, individual or team, or associated division qualifying competitions. Divisions allowing ineligible athletes to compete in qualifying competitions may be fined by USA Fencing – a $500 fine, which may be invoiced or withheld from the division's membership rebate.

For information regarding your division qualifier schedule, check your division's website or contact your division officers. To obtain names, emails and phone numbers for any of the division's officers, contact the National Office by phone (719-866-4511) or email (**information@usafencing.org**).

All divisions must give at least a four-week notice of the date, time and place of the qualifying competitions by posting this information on a platform that is free and available to the general public.

Policy on ineligible fencers in division qualifiers:
**1.** For division qualifying events in which any ineligible fencers are discovered (i.e., age, rating, membership, citizenship or representing country), the division and athlete(s) in question will be notified and instructed of the information needed to resolve the situation. Any missing membership forms, fees or paperwork needed to resolve the issue must be received by the National Office within 10 business days from the time of notification of the problem by the National Office. Late submission may result in the division qualifiers being recalculated based on the eligible fencers in the competitive field.
**2.** No qualification or ratings will be awarded to

fencers who compete in division qualifiers where ineligible athletes (i.e., age, rating, membership, citizenship or representing country) are allowed to compete until the situation is resolved.

**3.** All entries for the given Championship will remain registered, in a Pending status until the issues regarding the division qualifier in question are resolved.

4. Petitions or protests will be reviewed after the situation is resolved.

### 2.6.2 Regional Qualifying Paths

In addition to division qualifiers, multiple qualification paths exist on a regional level for qualification to the USA Fencing National Championships, Junior Olympic Fencing Championships and the July Challenge. These include:

• **Regional Open Circuit Tournaments (ROC):** Division IA, Division II, Veteran for USA Fencing National Championships

• **Regional Junior Cadet Circuit (RJCC):** Junior and Cadet for Junior Olympic Fencing Championships and the July Challenge, if age eligible

• **Super Junior/Cadet Circuit Tournament (SJCC):** Junior and Cadet for the Junior Olympics and the July Challenge

• **Super Youth Circuit Tournaments (SYC):** Youth 10, Youth 12 for March North American Cup and USA Fencing National Championships; Youth 14 for USA Fencing National Championships

• **Regional Youth Circuit Tournaments (RYC):** Youth 10, Youth 12 for March North American Cup and USA Fencing National Championships; Youth 14 for USA Fencing National Championships

ROC, RJCC, SYC, SJCC and division qualifying tournaments cannot be mixed (mixed gender or mixed age) competitions. RYC qualifying tournaments with less than five entrants in a given gender may mix by gender but may not mix ages.

**Regional Open Circuit (ROC):** Open to current USA Fencing members, with a competitive type membership are eligible to fence in open/senior competitions. Fencers not eligible to represent the USA cannot compete in USA Fencing National Championship events.

**Regional Junior/Cadet Circuit (RJCC):** Open to current USA Fencing members with a competitive type membership are eligible to fence in Cadet and/or Junior competitions. Fencers who are not eligible

to represent the USA cannot compete in USA Fencing National Championship events. Fencers not eligible to represent the USA may qualify for the July Challenge via the SJCC/RJCC system as it is not a National Championship. National point holders will not be skipped on the Regional Ranking List when determining the number of qualifiers.

**Super Youth Circuit and Regional Youth Circuit (SYC/RYC):** Open to current USA Fencing members with a competitive type membership. Fencers not eligible to represent the USA cannot compete in USA Fencing National Championship events. National point holders will not be skipped on the Regional Ranking List when determining the number of qualifiers.

### 2.6.3 Determination of Divisional Qualifiers

Division qualifiers are determined by the qualifying information for various event types. For more information, see **Table 2.6.3.1.**

When determining who has qualified for a Championship, only fencers who qualify through National Points are skipped over to the next eligible fencer. Fencers that qualify for championships via regional points are not skipped over. Those who qualify through the division should not be skipped. For example, if a fencer competes and qualifies in a Junior division qualifier and is age eligible for Cadet, they will not get skipped over if they choose to also fence in the Cadet division qualifier. Those who qualify for Div IA, Div II, or Div III by earning regional ROC points are not considered automatic qualifiers at divisional qualifiers and should not be skipped over.

There is no retroactive path to qualification. Therefore, fencers who fail to qualify to enter a national tournament through a RYC, RJCC, ROC, SYC, SJCC or divisional qualifying competition do not qualify simply by virtue of a qualifying fencer at the event qualifying at a later qualifying competition as well.

Qualifying forms and instructions are sent to regional (ROC, RJCC, RYC, SYC & SJCC) tournament organizers and division officers via email; information is also posted on the USA Fencing website under the Championship Tournament page and Regional Resources page (**Tournament Resources**). It is the regional tournament organizer's and/or division officer's responsibility to adhere to the

qualifying information; failure to do so may result in qualifying field adjustments and/or nullification of the results from the qualifying tournament. Complete results from these qualifying tournaments must be submitted in the proper excel format; the qualifying report is available as an export in the latest version of Fencing Time.

Complete results must be submitted to the National Office via the USA Fencing registration database no later than **72 hours** after the completion of the tournament. Results and reports will be accept-

ed in any other format. These forms must reflect complete results and are the only acceptable notice from the regional tournaments and divisions regarding their qualifying fencers.

Regional tournament organizers and/or divisions who do not submit results by the deadlines described above may be charged a late fee by USA Fencing for late processing; results will not be able to be uploaded until the late fee is paid in full.

### 2.6.3.1 Table: Number of Qualifiers for Junior Olympic Fencing Championships and USA Fencing National Championships from Division Qualifying Competitions rounded up

| # Competitors | 1 | 2 | 3-12 | 13-16 | 17-20 | 21-24 | 25-28 | 29-32 | 33-36 | 37-40 | 41-44 | 45-48 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # Qualifiers | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

### 2.6.4 Combined Division II/Division III Divisional Qualifier Example

Below is an example of how to determine qualifiers for Division III when the division holds only one competition to determine qualifiers for both Division II and Division III.

A Division II/III qualifying competition has the following entries:
Number of C fencers = 8
Number of D fencers = 12
Number of E fencers = 11
Number of U fencers = 15
Total number of Fencers = 46
Total number of Division II qualifiers = 12 (based on 46 total C, D, E, and U fencers)
Total number of Division III qualifiers = 10 (based on 38 total D, E, and U fencers)

**How to Determine Qualifiers:**

· List the fencers in order of their finish.

· The first 12 qualify for Division II and Division III if rating eligible at the start of the event.

· Then count the number of D, E and U fencers. In this example, there are 38 such fencers. The 25% of that group equals 10, the number of fencers who can qualify for Division III Nationals only.

· Starting with the first fencer after those qualified for Division II (in this example, 13th place); count off the next 10 D, E or U fencers who have not already qualified by other paths. These (10) D, E, or U fencers are qualified for Division III. Any C fencers in this range are skipped, but not counted against the 10, because they are not eligible to fence Division III.

### 2.6.5 Petition Process

In exceptional cases, subject to approval by the

national office, a member of USA Fencing in good standing may be granted qualification to the Division I Championships, Junior Olympic Fencing Championships, the July Challenge or the USA Fencing National Championships by petition. No petition may contravene the results of a qualifying competition – a fencer who has fenced in the qualifying competition without withdrawing due to a disabling injury or illness cannot then petition to disregard or override those results. Petitions will be denied for fencers who chose to fence in a regional qualifier (RYC, SYC, RJCC, and ROC) over their division qualifier. U.S. citizens and Permanent Residents are eligible to petition.

The following criteria and procedures are applicable to filling a petition:

A petition may be filed by a fencer who qualified (by means of competition or petition) to that same competition in the prior season or whose recent competitive record indicates a strong possibility that the athlete would have qualified had they been able to compete in the qualifying competition but:

    · Was unable to compete in the various qualifying competitions this season due to injury, illness, military deployment, study abroad, compulsory school requirements, pregnancy **OR**

    · Did compete and had to withdraw because of a disabling injury or illness **OR**

    · The number of qualifying athletes at a division qualifying tournament changed due to the inclusion of ineligible fencer(s) in the tournament

(Note: Athletes who attend a school or university in the United States, outside of their division, shall not constitute inability to compete)

All petitions must be made through an online system to USA Fencing National Events; the petition link is available through the specific tournament page on **usafencing.org**. Under no circumstances will petitions be accepted if received after the posted petition deadline for the Championships.

The petition must be accompanied by:
    1. A nonrefundable petition fee of $100, to be charged at the conclusion of the online petition process.
    2. A written statement that gives specific details of the dates, reason for absence or withdrawal, and other pertinent facts. Written notice from the independent attending physician and/or statement

from the Bout Committee must substantiate any medical reasons if the medical reason required withdrawal from the qualifying competition.
    3. A summary of the fencer's significant recent competitive results. In particular, results in previous National Championships and recent North American Cup (NAC) competitions should be noted. (Example: top 64 international, top 8 in a USA Fencing NAC/Championship, top 16 at a ROC, top 24 at an SYC).
    4. If the petition is not approved and the athlete is already registered for the Championship, only the event fee will be refunded.
    5. Responses to the petition will be made via email. Petitions that do not meet these requirements will not be considered.
    6. Decisions on petitions will be based upon the validity of reasons given for absence or withdrawal and the probability that the fencer would have qualified had they competed in the qualifying competition to its conclusion, based on results achieved in other recent competitions.
    7. If a fencer is permitted to enter the Junior Olympic Fencing Championships, Division I National Championships, July Challenge or USA Fencing National Championship competition by this petition procedure, the fencers' entry will in no way affect the number of qualifiers from the division involved.

## 2.7  QUALIFYING COMPETITION PROTEST PROCESS
If the qualifying competition was not operated in accordance with the USA Fencing rules, a protest may be submitted via email to **nationalevents@usafencing.org** specifying the rule infraction(s). This must be done immediately to the Bout Committee at the qualifying competition and within three business days after the qualifying competition to the National Office; otherwise, no action will be taken by USA Fencing. Even if a timely protest is submitted, there is no guarantee that the protest will be upheld.

For more detailed information regarding the protest process, see below from the **USA Fencing Operations Manual**.
### 2.8  YOUTH FENCING (Y14, Y12, Y10, Y8)
#### 2.8.1  What is a Youth Tournament?
Youth tournaments for fencers who are 8 and under (Y8), 10 and under (Y10), 12 and under (Y12), and 14 and under (Y14), refer to the Age Rating Restriction Rules for current birth years for these

categories in **Table 2.5.1**.

#### 2.8.2 Youth Local Tournaments
A wide variety of competitions can be found at the local level in clubs or sponsored by local organizations. Schedules for these competitions can be found by contacting your division. Division contact information is available on the USA Fencing website **here** or by emailing **information@usafencing. org**.

#### 2.8.3 Youth Divisional Tournaments
Each division can host a qualifying tournament for Y14 National Championships only (Y12 and Y10 use regional qualifying paths). Divisions may also hold other Youth tournaments during the season to provide general competition opportunities. Divisional information can be found through the division specific websites (**division information**).

### 2.9 YOUTH REGIONAL TOURNAMENTS
For RYC and SYC tournaments, fencers must meet the birth years in **Table 2.5.1**. There are no rating requirements.

All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

### 2.10 YOUTH NATIONAL TOURNAMENTS
The Youth National Tournaments provide a higher-level experience for fencers 10 and under (Y10), 12 and under (Y12) and 14 and under (Y14). National points are awarded for these competitions.

#### 2.10.1 Youth 10 North American Cup (NAC)
**A. Eligibility** (age, rating and qualifying path)
Fencers must meet the birth years in Table 2.5.1. There are no rating requirements.

**B. Qualifying Path**
• Fence in one Regional Youth Circuit or one Super Youth Circuit competition in the current season in the age and weapon category in which the fencer requests entry acceptance OR
• Be on the Youth 10 National Point Standings at the Qualification Deadline.
• Fence in one International Regional Youth Circuit or one International School Circuit in the current season in the age and weapon category in which the fencer requests entry acceptance.

**C. Seeding and Format**

All information regarding seeding can be found in Table 2.15.1.1; all competition format information can be found in Table 2.16.1.

#### 2.10.2 Youth 12 North American Cup (NAC)
**A. Eligibility** (age, rating and qualifying path)
Subject to the listed exceptions, fencers must meet the birth years in Table 2.5.1. There are no rating requirements.

**B. Qualifying Path**
• Fence in one Regional Youth Circuit or one Super Youth Circuit competition in the current season in the age and weapon category in which the fencer requests entry acceptance OR
• Be on the Youth 12 national Point Standings at the Qualification Deadline
• Be on the Youth 10 National Point Standings at the Qualification Deadline
• Fence in one International Regional Youth Circuit or one International School Circuit in the current season in the age and weapon category in which the fencer requestions entry acceptance.

**C. Seeding and Format**
All information regarding seeding can be found in Table 2.15.1.1; all competition format information can be found in Table 2.16.1

#### 2.10.3 Youth 14 North American Cup (NAC)
**A.Eligibility** (age and rating)
Subject to the listed exceptions, fencers must meet the birth years in Table 2.5.1. There are no rating requirements.

**B. Qualifying Path**
No qualifying path, except the birth year criteria.

**C. Seeding and format**
All information regarding seeding can be found in Table 2.15.1.1; all competition format information can be found in Table 2.16.1.

#### 2.10.4 Youth 10 National Championships
**A. Eligibility** (age, representation, rating)
Fencers must meet the birth years in Table 2.5.1., and be able to represent the USA competitively. There are no rating requirements.

**B. Qualifying Path**
• Be on the Y10 National Point Standings at the Qualification Deadline OR
• Be on the Y10 Regional Youth Point Standings in your region at the Qualification Deadline OR

• Earn at least 60 Y12 Regional Points during the current season (total points=an athlete's top three point results)
• Earn points in a IRC or ISC regional Y10 tournament within the qualification window

**C. Seeding and Format**
All information regarding seeding can be found in Table 2.15.1.1; all competition information can be found in Table 2.16.1.

### 2.10.5 Youth 12 National Championships
**A. Eligibility** (age, representation, rating)
Subject to the listed exceptions, fencers must meet birth years in Table 2.5.1 and be able to represent the USA competitively. There are no rating requirements.

**B. Qualifying Path**
• Be on the Y12 National Point Standings at the Qualification Deadline OR
• Earn at least 70 Y12 Regional Points during the current season (Total points = an athlete's top three point results) OR
• Earn at least 160 Y14 Regional Points during the current season (Total points = an athlete's top three point results) OR
• Place in the top 25% of the fencer's division's Y14 National Championship qualifying competition
• Place in the top 40% in a Y12 IRC or ISC tournament

**C. Seeding and Format**
All information regarding seeding can be found in Table 2.15.1.1; all competition format information can be found in Table 2.16.1.

### 2.10.6 Youth 14 National Championships
**A. Eligibility** (age, representation, rating)
Subject to the listed exceptions, fencers must meet the birth years in Table 2.5.1 and be able to represent the USA competitively. There are no rating requirements. Athletes that have represented another country in the last three years at FIE-level competitions (Veteran/Senior/Junior and those athletes that represented another country in the Cadet World Championships) are not eligible to compete in a National Championship, unless the athlete has been officially approved by the FIE to represent the USA.

**B. Qualifying Path**
• Be on the Youth 14 National Point Standings at the regular entry fee deadline OR

• Earn at least 160 Y14 Regional Points during the current season (Total points = an athlete's top three point results) OR
• Finish in the Top 40% of the final competitive field at a Y14 IRC or ISC tournament during the current season OR
• Place in the top 25% (round up) of the fencer's division's Y14 National Championship qualifying competition

**C. Seeding and Format**
All information regarding seeding can be found in Table 2.15.1.1; all competition format information can be found in Table 2.16.1.

**International Regional Circuit and International School Circuit**
The International Regional Circuit and International School Circuit are offered as a part of the regional tournaments for Youth events. No National Points are awarded; however, fencers may earn qualification to the July Challenge, Summer Nationals, and Junior Olympics through these tournaments, provided all other eligibility criteria are also met for those events.

## 2.11  CADET/JUNIOR TOURNAMENTS
### 2.11.1  What is a Cadet/Junior Tournament?
Refer to the Age/Rating Restriction Rules for current birth years for these categories **Table 2.5.1.**

### 2.11.2  Cadet/Junior Local Tournaments
A wide variety of competitions can be found at the local level in clubs or sponsored by local organizations. Schedules for these competitions can be found by contacting your division. Division contact information is available on the USA Fencing website or by emailing **information@usafencing.org**).

### 2.11.3  Cadet/Junior Divisional Tournaments
Each division can host a qualifying tournament for the Junior Olympic National Championships (JOs). Divisions may also hold other Cadet/Junior tournaments during the season to provide general competition opportunities. Divisional information can be found through the division-specific websites – **Division Information**.

### 2.11.4  Regional Junior/Cadet Circuit (RJCC) Tournaments

**A. Regional Cadet (RCC)**
The Cadet Regional Tournament is offered as part of the Regional Junior Cadet Circuit (RJCC). No

national points are awarded; regional points are awarded to any fencer competing in their home region. Regional points are awarded based on final placement and the size of the competitive field.

**• Eligibility (age, rating)**
Subject to the exceptions in **Table 2.5.1**, fencers must be at least 13 years old on Jan. 1 in the year of the competition. Fencers younger than that must, as of the final entry deadline, be on the Y14 national rolling point standings to be eligible. There are no rating requirements.

**• Seeding and Format**
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

**B. Regional Junior Circuit (RJC)**
The Junior Regional tournament is offered as part of the Regional Junior Cadet Circuit (RJCC). No national points are awarded; regional points are awarded to any competitor competing in their home region. Regional points are awarded based on the size of the competitive field.

**• Eligibility (age, rating)**
Subject to the exceptions in **Table 2.5.1**, fencers must be at least 13 years old on Jan. 1 in the year of the competition. Fencers younger than that must, as of the final entry deadline, be on the Cadet national rolling point standings to be eligible. There are no rating requirements.

**• Seeding and Format**
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

**C. Super Junior & Cadet Circuit SJCC**
National points are awarded to the top 40%, up to a maximum of 64 fencers, of the competitors at a 0.4 weight value of the National Point Tables.

**• Eligibility (age, rating)**
Subject to the exceptions in **Table 2.5.1**, (Junior and Cadet age criteria after the Junior Olympics). Fencers younger than the birth year span in **Table 2.5.1**. must be on the Cadet NRPS as of the final entry deadline to be eligible. There are no rating requirements.

**• Seeding and Format**
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format infor-

mation can be found in **Table 2.16.1**.

**2.11.5  Cadet/Junior National Tournaments**
These national tournaments, along with designated Division I NACs, are part of the selection criteria for the Junior/Cadet World Championship Team. Fencers can earn national points at these competitions.

**Cadet/Junior North American Cup (NAC)**

**Eligibility (age and rating)**
Subject to the exceptions in **Table 2.5.1**, fencers must be at least 13 years old on Jan. 1 in the year of the competition. Fencers younger than that must, as of the final entry deadline, be on the Y14 National Point Standings to be eligible to earn qualification for Cadet events or be on the Cadet National Point Standings to be eligible to earn qualification for Junior events. All other qualification requirements still apply for a fencer to earn the right to compete. There are no rating requirements.

**• Seeding and Format**
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in Table 2.16.1.

**Cadet/Junior – Junior Olympic Fencing Championships**

**Eligibility (age, rating):**
Subject to the exceptions in Table 2.5.1, fencers must be at least 13 years old on Jan. 1 in the year of the competition. Fencers younger than that must, as of the Qualification Deadline, be on the Y14 National Point Standings to be eligible for Cadet events or on the Cadet National Point Standings to be eligible for Junior events. There are no rating requirements.

Fencers must meet age requirements as above and be able to represent the USA competitively. Athletes that have represented another country in the last three years at FIE-level competitions (Veteran/Senior/Junior and those athletes that represented another country in the Cadet World Championships) are not eligible to compete in a National Championship, unless the athlete has been officially approved by the FIE to represent the USA.

**Qualification**

**CADET**
• Fencers must meet eligibility AND
• Be on the Cadet National Rolling Point Standings (NRPS) at the Qualification Deadline OR
• Earn at least 120 regional points on either the Cadet or Junior Regional Point Standings (Total points = an athlete's top two point results) OR
• Be in the top 25% (round up) of their division's Cadet JO qualifying competition OR
• Be in the top 25% (round up) of their division's Junior JO qualifying competition (Junior event must occur first) OR
   • Finish in the Top 40% of the final competitive field at a Cadet IRC tournament or cadet ISC during the current season OR
• For EPEE ONLY: the top 3 (on Modern Pentathlon Point Standings) USA Fencing Modern Pentathlon fencers will be eligible to compete in the JO epee events without qualifying by any other means. USA Modern Pentathlon fencers MUST be USA Fencing members

**JUNIOR**
• Fencers must meet age eligibility AND
• Be on the Junior national rolling point standings (NRPS) at the Qualification Deadline OR
• Earn at least 120 regional points on the Junior Regional Point Standing (Total points = an athlete's top two point results) OR
• Be in the top 25% (round up) of their division's Junior JO qualifying competition OR
   • Finish in the Top 40% of the final competitive field at a Junior IRC tournament during the current season OR
• For EPEE ONLY: the top 3 (on Modern Pentathlon Point Standings) USA Fencing Modern Pentathlon fencers will be eligible to compete in the JOI epee events without qualifying by any other means. USA Modern Pentathlon fencers MUST be USA Fencing members

• **Seeding and Format**
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

**Cadet & Junior July Challenge**
The July Challenge is held in late June/early July in conjunction with the USA Fencing National Championships. Only those that meet the new season's birth year span on 2.5.1 (second table) are eligible to compete in these events, since this event

is held after the Junior Olympic Championships.

   • **Eligibility (age, rating)**
Subject to the exceptions in Table 2.5.1, fencers must be at least 13 years old on Jan. 1 in the year of the competition. There are no rating requirements for U.S. athletes.

**CADET**
• Fencers must meet eligibility AND
• Be on Cadet NRPS (age out after Feb NAC) OR
• Be in the top 50% of the Y14 National Rolling Point Standings (NRPS) at the Qualification Deadline OR
• Earn at least 75 regional points on their region's Cadet Regional Point Standings OR
• Earn at least 75 regional points on their region's Junior Regional Circuit Points OR
• Finish in the Top 40% in a Cadet IRC or ISC that season

**JUNIOR**
• Fencers must meet age eligibility AND
• On Junior NRPS (age out after Feb NAC) by entry deadline OR
• On Cadet NRPS (age out after Feb NAC) OR
• Earn at least 75 regional points on your region's Junior Regional Point Standings OR
• Be in the top 25% of the Youth 14 National Rolling Point Standings (NRPS) at the Qualification Deadline OR
• Finish in the Top 40% in a Junior IRC or ISC that season

• **Seeding and Format**
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

**International Regional Circuit**
   The International Regional Circuit is offered as a part of the regional tournaments for Youth events. No National Points are awarded; however, fencers may earn qualification to the July Challenge through these tournaments, provided all other eligibility criteria are also met for those events.

## 2.12 SENIOR/OPEN TOURNAMENTS

**2.12.1 What is a Senior/Open Tournament?**
A senior/open competition is one in which all competitors are eligible to compete without regard to their divisional membership or regional affiliation, rank or age (except for minimum ages as specified

in this handbook). The same rules apply to all USA Fencing events that do not denote a specific age restriction (Youth, Cadets, Juniors and Veteran events) whether they are a NAC or National Championship or run by a club, division, or region.

To compete in a USA Fencing-sponsored Senior/Open event, all fencers must be a current competitive member of USA Fencing, at least 13 years old on Jan. 1 in the year of the competition unless the fencer is on the National Junior Point Standings at the entry deadline for that competition.

### 2.12.2  Senior/Open Local Tournaments (Div IA)
A wide variety of competitions can be found at the local level in clubs or sponsored by local organizations. Schedules for these competitions can be found by contacting your division. Division contact information is available on the USA Fencing website or by emailing **information@usafencing.org**.

Competitors must be at least 13 years old on Jan. 1 in the year of the competition or be on the Junior NRPS.

### 2.12.3  Senior Divisional Tournaments
Each division can host a qualifying tournament for Division II (Div II) and/or Division III (Div III) for the USA Fencing National Championships. Divisions may also hold senior/open tournaments during the season to provide general competition opportunities. Divisional information can be found through the division- specific websites.

### 2.12.4  Senior Regional Tournaments
**Division II (Div II) Regional Open Circuit (ROC)**
Division II tournaments, offered as part of the Regional Open Circuit (ROC), provide competition opportunities for fencers 13 years and older with a rating of C or below. National points are not awarded for placements in the Division II competitions; regional points are awarded to the top 40% of the field.

> • **Eligibility (age, rating)**
> Fencers must be at least 13 years old on Jan. 1 in the year of the competition or on the Junior national rolling point standings (NRPS). Fencers must have a rating of "C", "D", "E", or "U".

> • **Seeding and Format**
> All information regarding seeding can be found

in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

### IA (Div IA) Regional Open Circuit (ROC)
Division IA tournaments, offered as part of the Regional Open Circuit (ROC), provide competition opportunities for fencers 13 years and older. National points are not awarded for placements in the Division IA competitions; regional points are awarded to the top 40% of the field.

> • **Eligibility (age, rating, qualifying path)**
> Fencers must be at least 13 years old on Jan. 1 in the year of the competition or in the Junior national rolling point standings (NRPS)

> • **Seeding and format**
> All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

### 2.12.5  Senior National Tournaments
**(Div I) North American Cup (NAC)**
This event offers elite level competition for fencers 13 years of age or older. National points are awarded towards the Senior, Junior and Cadet National Point Standings, depending on age eligibility. For awarding ratings, Division I tournaments are always at least a Group A4 competition.

> • **Eligibility (age and rating)**
> Fencers must be at least 13 years old on Jan. 1 in the year of the competition. Fencers must have a rating of "A", "B", or "C" at the entry deadline or be on the Junior NRPS.

> • **Seeding and Format**
> All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

### Division II (Div II) USA Fencing National Championships
This event is part of the USA Fencing National Championships, held each summer. No points are awarded.

> **Eligibility (age, rating, qualification path)**
> Fencers must be at least 13 years old on Jan. 1 in the year of the competition or on the Junior national rolling point standings (NRPS). Fencers must have a rating in the weapon of "C", "D", "E" or "U" at the time of registrations AND be eligible to represent the U.S. competitively

**Qualification**

Fencers must meet eligibility requirements **AND**:

· Place in the top 25% of the current season's division qualifying competition OR

· Be on the current Div IA ROC Regional Point Standings OR

· Be on the current Div II ROC Regional Point Standings OR

· Place in the top 40% of an Adult or Adult Combined regional event OR

· Place in the top 40% of a Div II NAC, if held.

**Note: If you have qualified for Division II, meet the age and rating standard on the day you register on-line for the Championship, you are eligible to fence in that event at the National Championship. If you qualified for Division II at your Division Qualifier and at that same time earned a higher rating, you are eligible for the National Championship. In this instance, please email nationalevents@usafencing.org for registration assistance.**

**Seeding and Format**

All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

**(Div III) USA Fencing National Championships**

This event is part of the USA Fencing National Championships, held each summer. No points are awarded.

**Eligibility (age, rating, qualification path)**

Fencers must be at least 13 years old on Jan. 1 in the year of the competition or on the Junior national rolling point standings (NRPS). Fencers must have a rating of "D", "E", or "U" at the time of registration AND be eligible to represent the USA competitively

**Qualification**

Fencers must meet eligibility requirements **AND**:

· Place in the top 25% (round up) of the total number of "D", "E", or "U" fencers competing in the current season division's Division II Qualifying competition (when Division II and Division III qualifying competition held together) OR

· If separate Division III qualifying competition in the current season held by division, then top 25% of the field will qualify for Division III National Championships OR

· Be on the Division IA or Division II Regional Open Circuit point standings, if rating eligible,

at the Qualification Deadline for these Championships OR

· Qualified for Division II National Championships, if rating eligible OR

· Place in the top 40% of an Adult or Adult Combined regional event OR

· Fencers who placed in the top 40% of a DV3 regional event

**Note: If you have qualified for Division III, meet the age and rating standard on the day you register on-line for the Championship, you are eligible to fence in that event at the National Championship. If you qualified for Division III at your Division Qualifier and at that same time earned a higher rating, you are eligible for the National Championship. In this instance, please email nationalevents@usafencing.org for registration assistance.**

**Seeding and Format**

All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

**Division IA (Div IA) USA Fencing National Championships**

This event is part of the USA Fencing National Championships, held each summer. No regional or national points are awarded. For awarding ratings, Division IA tournaments are always at least a Group A3 competition.

**Eligibility (age, rating, qualifying path)**

Fencers must at least 13 years old on Jan. 1 in the year of the competition or on the Junior National Rolling Point Standings (NRPS) and be a U.S. citizen or Permanent Resident. There is no rating requirement.

**Qualification**

· Fencers must meet eligibility requirements AND

· Be on the current Senior National Rolling Points standing (NRPS) at the regular entry deadline OR

· Be on the DV1A regional points list at the regular entry deadline OR

· Be in the Top 8 of the DV2 regional points list at the regular entry deadline OR

· Place in the top 20% of an Adult or Adult Combined regional event

**Seeding and Format**

All information regarding seeding can be found

in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

### Division I (Div I) National Championships

The Division I National Championships are held annually in April. This event, along with other designated competitions, is part of the selection criteria for the Senior World Championship or Olympic Team. Athletes that have represented another country in the last three years at FIE-level competitions (Veteran/Senior/Junior and those athletes that represented another country in the Cadet World Championships) are not eligible to compete in a National Championship, unless the athlete has been officially approved by the FIE to represent the USA.

#### Eligibility (age, rating, qualification path)

Fencers must be at least 13 years old on Jan. 1 in the year of the competition (see **Table 2.5.1** for exceptions). Fencers must have a rating of "A", "B", or "C" at the entry deadline and be a U.S. citizen or Permanent Resident.

#### Qualification

Fencers must meet eligibility requirements **AND**
· Fencers must meet eligibility requirements AND
· Be on the current Senior National Rolling Point Standings (NRPS) at the Qualification Deadline OR
· Be on the current Junior National Rolling Point Standings (NRPS) at the Qualification Deadline OR
· Be on the current Cadet National Rolling Point Standings (NRPS) at the Qualification Deadline OR
· Have placed in the top 8 in the 2023-24 season's Division IA National Championships OR
· Have placed in the top 4 in the 2023-24 season's Division II National Championships OR
· Have been ranked in the top 4 of the Veteran Combined National Point Standings as of the regular entry deadline. OR
· Be in the Top 4 of the current Veteran Combined National Rolling Points Standings at the regular entry deadline OR
· 2025 NCAA National Championships Individual Competitors (24)
· For EPEE ONLY: the top 3 (on Modern Pentathlon Point Standings) USA Fencing Modern Pentathlon fencers will be eligible to compete in the Division I epee events without qualifying

by any other means. USA Modern Pentathlon fencers MUST be USA Fencing members.

#### Seeding and Format

All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

### Division I July Challenge

The July challenge is held in June/July, in conjunction with the USA Fencing National Championships.

#### Eligibility (age, rating, qualification path)

Fencers must be at least 13 years old on Jan. 1 in the year of the competition (see **Table 2.5.1** for exceptions). Fencers must have a rating of "A", "B", or "C" at the entry deadline and meet the specific event criteria below.

#### Qualification

· Fencers must meet eligibility requirements AND
· Be on the current Senior National Rolling Point Standings (NRPS) at the Qualification Deadline OR
· Be on the aged out Junior National Rolling Point Standings (NRPS) at the Qualification Deadline OR
· Top 24 of the aged-out Cadet NRPS at the qualification deadline and age eligible OR
· Top 16 from Div IA Regional Points OR
· Be in the top 4 of the Division II regional points at the Qualification Deadline OR
· 2025 NCAA National Championships Individual Competitors (24) OR
· Foreign athletes who meet the USA Fencing rating standard of "A", "B" as defined in Section 2.1.5.

## 2.14  PARAFENCING TOURNAMENTS

### 2.14.1  What is a Parafencing Tournament?

Parafencing tournaments provide competition opportunities in a parafencing chair and frame with the opportunity to earn a fencing rating. See Chapter 12.4.1 for more information.

## 2.15  VETERAN TOURNAMENTS

### 2.13.1  What is a Veteran Tournament?

Veteran tournaments provide competition opportunities for fencers 40 years and older. There are six categories of veteran events: Open (ages 40 and above), V40 (ages 40-49), V50 (ages 50-59), V60 (ages 60-69), V70 (ages 70+) and V80 (ages 80+).

### 2.13.2  Veteran Local Tournaments
A wide variety of competitions can be found at the local level in clubs or sponsored by local organizations. Schedules for these competitions can be found by contacting your division. Division contact information is available on the USA Fencing website or by emailing **information@usafencing.org**

### 2.13.3  Veteran Divisional Tournaments
Vet fencers can use Division 2 and Division 3 qualifying tournament to qualify for vet events at Summer Nationals. Divisions may also hold other Senior/Open tournaments during the season to provide general competition opportunities. Divisional information can be found through the division-specific websites – **division information**.

### 2.13.4  Veteran Regional Tournaments
Veteran Regional Open Circuit (ROC)
Veteran Regional tournaments are offered as part of the Regional Open Circuit (ROC). National points are not awarded; regional points are awarded to the top 40% of the finishers.

Eligibility (age, rating)
Fencers must meet the age eligibility requirements to fence in a Veteran Combine or Veteran age-group event. See **Table 2.5.1** for details.

Seeding and Format
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

### 2.13.5  Veteran National Tournaments
At National Tournaments, Vet Open, V40, V50, V60, V70 and V80 events are held. National points are awarded for these competitions.

### Veteran (Vet Open, V40, V50, V60, V70+, V80+) North American Cup (NAC)
Eligibility (age, rating, qualifying path)
Age eligibility for the separate age categories is governed by the FIE rules for the Veteran World Championships (V40/V50/V60/V70+). Veteran Open, V40, V50, V60, V70+ and V80+ fencers must meet the birth years in **Table 2.5.1**.

Qualifying Path
There is no qualifying path to compete in the NAC

Veterans events. Fencers must meet age requirements as noted above.

Seeding and Format
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

### Veteran (V40, V50, V60, V70, V80+) USA Fencing National Championships
V40, V50, V60, V70 and V80+ events are held at the USA Fencing National Championships; there is no Championship event for Vet Open or Vet Team. Veteran National Championships is the last tournament for selection to the World Veteran Championships. Athletes that have represented another country in the last three years at FIE-level competitions (Veteran/Senior/Junior and those athletes that represented another country in the Cadet World Championships) are not eligible to compete in a National Championship, unless the athlete has been officially approved by the FIE to represent the USA.

Eligibility (age, rating, qualifying path)
· Age eligibility for the separate age categories (V40, V50, V60, and V70) is governed by the FIE rules for the Veteran World Championships. For each Veteran age group fencers must meet the birth years specified in **Table 2.5.1**.

Qualification
· Must meet eligibility requirements above AND
· Compete in the current season's division qualifying competition for Division II and/or Division III Championships OR
· Compete in any Regional Open Circuit event during the current season OR
· Compete in any NAC during the current season OR
· Be on the Veteran Age Group national rolling point standings (NRPS) at the Qualification Deadline OR
· Be on the Veteran Combine regional point standings at the Qualification Deadline

Seeding and Format
All information regarding seeding can be found in **Table 2.15.1.1**; all competition format information can be found in **Table 2.16.1**.

## 2.14  TEAM EVENTS
At the national level, there may be seven categories

of team events: Y14 (Y14TM), Cadet (CTM), Junior (JTM), Senior (STM), Division I (DV1TM) and Veteran (VETTM).

**Eligibility:** Senior or Division I team members must be at least 13 years old on Jan. 1 in the year of the competition or on the Junior NRPS. Junior team members must meet the posted birth year criteria for the specific team competition or be on the Cadet national rolling point standings (NRPS) at the Qualification Deadline. Members of the Veteran team must meet the posted birth year criteria for the specific team competition. Members of the Youth 14 team must meet the posted birth year criteria. Specific age and rating rules for each category are given in **Table 2.5.1**. Teams must register for the tournament by the posted deadlines. All members must meet the appropriate tournament criteria. There needs to be two teams to hold an event.

**Team events at the NACs**: All non-championship team events held at the national level will have no club or division affiliation requirements. Any three or four fencers that are age, gender and/or rating eligible for the event may enter a team. They must be competitive USA Fencing members. All registered members of a team must be present on site. **Senior and Veteran Team events:** The Senior & Veteran Team events are no longer Championship events. All non-championship team events held at the national level will have no club or division affiliation requirements. Any three or four fencers that are age and gender eligible for the event may enter a team. They must be competitive USA Fencing members. All registered members of a team must be present on site.

**Div I Team event at National Championship:**
The Div I Team event is a Championship event. Any three or four fencers that meet the age and gender requirements for the event may enter a team. They must be competitive USA Fencing members and U.S. Citizens or Permanent Residents. All registered members of a team must be present on site.

**Junior Olympic Fencing Championships:**
The JO Team event is a Championship event. Any three or four fencers that meet the age and gender requirements for the event may enter a team. They must be competitive USA Fencing members and U.S. citizens or Permanent Residents. All registered members of a team must be present on site.

**A. Registration:**
Teams are required to register 3-4 team member names and captain name with the team entry – this will streamline the verification of the membership, national rolling point standings (NRPS) and rating prior to the tournament.
Note: If a rostered fencer is not registered for any individual events for the given tournament, they must also pay the Tournament Registration Fee, separate of the team registration fees.

Those fencers who are NCAA fencers will need to self- monitor club affiliation and NCAA eligibility.
· Team events will follow posted entry deadline.
· Seeding information will be based on the same deadlines used for individual events.
· Preliminary team seeding and table will be posted on the USA Fencing website. Any discrepancies should be emailed to **nationalevents@usafencing.org**.
· During registration, each team will be required to submit a name for the team. At the time of check-in, should the Bout Committee determine the team name is inappropriate and/or in violation of any USA Fencing rules, polices or codes of conduct, the Bout Committee retains the right to require that the team name be changed before check-in is completed.

**B.** The Team Captain will check in the team during the one hour check in on the day of the event. Please check the tournament Athlete Packet for this information at **usafencing.org**

1. ALL Team Captains or their representatives must check-in with the Team Events Bout Committee during the designated time to verify their team. Captains or representatives will need to remain present in the venue for fencer order determination. Once the roster has been verified at check-in, no other changes will be allowed.

2. ALL Team Captains should verify the information used for seeding as posted. If discrepancies are not reported to the Bout Committee by the close of check-in, the information stands as presented.

3. Table will be constituted, and Team Captains or Representatives will then determine fencer order.

4. Depending on the size of the event, a coin flip or equivalent may be used or the higher seeded team will automatically be designated as the "winner of the coin flip" and assigned the 1-2-3 side. The bout committee may also conduct a coin flip or equivalent with or without the captains present. (Match order: 3-6, 1-5, 2-4, 1-6, 3-4, 2-5, 1-4, 2-6, 3-5).

5. If a team has an alternate, all members of the team must present at the strip when called, for every match.

6. Direct elimination from beginning of competition. Relay format, 9 bouts to a maximum score of 45 – increments of 5 touches or maximum time of 3 minutes for each bout. Fence off for 3rd.

## C. Seeding Teams
Seeding for team NAC Competitions is in accordance with the rules established for all USA Fencing National Team Championship tournaments.

For the Senior and Division I team event, seeding is based on the participating Fencers' Senior national rolling points as of 5 p.m. LOCAL TIME, the day prior to the first day of competition, and ratings earned by the appropriate posted tournament deadline.

For the Junior team event, seeding is based on the participating fencers' Junior national rolling points as of 5 p.m. LOCAL TIME, the day prior to the first day of competition, and ratings earned by the appropriate posted tournament deadline.

For the Veteran team event, seeding is based on the participating fencers' Veteran Open national rolling points as of 5 p.m. LOCAL TIME, the day prior to the first day of competition, and ratings earned by the appropriate posted tournament deadline.

For the Youth 14 team event, seeding is based on the participating fencers' Youth 14 national rolling points as of 5 p.m. LOCAL TIME, the day prior to the first day of competition, and ratings earned by the appropriate posted tournament deadline.

Teams with the same seed value are randomized by computer for seeding rank.

**Teams:** To seed teams for competitions, a seed value is calculated for each team based on the national rolling points standing (NRPS): Senior point standings for the Senior teams, Junior point standings for the Junior teams, Veteran open point standings for the Veteran teams, Youth 14 point standings for the Youth 14 teams, and/or the rating of each member of the team. The National Rolling Point standings and the rating of each member of the team are those as of 5 p.m. LOCAL TIME, the day prior to the first day of competition.

**National Rolling Point Standings (NRPS):** The first value considered when determining seeding is based on the fencer's national rolling point standings (NRPS). A fencer who is first on the national rolling point standings (NRPS) receives 132 points, second receives 131 points and so on, down to 32nd (32nd = 101 points). Fencers who are ranked 33rd or lower on the national rolling point standings (NRPS) are allocated 50 points. Fencers who are not on the national rolling point standings (NRPS) are not given any points. (**See appendices 1 - 2** for complete point tables.)

**Rating:** Each member of the team receives points based on
their rating and the year rating was last earned.

- As are given a value between 670 and 630
- Bs are given a value between 570 and 530
- Cs are given a value between 470 and 430
- Ds are given a value between 370 and 330
- Es are given a value between 270 and 230
- Us are given a value of 100 points

For example, for a competition on Sept. 1, 2025, within each rating the year is reflected in 10 point increments, with an A24 worth 670 points, an A23 worth 660 points, A22 given 650 points and A21 worth 640 points. The same process is used for the other letter ratings (B, C, D, and E). Those fencers who have yet to earn a rating (U) are given 100 points.

The individual seed value is calculated by adding the calculated NRPS and rating points for each team member. The three highest total point values are then added. This sum becomes the team's total seeding points. Teams are then ranked by highest team total seeding points (number 1 seed) to lowest team total seeding points (last seeded team).

| Fencer | NRPS | Team Seeding Points | Rating | Team Seeding Points | Total Seeding Points |
|--------|------|---------------------|--------|---------------------|----------------------|
| A | 18th | 115 | A23 | 670 | 785 |
| B | | 0 | C20 | 460 | 460 |
| C | | 0 | U | 100 | 100 |
| D | 53rd | 50 | B22 | 570 | 620 |
| Team Seeding Points: (sum of best three) 1865 | | | | | |

## 2.15  COMPETITION SEEDING FOR INDIVIDUAL EVENTS

### 2.15.1  Seeding Principles

Seeding is the method of ordering the fencers at the beginning of the competition by their relative strength, strongest to weakest.

In USA Fencing competitions, fencers from the same division and/or club or school are separated if possible, based on FIE rules for separating fencers of the same nationality. The highest priority criteria for separation is club or school, followed by division, followed by nationality.

The National Rolling Point Standings (NRPS) as of 5 p.m. LOCAL TIME, the day prior to the first day of competition will be used for seeding in a domestic point tournament.

Details on each event's format can be found in Table 2.16.1.1.

Within any random group, the seeding order is re-randomized whenever changes are made to an entry list, so the relative positions of fencers within such groups may change.

**This space left intentionally blank.**

## 2.15.1.1 Table: Seeding Principles for Specific Categories of Tournaments

| CATEGORY | LOCAL | DIVISION/REGIONAL | NATIONAL |
|---|---|---|---|
| Open Competitions, Division I, IA NACs, ROCs<br><br>Div I July Challenge (National only) | Rating/Year | DVIA: Nat'l Senior Rolling Points the rating/year.<br><br>DV2 & DV3: Rating/Year only | National Senior Rolling Point Standings, followed by rating (A, B, C, D, E, U) and within each rating by year in which rating last earned. Same class and year are randomized. |
| Div I and IA National Championships | N/A | N/A | National Senior Rolling Point Standings, followed by rating (A, B, C, D, E, U) and within each rating by year in which rating last earned. Same class and year are randomized. |
| Division II, III, Adult, Adult Combined | Rating/Year | Rating/Year | Rating/Year |
| Veteran Open (40 & Older) | Rating/Year | Rating/Year | Rating/Year |
| Veteran Age | Rating/Year | Rating/Year | See the "Vet Seeding" outline below. |
| Junior NAC | | | National Junior Rolling Point Standings, followed by rating (A, B, C, D, E, U) and within each rating by year in which rating last earned. Same class and year are randomized. |
| Junior | Rating/Year | National Junior Rolling Points, then rating/year | National Junior Rolling Points, then rating/year. |
| Cadet | Rating/Year | National Cadet Rolling Points, then rating/year | National Cadet Rolling Points, then rating/year |
| Youth 14 | Rating/Year | National Youth 14 Rolling Points, then rating/year | National Youth 14 Rolling Points, then rating/year |
| Youth 12 | Rating/year | National Youth 12 Rolling Points, then rating/year | National Youth 12 Rolling Points, then rating/year |
| Youth 10 | Rating/Year | National Youth 10 Rolling Points, then rating/year | National Youth 10 Rolling Points, then rating/year |
| Youth 8 | Rating/year | | |
| Division I Team | Seeding is based on Senior National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Senior National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Senior National Points and participating fencers' rating/year as of the posted entry deadlines. |
| Senior Team | Seeding is based on Senior National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Senior National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Senior National Points and participating fencers' rating/year as of the posted entry deadlines |

| | | | |
|---|---|---|---|
| Junior Team | Seeding is based on Junior National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Junior National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Junior National Points and participating fencers' rating/year as of the posted entry deadlines |
| Cadet Team | Seeding is based on Cadet National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Cadet National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Cadet National Points and participating fencers' rating/year as of the posted entry deadlines. |
| Y14 Team | Seeding is based on Y14 National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Y14 National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Y14 National Points and participating fencers' rating/year as of the posted entry deadlines |
| Veteran Team | Seeding is based on Veteran Open National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Veteran Open National Points and participating fencers' rating/year only as of the posted entry deadlines OR rating and year only | Seeding is based on Veteran Open National Points and participating fencers' rating/year as of the posted entry deadline. |
| Parafencing | N/A | Seeding is based on national point rankings | Seeding is based on national point rankings |

· Within the same rating values, the order is random.
· Ties in the National Rolling Point Standings (NRPS) are seeded randomly.
· Direct Elimination Seeding: Fencers are seeded by their results in the pool round wherein the results of fencers in all the pools are ordered by best results to poorest results: highest ratio of victories vs. bouts fenced, touches scored vs. touches received.

**Seeding Conflict Resolutions:**

1. In the first round of pools, conflicts of fencers within a pool from the same division or club who are on the National Rolling Point Standings in their weapon and category (special rules apply for Div I NAC) will be resolved, if possible, by movement of lowest ranked fencer in the pool with a conflict or conflicts; priority of movement will be non-ranked fencers (those with lowest rating in that pool) before ranked fencers

2. In resolving conflicts within pools, priority is given to club conflict vs. division conflicts so that when resolving conflicts fencers may be in pool with fencers from the same division.

3. Lower ranked fencer is moved, when necessary, to resolve conflicts of club or division.

The National Rolling Point Standings (NRPS) and ratings as of ten days prior to the tournament will be used for seeding a domestic point tournament.
 Details on each event's format can be found in Table 2.16.1.1.
 Within any random group, the seeding order is re-randomized whenever changes are made to an entry list, so the relative positions of fencers within such groups may change.

## Veteran Seeding

**I.** Ranked fencers who are deemed as protected fencers are those who are entitled to a seeded draw ahead of all other domestic fencers and will not be moved from their pool even if there is a club or division conflict. Seeding is only given to fencers ranked as follows; if fencers are not in attendance, lower ranked fencers do not "move up" in seeding.

**II.** National Veteran Age Category Rolling Point Standings, with top 8 ranked ahead of all others, followed by rank within each rating, followed by year within that rating.

  a. In reviewing pools and any conflicts generated, these fencers **CANNOT** be moved out of the pools in which the draw places them. The only excep-

tion would be the case of ties in ranking.

  i. Conflict in a pool is: two or more fencers from the same division and/or same club or school

  ii. Review of pool compositions is to minimize such conflicts within the rules governing conflict resolution

**III.** Within a rating group, e.g., A, B, C, etc. ranked fencers (NRPS) will be seeded ahead of non-ranked fencers regardless of year of rating.

  a. Fencers within a particular rating group with a ranking **CANNOT** be moved to resolve pool conflicts.

## 2.16  NATIONAL COMPETITION FORMATS

### 2.16.1  Table: National Competition Formats

**Reminder:**

**Maximum DE Field Size of 256**

A maximum of 256 fencers will be promoted out of pools for all events. With a promotion rate of 75% currently being utilized for Division I events, rarely do tables of 512 occur. This change would only affect Div I field sizes greater than 341 fencers. At events with an 80% promotion rate (junior, cadet, Div IA, Div II, III, Y12 and Y14), this change would only affect fields with more than 320 fencers.

| Event Type | Format |
|---|---|
| Division I National Championships, Division I NACs and Division I July Challenge | One round of pools; 6 or 7 person pool, 75% promoted to simple direct elimination. |
| Division IA, II, III National Championships, Division IA NAC | One round of pools, 6 and 6 or 6 and 7 persons per pool, 80% promoted to simple direct elimination. |
| Div IA, Div II, Veteran Regional Open Circuit (ROC) | One round of pools (of sizes in accordance with the Operations Manual maximized to 6 and 7 fencers as possible), with 100% promoted to a direct elimination table. |
| Division II, III, IA NAC | One round of pools; 5 and 6 or 6 and 7 persons per pool, 100% promoted to simple direct elimination. |
| Division II, III, IA Championship | One round of pools; 5 and 6 or 6 and 7 persons per pool, 80% promoted to simple direct elimination. |
| Division II, III, IA Championship | One round of pools; 5 and 6 or 6 and 7 persons per pool, 80% promoted to simple direct elimination. |
| Junior Olympic Fencing Championships | One round of pools; of 6 or 7 persons per pool, 80% promoted to simple direct elimination |
| Junior & Cadet NAC and July Challenge | One round of pools of 6 or 7 persons per pool, 80% promoted to simple direct elimination. |
| Super Junior and Cadet Circuit | One round of pools of 6 or 7 persons per pool, 100% promoted to simple direct elimination |
| Y14 SYC & NAC | One round of pools; 5 and 6 or 6 and 7 persons per pool, 100% promoted to simple direct elimination. |

| | |
|---|---|
| Y14 National Championship | One round of pools; 5 and 6 or 6 and 7 persons per pool, 80% promoted to simple direct elimination. |
| Y12 NAC, Regional and Super Youth Circuit | One round of pools; 5 and 6 or 6 and 7 persons per pool, 100% promoted to direct simple elimination in which bouts are 15 touch bouts. |
| Y12 National Championship | One round of pools; 5 and 6 or 6 and 7 persons per pool, 80% promoted to simple direct elimination. |
| Y10 NAC, National Championships, Regional & Super Youth Circuit | One round of pools; 5 and 6 or 6 and 7 persons per pool, 100% promoted to simple direct elimination in which bouts are 10 touch bouts with two 3 minute periods. |
| Veteran Age NAC & National Championships | One round of pools; 5 and 6 or 6 and 7 persons per pool. 100% promoted to simple direct elimination in which bouts are 10 touch bouts with two 3 minute periods. There is a one-minute rest between periods. For Vet 70 and Vet 80 events with pools of 8 or more, , the pools will not be double stripped until the pool is half complete; i.e. after the 14th bout in a pool of 8 and after the 18th bout in a pool of 9. |
| Veteran Open NAC | One round of pools; 5 and 6 or 6 and 7 persons per pool. In V70 and V80 events, pools with 8 or more fencers will not be allowed to double strip until the pool is halfway completed 100% promoted to single direct elimination in which bouts are 10 touch bouts with two 3 minute periods. There is a one minute rest between periods. |
| Parafencing NAC & National Championships | All event sizes will include 100% promotion to DE's. Events with 5 or fewer fencers: one pool, two rounds of pools. Events with 6-9 fencers: one pool, one round of pools. Event with 10 or more fencers: 5, 6, or 7 persons per pool, one round of pools. |
| *Parafencing Walk N Roll Tournaments | The tournament is seeded based upon the ratings of all fencers. The parafencers and able-bodied fencers will be able to earn ratings from this event based upon the USA Fencing Event Rating Chart. During the competition, all able-bodied fencers will compete against each other using traditional able-body rules. When two parafencers, or an able-bodied and a parafencer, fence in pools or direct elimination bouts, the bout will take place in a seated position using parafencing rules. |
| Team Competitions NAC & Championships | Direct elimination from beginning of competition. Relay format, 9 bouts to a maximum score of 45 – increments of 5 touches or maximum time of 3 minutes for each bout. Fence-off for 3rd. |

*The "Walk N Roll" is a tournament variation allowed at local level events. This tournament allows for both able-bodied and parafencer to compete in the same competition. The tournament must have appropriately USA Fencing rated referees and all parafencing bouts must be fenced in competition wheelchair frames.

## 2.17  EQUIPMENT REQUIREMENTS FOR DOMESTIC TOURNAMENTS

### 2.17.1  Requirements for Domestic Tournaments

For information regarding COVID 19-related tournament requirements, please go to usafencing.org and click on the tournament event page.

Uniforms, Plastrons, Chest Protectors, Masks and Blades:

Uniforms (jackets and pants):
Standard fencing uniforms are acceptable (FIE label not required). Fencers must wear the required clothing – regulation fencing jacket and pants, underarm protector (plastron), knee socks, and a fencing glove that covers half the forearm. In epee and foil, a full jacket is required (i.e., a jacket with croissard/groin strap). In foil and saber; the lame must have croissard/groin strap. In Saber, 800NW gloves are required at all levels of competition (local, divisional, regional, and national). It is not permissible to fence in warm-up pants. Fencing uniforms must not have any rips, tears, holes, etc. USA Fencing allows uniforms of a single color other than black and designs on the rear (unarmed) arm. As the purpose of uniform color or design is for audience interest, such designs should be in good taste.

Names on uniforms:
Required only at national level tournaments: NACs, July Challenge, JOs, Division I Championships, USA Fencing National Championships and Parafencing National Championships [BOD, Sept. 2010]. In all three weapons, each fencer's last name must be printed legibly, by hand or machine, in navy blue capital letters between 8 and 10 cm high, such that the name is legible from a distance of 15 feet, either on the back of the uniform or lame between the shoulders; or on the front side of the thigh of the "rear" leg; or on a piece of fabric of lame material that is firmly sewn to the uniform in such a way that it won't detach during fencing or catch an opponent's point. Fabric attached to the uniform must be the same color as the part of the uniform to which it is attached. Conductive materials must be attached in such a way as to not alter the conductivity of the metallic vest or jacket. NAMES PRINTED ON TAPE ARE NOT ACCEPTABLE. (Rule Book: t.45.5 and m.25.3h).

Plastrons (underarm protectors):
Standard fencing plastron; required with every uniform (FIE label not required)

Chest Protectors:
Women must wear chest or breast protectors. Chest protection is allowed for men but must be worn under the jacket (Rule Book: m.24.4.c). In foil, this breast /chest protector must be worn below the protective plastron and have the following characteristics: The entire outside of the chest protector (the side facing the opponent) must be covered with a soft material such as E.V.A. (Ethylene-vinyl acetate) of four mm thickness and density of 22kg/m3. (The material can be attached to the current plastic models or incorporated into the manufacture of new chest protectors). The material must have the SEMI technical mark at the center of the upper edge. We are aware that manufacturers may not offer older style "hubcap" protectors that conform to the rules. Therefore, fencers who use this style of protector are allowed to retrofit their existing protectors to bring them into compliance with the rules-that is, by attaching the required soft material to the protector. These retrofitted protectors are NOT required to have the manufacturer/FIE mark, but retrofitted protectors must be inspected at equipment check to ensure that they comply with the rules. Once inspected, the technician will apply the competition's inspection mark.

Mask bibs must be fixed to the exterior of the grille starting from the reinforcement band onwards and extending as protection for the neck. Must withstand 12K punch test; elastic strap at back of mask is required. Masks that do not pass the 12K punch test will be impounded and given a visible mark to signify that the mask is "not approved for use" at any level of competition (local, regional, divisional, or national) [per FIE rule m.257.d].
In foil competitions, the conductive bib is required at all levels (local, divisional, regional and national). Details can be found in the USA Fencing Rulebook: m.27.
Saber and foil masks with electric bib are not allowed for use in epee at any level (local, divisional, regional, or national) (USA Fencing Clarification). The metal on the bib/mask can ground out the opponent's tip.

**Blades**
See table below.

**Maximum Lengths, Blade Sizes 0-3**

| Blade Size Number | 0 | 2 | 3 |
|---|---|---|---|
| Blade Length: MM | | | |
| FOIL | 775 | 825 | 850 |
| EPEE | 775 | 825 | 850 |
| SABER | 765 | 820 | 850 |

For Y8 and Y10 competitions, maximum blade length of 32.5", all other competitions, standard blade length of 70-90cm (~27.5" – 35.4") for foil/epee and 70-88cm (~27.5" – 34.6") for Saber. (FIE Material Rules, Jan. 2011, M.8, M.16, M.23). For all weapons, any attachment to a weapon's handle (i.e., wrist strap, orthopedic grip) must fix the hand in one position such that the top of the thumb is no more than 2cm from the inner surface of the guard.

Note: At USA Fencing-sanctioned tournaments, for safety and insurance purposes, fencers and coaches must wear mask and glove while participating in drills, lessons, warm-ups, camps or clinics. Failure to comply may results in removal from the venue (**Rulebook: t.15.2**).

Note: At USA Fencing local, divisional, and regional competitions, there are no restrictions on colors or decorations on uniforms, providing that the uniforms still comply with all other requirements.

USA Fencing Note: Masks may feature colored designs, on condition that they are approved by the Referees' Commission at least 30 days before being used for the first time in an official USA Fencing competition OR at the discretion of the head referee at the event.

Fencers must submit pictures to **masks@fencingofficials.org** that clearly show the entirety of the design. Accepted designs will be posted on the Referees' Commission (formerly Fencing Officials Commission) website.

In epee and foil, a full jacket is required (i.e., a jacket with croissard/groin strap). In foil and saber; the lame must have croissard/groin strap. Any attachment to a weapon's handle (i.e., wrist strap, orthopedic grip) must fix the hand in one position such that the top of the thumb is no more than 2 cm. from the inner surface of the guard. It is not permissible to fence in warm-up pants. Fencing uniforms must not have any rips, tears, holes, etc. USA Fencing allows uniforms of a single color other than black and designs on the rear (unarmed) arm. As the purpose of uniform color or design is for audience interest, such designs should be in good taste.

**For information on the regulations for Saber 800NW gloves, reference the** **rulebook**. Fencers must wear the required clothing – regulation fencing jacket and pants, underarm protector (plastron), knee socks, and a fencing glove that covers half the forearm. Women must wear breast protectors. Chest protection is allowed for men, but must be worn under the jacket (**rulebook: m.24.4.c**). In epee and foil, a full jacket is required (i.e., a jacket with croissard/groin strap). In foil and saber; the lame must have croissard/groin strap. Any attachment to a weapon's handle (i.e., wrist strap, orthopedic grip) must fix the hand in one position such that the top of the thumb is no more than 2 cm. from the inner surface of the guard. It is not permissible to fence in warm-up pants.

**OTHER TOURNAMENT INFORMATION:**

Bouts in the pool round are 5-touch bouts with a 3-minute fencing time limit. A "pool round" is defined as that portion of a competition in which a group of fencers are divided into equal or near equal sub-groups of 5, 6, 7 or more fencers. The fencers in each sub-group or pool fence all the other fencers in their pool in 5-touch, 3-minute bouts. The results of all the fencers in the pool round are ordered from highest or best results to lowest to determine the group of fencers promoted to the next round and seeding of the fencers for the next round.

**Direct Elimination (DE):** Competitions are said to be by direct eliminations when a competitor is eliminated from the direct elimination tableau after their first loss.

**Bout format:** See the rulebook. For all Veterans DEs, bouts are 10-touch bouts with two periods. For Veterans Saber bouts, and Y8 and Y10 bouts only, the one-minute rest occurs when one fencer's score reaches 5 touches or when three minutes have elapsed, whichever occurs first.

For information on competition, types, reference **Table 2.15.1**.

# CHAPTER 3
## AWARDING POINTS

### 3.1  POINT STANDINGS
USA Fencing maintains the following point standings:
1. Regional Point Standings (Youth, Cadet, Junior)
2. Regional Open Circuit Standings (Div IA, Div II, Veteran)
3. National Rolling Point Standings (NRPS) (Youth, Cadet, Junior, Senior, Veteran)
4. National Team Point Standings (Cadet, Junior, Senior, Veteran)
5. Parafencing National Point Standings

Point standings for all groups are posted on the USA Fencing website – **Point Standings**. Points are normally updated within five business days after each national point tournament and/or international competition.

The tables used to determine points per place for each category of regional, national and international point competitions can be found in **Appendices**.

### 3.1.1 "Age Out" Policy
For domestic events, Junior and Cadet fencers will "age out" at the end of the February NAC (**see Table 2.5.1**). After the February NAC and up until after Junior Worlds, there are two sets of points: "age-out" and normal.

For the March NAC, April NAC and July Challenge, the Cadet and Junior National Rolling Point Standings (NRPS) contain those fencers who meet the age requirements for the next World Cadet and World Junior Championships, respectively.

NOTE: For qualification to the Division I Championships in April, only the normal Cadet and Junior NRPS will be used. Fencers only listed on the "age-out" standings are not considered for qualification by national points.

After the National Championships in July (on or before Aug. 1), the Youth point standings are updated to include only those who meet the age criteria for the new season.

After the Veterans World Championships in the fall, the Veteran Age Point Standings are updated to reflect those who are eligible in each age category for the next Veteran World Championships.

### 3.1.2 Replacement Schedule

Points (except Regional Youth and Team Point Standings – for Team Point Standings, see Team Point Standings) remain until replaced by the equivalent event in the following season. If there is no equivalent event, points may remain for 12 months or less, or until a fencer ages out of a given category (Youth, Cadet, Junior). The replacement schedule for all events is below and will also be included in Chapters 5-10 for the designated calendar.

| Rolling Points Replacement Events | |
|---|---|
| New Event | Event Rolling Off |
| October NAC 2025 | |
| Div I | October NAC 2024 |
| JNR | October NAC 2024 |
| CDT | November NAC 2024 |
| PARA | December NAC 2024 |
| November NAC 2025 | |
| DVI | January NAC 2025 |
| CDT | January NAC 2025 |
| Y14 | November NAC 2024 |
| Junior Olympic Championships 2026 | |
| JNR | November NAC 2024 |
| CDT | Junior Olympic Championships 2025 |
| January SJCC 2026 | |
| JNR | December SJCC 2024 |
| CDT | December SJCC 2024 |
| February NAC 2026 | |
| DVI | February NAC 2025 |
| JNR | Junior Olympic Championships 2025 |
| Vet Age | January NAC 2025 |
| Vet Combined | January NAC 2025 |
| PARA | January NAC 2025 |
| March NAC 2026 | |
| DV2 | NA |
| Y14 | March NAC 2025 |
| Y12 | March NAC 2025 |
| Y10 | March NAC 2025 |

| Rolling Points Replacement Events | |
|---|---|
| New Event | Event Rolling Off |
| April National Championships & NAC 2026 | |
| Div I | Division I Nat'l Championships 2025 |
| PARA | Para National Championships 2025 |
| JNR | April NAC 2025 |
| Vet Age | April NAC 2025 |
| Vet Combined | April NAC 2025 |
| June SJCC 2026 | |
| JNR | May SJCC 2025 |
| CDT | May SJCC 2025 |
| National Championships and July Challenge 2026 | |
| Div I | July Challenge 2025 |
| JNR | July Challenge 2025 |
| CDT | July Challenge 2025 |
| Vet Age | National Championships 2025 |
| Y14 | National Championships 2025 |
| Y12 | National Championships 2025 |
| Y10 | National Championships 2025 |

### 3.1.3 Regional Point Standings (Youth, Cadet, Junior)

Regional Point Standings for Youth, Cadet and Junior reflect an athlete's results at RYC and/or RJCC tournaments within their home region (based on division affiliation). These point standings are posted online and are updated within five business days after the tournament organizer has properly submitted results, event officials form, membership forms and paid the program service fee. For more information on this point system, please visit the **regional points list**. These point standings are not used for seeding, only National Point Standings are used for seeding at regional tournaments. Click **here** to see the Regional Recognition program information.

Regional tournament organizers will use the applicable national point standings for seeding as of 5 p.m. LOCAL TIME, the day prior to the first day of competition.

### 3.1.4 Regional Open Circuit Point Standings (Div IA, Div II, Veteran)

ROC events award regional points maintained on one points list that combines all regional points. An athlete that meets the event criteria can fence at any ROC and may earn points at any ROC. These point standings are posted online and are updated within five business days after the tournament organizer has properly submitted results, event officials form, membership forms and paid the program service fee. For more information on this point system please click **here**. Click **here** to see the Regional Recognition program information.

Regional tournament organizers will use the applicable point standings as of 5 p.m. LOCAL TIME, the day prior to the first day of competition.

### 3.1.5 National Rolling Point Standings (NRPS) (Youth, Cadet, Junior, Senior, Veteran)

National Rolling Points are earned at North American Cups, National Championships, July Challenge, SYCs (Youth only) and SJCCs (Junior and Cadet only), and designated international events as listed in the selection criteria for each weapon. Unless specified in the selection criteria for each weapon, designated senior international events occurring after the Cadet and Junior World Championship teams are selected and before the start of the next season will not count for cadet and junior rolling points.

National points earned at SJCC events are awarded at a 0.4 scale of the Cadet/Junior NAC Points Table. The point table for Junior and Cadet competitions can be found in **Points Tables**.

National Rolling Point Standings are used in the following situations:
· To seed USA Fencing national, regional and divisional competitions (see **Table 2.15.1.1**)
· As a qualifying path to the various National Championship tournaments
· As a measure of the progress of the fencer in their peer group
· To select athletes for international competition prior to the activation of the current season's National Team Point Standings (Cadet, Junior, Senior, Veteran)

**See Chapters 5 – 12 for specific weapon information**.

### 3.1.6 Youth Point Standings (SYC and National Tournaments)

For the Y10 and Y12 age categories, points may be earned by competing at North American Cup (NAC) events for one's own age category and the next older category. Y14 athletes may earn points in Y14, Cadet, Junior, and Div I national events for which they are eligible to compete.

National points earned at SYC events are awarded at a 0.8 scale of the Youth NAC/Championship Points Table. The point table for SYC competitions can be found in **Points Tables**.

The point standings after the USA Fencing National Championships are the final standings for the three Youth age categories for that season. On August 1, only those fencers who meet the age criteria for the new season for each age category in each weapon will appear on the point lists.

For the Youth Point Standings, the point total is the sum of the best four results earned at the combination of eligible competitions at the National Tournaments and the **one SYC per eligible category in which the fencer has earned the most points (see Formula for Youth Points below).**

The Youth Point Standings will be computed on a

rolling point basis. See Section 3.1.2 for replacement schedule.

**Formula for Youth Point Standings BEST FOUR RESULTS = TOTAL POINTS:**

**Youth 10**: Sum of the four highest results in SYC Y10, SYC Y12, NAC Y10, NAC Y12, National Championship Y10, National Championship Y12 (up to 2 national results may be used per age category, only one SYC result per age category).

**Youth 12**: Sum of the four highest results in SYC Y12, SYC Y14, NAC Y12, NAC Y14, National Championship Y12, National Championship Y14 (up to 2 national results may be used per age category, only one SYC result per age category)

**Youth 14**: Sum of the four highest results from SYC Y14, NAC Y14, National Championship Y14, any national Cadet, Junior, Div I events (only one SYC result)

### 3.1.7 National Team Point Standings (Cadet, Junior, Senior, Veteran)

National Team Points are earned at domestic and international events as listed in the selection criteria for each weapon.

National Team Point standings are used in the following situations:
· To select fencers for specific international teams (see for weapon specific criteria and **Chapter 11** for Veteran and **Chapter 12** for Parafencing)
· To select athletes for designated competitions according to the international calendar, located at **https://www.usafencing.org/international-competition**. (Athletes should always consult the International Calendar to confirm which points will be used for selection to each event.)

**Cadet Team Points** –usually generated after the second designated Cadet international event, dependent on event dates and registration deadlines;

**Junior Team Points** – usually generated after the second designated Junior World Cup, dependent on event dates and registration deadlines.

**Senior Team Points** – usually generated after the fourth designated Senior international competitions (World Cup or Grand Prix), dependent on event dates and registration deadlines.

**Veteran Team Points** – generated after the second Veteran NAC

### 3.1.8 Veteran Rolling and Team Point Standings

There are five groups of Veteran Rolling Point Standings based on results at National Veteran competitions and three groups of Veteran Team Point Standings. There are five age categories: 40-49, 50-59, 60-69, 70 & older, and 80 & older – where age eligibility is determined by the fencer's year of birth.

Veteran Rolling Point Standings are the sum of the best two of the three domestic Veteran Age competitions, plus points earned at the most recent Veterans World Championships, as indicated in the points table below.

**World Championships Points for Rolling Standings Only**

| 1 | 1000 | 5 | 700 |
|---|------|---|-----|
| 2 | 920 | 6 | 695 |
| 3 | 850 | 7 | 690 |
| 3 | 850 | 8 | 685 |

For veterans who have aged into the next age group, (e.g., 40-49 to 50-59, 50-59 to 60-69, etc.), they will carry the best two results from the previous season's domestic Veteran competitions, plus points earned at the last Veterans World Championships, regardless of in which age group those points were earned. These points are used for seeding only and not for Veteran Team Point Standings. In the event of a tie in points with an older veteran fencer in the same age group, the older fencer will be seeded higher.

Veteran Team Point Standings are calculated as the sum of the best two of the three domestic Veteran Age competitions in the current season. Team Point Standings are calculated for the selection of Veteran World Championship Team. These are the categories established by the FIE for the Veterans World Championships. There are no 80+ events at the Veteran World Championships.

### 3.1.9 Parafencing National Point Standings

Parafencing National points are earned at the North American Cups, Parafencing National Championships, World Cups and World Championships. Refer to **Chapter 12**.

## 3.2  EARNING DOMESTIC POINTS – OVERVIEW

### 3.2.1 USA Fencing Domestic Point Tournaments

**Tournaments at which Regional Points can be earned.**

|  | Div IA | Div II | Junior | Cadet | Y14 | Y12 | Y10 | Veteran |
|---|---|---|---|---|---|---|---|---|
| Div IA ROC | X | | | | | | | |
| Div II ROC | | X | | | | | | |
| RJC | | | X | | | | | |
| RCC | | | | X | | | | |
| Y14 RYC | | | | | X | | | |
| Y12 RYC | | | | | | X | | |
| Y10 RYC | | | | | | | X | |
| Veteran ROC | | | | | | | | X |

· Best 3 results from ROCs held in any region count toward regional point totals on a seasonal point basis
· Best 2 results from RJCCs within the athlete's region count toward regional point totals on a rolling point basis
· Best 3 results from RYCs within the athlete's region count toward regional point totals on a seasonal point basis

**Tournaments at which National Points can be earned:**

|  | Senior | Junior | Cadet | Y14 | Y12 | Y10 | Veteran | Para |
|---|---|---|---|---|---|---|---|---|
| Div I NAC/National Championship/July Challenge | X | X | X | X | | | | |
| Junior NAC/JOs/July Challenge/SJCC | | X | X | X | | | | |
| Cadet NAC/JOs/July Challenge/SJCC | | | X | X | | | | |
| Y14 NAC/National Championships/SYC | | | | X | X | | | |
| Y12 NAC/National Championships/SYC | | | | | X | X | | |
| Y10 NAC/National Championships/SYC | | | | | | X | | |
| Veteran NAC/National Championships | | | | | | | X | |
| Para NAC/National Championships | | | | | | | | X |

Points are only earned in categories for which one is age eligible
· This table illustrates the eligible categories to be used for trickle-down points in the NRPS
· The single best SYC result in each age category counts toward national point totals
· The single best SJCC result in each age category counts toward national rolling point totals

## 3.3  EARNING DOMESTIC POINTS – REGIONAL

### 3.3.1  Regional Youth Circuit (RYC)

Fencers only earn points at RYCs within their home region (region is assigned based on division affiliation). The best 3 results count towards the point total. These points may qualify Y10, Y12 and Y14 fencers to the USA Fencing National Championships. RYC points are not used in any National Point Standings, for seeding or team selection purposes.

Using the formula below, RYC tournaments will award points to all participants: (# entries – place + 1) /# entries) x 100 points

When there is a mixed-gender Youth competition, points are not separated out by gender.

The winner of each RYC, regardless of size of field, will earn 100 points. The size of the participant field is based on all athletes in the event, regardless of region. RYC Regional Points are only earned by fencers competing in their own region. At least 2 fencers must compete in a given RYC event for Regional Points to be awarded.

### 3.3.2  Regional Junior/Cadet Circuit (RJCC)

Fencers only earn points at RJCCs within their home region (region is assigned based on division affiliation). The best 2 results count towards the point total. These points may qualify Cadet and Junior fencers to the USA Fencing Junior Olympics and July Challenge. Points earned at Regional Junior/Cadet tournaments are not considered in determination of National Point Standings, for seeding or team selection purposes; they are only reflected in Regional Point Standings.

Using the formula below, RJCC tournaments will award points to all participants: ((#entries – place +1) / # entries) x 100 points

The winner of each RJCC, regardless of size of field, will earn 100 points. The size of the participant field is based on all athletes in the event, regardless of the region. Regional RJCC points are only earned in the fencers own region.

**RJCCs must have at least 2 competitors and** cannot be fenced with mixed gender.

### 3.3.4  Regional Open Circuit (ROC)

In each ROC category (Division IA, Division II and Veterans), competitions will award points to the top 40% of the competitive field (rounded up to the next higher integer) to a maximum of 64th place, using the point tables for regional competitions found in the Appendix.

The best 3 results, in each respective category, count towards the point total. These points will qualify Div IA, Div II and Veteran ROC fencers to the USA Fencing National Championships in Div IA, Div II, Div III and Veteran. For qualification path details, refer to **Chapter 2**. ROCs must have at least 2 competitors and **cannot be fenced as mixed gender**.

## 3.4  EARNING DOMESTIC POINTS – NATIONAL STRUCTURE OF POINT STANDINGS

Point standings for Cadet, Junior, Para and Senior fencers are based on a combination of two groups: Group I and Group II. In general, Group I reflects domestic point tournaments while, in most cases, Group II reflects international competitions. Please see **Chapters 5 – 12** for selection criteria.

Point standings for Y10, Y12, and Y14 are based on one group reflecting results at domestic national point tournaments (NAC, Championship, SYC, and SJCC).

The point tables are found in the **Appendices**. In national point competitions, points are awarded to a maximum place of 64th.

For Youth, Cadet, Junior, and Senior National point competitions (NACs, JOs, July Challenge and National Championships), points will be awarded based on the table below. (Parafencing points will be awarded based on the equations listed in Chapter 12.6 ) See the chart below:

| Field Size: | Points Awarded to Table of |
|---|---|
| 2-4 | Gold Medalist |
| 5-7 | 2 |
| 8-12 | 4 |
| 13-22 | 8 |
| 23-42 | 16 |
| 43-159 | 32 |
| 160 + | 64 |

In case of a tie, the points are averaged for each place involved (e.g., 3 tied for 25th receive the average of points for 25th, 26th, and 27th place). If a fencer is excluded from a competition, that place is left vacant and no one receives the points for that place.

### 3.4.1 Transfer of Nationality

If a fencer who previously represented another nation in EFC, World Abilitysport and/or FIE international competition is approved, in accordance with the relevant statutes, to represent the United States, and at the time of approval has USA Fencing national points, their cadet, junior, senior, para and veteran national points standings will be adjusted based on the principles listed below.

· Consistent with each weapon's selection criteria, points earned at a domestic event (while representing either another nation or the USA), will count in both national rolling and team point standings.

· Consistent with each weapon's selection criteria, points earned at international events (EFC cadet events, World Cup, Grand Prix, World Championships, etc.) while representing another nation will count only in the national rolling point standings; and points earned at international events (EFC cadet events, World Cup, Grand Prix, World Championships, etc.) while representing the United States will count in both the rolling and national team points standings.

· Parafencing points earned at a domestic event and eligible international events while representing another nation will count in the national para rolling point standings.

### 3.4.2 Strength Factor for USA Fencing Division I North American Cup events

The strength factor (SF) is a multiplier used to gauge the strength of an event and to determine the number of USA Fencing points earned for placement in the competition. The strength factor takes into consideration the size (N) of the field and the number of ranked fencers in the competition. The strength factor is applied to the Point Table in **Appendices**.

The strength factor will be used for all Division I North American Cups and the July Challenge with a minimum strength factor of .8 and a maximum

Strength Factor of 1.1.

The Division I National Championships will have a minimum Strength Factor of 1.0 and a maximum of 1.1.

**Should the weekend of the Division I National Championships conflict with a designated Senior World Cup or Grand Prix tournament, or the Junior & Cadet World Championships the Division I National Championships will have a minimum strength factor of .8 and a maximum of 1.1. This will apply only to the weapon(s) with the conflict.**

### FORMULA FOR STRENGTH FACTOR (SF)

$SF = [N/10 + 6(SrFIE32) + 5(Sr4) + 4(Sr8) + 3 (Sr16) + 2(Sr32) + 1(SR64)]/100$

N= Number of competitors who finish the competition and are listed in the final results.

SrFIE32=Number of athletes ranked in the top 32 of the FIE World Rankings
Sr4=Number of athletes ranked 1-4 in the National Rolling Point Standings
Sr8=Number of athletes ranked 5-8 in the National Rolling Point Standings
Sr16=Number of athletes ranked 9-16 in the National Rolling Point Standings
Sr32=Number of athletes ranked 17-32 in the National Rolling Point Standings
Sr64=Number of athletes ranked 33-64 in the National Rolling Point Standings.

The following principles will be used when calculating the strength factor:

· The FIE and USA Fencing standings are those at the start of the competition
· The strength factor is calculated to the thousandths digit (for example, .906)
· If there is a tie in the point standings, all tied fencers will be counted in the calculation of the strength factor. (For example, if two fencers are tied for 8th in the point standings, both fencers will count in the number of athletes ranked 5-8.)
· Foreign Fencers - Prior to seeding each event, foreign fencers will be added to the rolling point standings (if applicable.)
· Points earned at a NAC by a foreign fencer will roll off as the event is replaced. Once a foreign

fencer has no domestic points, they will be re-moved from the rolling points list (as to not affect the strength factor).

· Fencers ranked in the FIE Top 32 and USA Fencing top 64 will be counted in both calculations.

### 3.4.3 SYC Points

The Super Youth Circuit (SYC) competitions will award national points at .8 of the NAC/Championship points table to precisely the top 40% of the competitive field (rounded up to the next higher integer) to a maximum of 64th place.

For example:

Field = 100 fencers therefore 40 fencers earn national points

Field = 103 fencers therefore 42 fencers earn national points (40% =4.2

Field = 200 fencers therefore 64 fencers earn national points (40% = 80 but awarding points is capped at 64th place)

In all SYC Youth events, 3 fencers must compete for points to be awarded. Refer to the Points Table for greater detail on youth points.

### 3.4.4 SJCC Points

The Super Junior and Cadet Circuit (SJCC) competitions will award national points at 0.4 of the NAC/Championship points table to the top 40% of the competitive field (rounded up to the next higher integer) to a maximum of 64th place.

For Example:

Field = 100 fencers therefore 40 fencers earn national points

Field = 103 fencers therefore 42 fencers earn national points (40% = 41.2)

Field = 200 fencers therefore 64 fencers earn national points (40% = 80 but awarding of points is capped at 64th place)

In all SJCC events, 3 fencers must compete for points to be awarded. Refer to the Points Table for greater detail on Junior and Cadet points.

### 3.5 EARNING POINTS – INTERNATIONAL

The point tables for international points can be found in the Appendices.

Specific FIE Junior World Cup (JWC) individual competitions and European Fencing Confederation (EFC) Cadet competitions are selected by the Sport Performance Department and the National Coaches and specified as **designated** international competitions. Unless otherwise specified in selection criteria, all Senior World Cup and Grand Prix competitions are designated. The designated international competitions are normally considered in Group II calculations. See the weapon-specific selection criteria for further details.

Points will be awarded for results at events described in Chapters 5 – 10.

**Junior World Cup & Designated Cadet International Event:**

| Field Size: | Points Awarded to Table of |
|---|---|
| 2-4 | Gold Medalist |
| 5-7 | 2 |
| 8-12 | 4 |
| 13-22 | 8 |
| 23-42 | 16 |
| 43+ | 32 |

**Senior World Cup/Grand Prix:**

| Field Size: | Points Awarded to Table of |
|---|---|
| 2-4 | Gold Medalist |
| 5-7 | 2 |
| 8-12 | 4 |
| 13-22 | 8 |
| 23-42 | 16 |
| 43-80 | 32 |
| 81+* | 64 |

*SF must be 2.0 or greater to award points for 33-64.*

### 3.5.1 Strength Factor for Designated Senior & Junior International Events

The Strength Factor (SF) is a multiplier used to gauge the strength of a designated Senior or Junior international event and to determine the number of USA Fencing points earned for placement in the competition. The Junior and Senior Strength Factor (SF) takes into consideration the size (N) of the field and the number of FIE ranked fencers in the competition.

· If a competitor is on both the Junior and Senior FIE ranking list, the better of the two values is used in the calculation of the Junior (JSF) or Senior (SSF) Strength Factor.
· The SSF and JSF are applied to the Point Table in the **Appendices**.
· The FIE standings used are those at the start of the competition.
· The maximum value allowed for the JSF and SSF is 2.0 even if the formula generates a higher value.
· If the weapon's team selection criteria assign a minimum or maximum or strength factor and/or weight value, that value will override the value generated by the SF formula.

### FORMULA FOR SENIOR STRENGTH FACTOR (SSF)

$SSF = [N/10 + 7 (Sr8) + 6 (Sr16) + 5 (Sr32) + 4 (Sr64) + 3 (Jr16) + 2 (Sr100)] / 100$

Where SSF = Senior Strength Factor

N = Number of Competitors excluding DNF

Sr8 = No. of fencers 1-8 in the FIE Senior World Cup standings

Sr16 = No. of fencers 9-16 in the FIE Senior World Cup standings

Sr32 = No. of fencers 17-32 in the FIE Senior World Cup standings

Sr64 = No. of fencers 33-64 in the FIE Senior World Cup standings

Sr100 = No. of fencers 65-100 in the FIE Senior World Cup standings

Jr16 = No. of fencers 1-16 in the FIE Junior World Cup standings

### FORMULA FOR JUNIOR STRENGTH FACTOR (JSF)

$JSF = [N/3 + 10(Jr8) + 8(Jr16) + 6(Jr32) + 12(Sr16)] / 100$

Where JSF = Junior Strength Factor

N = Number of Competitors excluding DNF

Jr8 = No. of fencers 1-8 in the FIE Junior World Cup standings

Jr16 = No. of fencers 9-16 in the FIE Junior World Cup standings

Jr32 = No. of fencers 17-32 in the FIE Junior World Cup standings

Sr16 = No. of fencers 1-16 in the FIE Senior World Cup standings

There is no Strength Factor for designated Cadet international competitions. A Weight Value may be assigned based on the assessment of its expected competitive strength or conflict with a domestic national event.

For further details regarding the point values of events for team selection, **go here**.

# CHAPTER 4
## INTERNATIONAL COMPETITION

### 4.1 International Competition Categories

There are different categories of international competition at which FIE and/or USA Fencing points can be earned.

| Category of International Competition | License Required | FIE/WAS Points Awarded | USA Fencing Points Awarded | Max # of Entries Allowed by FIE/EFC/WAS | Max # of Entries Allowed by USA Fencing | Registration Fee | Squad Fee |
|---|---|---|---|---|---|---|---|
| FIE Individual Senior World Cup/Grand Prix | FIE | YES | YES | 12 | 12 | $30 | |
| FIE Individual Senior World Cup held in USA | FIE | YES | YES | 30 | 30 | $30 | |
| FIE Individual Senior Grand Prix held in USA | FIE | YES | YES | 20 | 20 | $30 | |
| FIE Individual Junior World Cup | FIE | YES | YES | 12 | 12 | $30 | $275 |
| FIE Individual Junior World Cup held in USA | FIE | YES | YES | 30 | 30 | $30 | $275 |
| FIE Individual World Cup Non- Designated Junior | FIE | YES | NO | 12 | 4 | $30 | |
| FIE Team World Cup, Junior & Senior | FIE | YES** | NO | 1 TM-4 Fencers | 1 TM-4 Fencers | | |
| FIE Satellite | FIE | YES | NO | No limit | 4 | $30 | |
| FIE World Championships – Junior & Senior – Annual | FIE | YES | YES | 4 fencers per weapon | 4 fencers per weapon | | |
| FIE World Championships – Cadet – Annual | FIE | NO | YES | 3 fencers per weapon | 3 fencers per weapon | | |
| FIE World Veteran Championships – Annual | FIE | NO | YES | 4 fencers per weapon per age category | 4 fencers per weapon per age category | | |
| World Para Fencing World Champion- ships (Parafencing) – every 2 years | WAS | WAS | YES | 4 fencers per individual event | 4 fencers per individual event | | |
| World Para Fencing World Cup (Parafencing) Competitions | WAS | WAS | YES | No Limit | No Limit | | |
| Designated European Cadet Competitions | EFC | NO | YES | 20 | 20 | $30 | $275 |
| Non-designated European Cadet Competitions | EFC | NO | NO | 20 | 3 | $30 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pan American Youth & Veteran Championships | FIE | NO | NO | 6 | 6 | $30 | $275 |
| Pan American Zonal Championships, Senior – Annual | FIE | Yes | NO | 4 fencers per weapon | 4 fencers per weapon | | |
| Pan American Zonal Championships – Junior & Cadet – Annual | FIE | YES | See selection criteria | 4 fencers per weapon | 4 fencers per weapon | $30 | $275 |
| Pan American Zonal Olympic Qualifiers – every 4 years in year of Olympic games | FIE | NO | NO | If USA has no OG qualifiers in one or more weapons, 1 fencer/ weapon | If USA has no OG qualifiers in one or more weapons, 1 fencer/ weapon | | |
| World University Games – every other (odd) year | FIE | NO | NO | 4 per weapon | 4 per weapon | | |
| Pan American Games – year prior to Olympic Games | FIE | NO | NO | See Official Selection Procedures | See Official Selection Procedures | | |
| Youth Olympic Games – every 4 years – middle of Olympic Game Cycle | FIE | NO | NO | See Official Selection Procedures | See Official Selection Procedures | | |
| Olympic Games – every 4 years | FIE | YES | YES | See Official Selection Procedures | See Official Selection Procedures | | |
| Para American Zonal Championships | WAS | YES | NO | No Limit | No Limit | | |
| Paralympic Games | WAS | YES | YES | See Official Selection Procedures | See Official Selection Procedures | | |

\*\* FIE Team points (by country) for FIE World Team Standings

### 4.1.1 International Competitions

Fencers can only be entered in FIE, EFC and WAS competitions and tournaments by their national fencing federation. USA Fencing is responsible for entering US fencers in all FIE, EFC and WAS international competitions.

For competitions other than those under the auspices of the FIE, EFC or WAS, fencers are responsible for their own entry in accordance with the information provided by the organizer of the competition.

Information regarding the international calendar, eligibility, and deadlines is posted on the USA Fencing website, under the Athlete tab. A list of the fencers who have requested entry in each international competition and those who have been accepted is posted on **member.usafencing.org**.

### 4.1.2 Age Criteria
**According to the FIE Organizational Rules (o.29)**

1. No fencer may obtain an FIE license, enabling them to enter for an official FIE competition, until they have reached their 13th birthday.

2. Fencers taking part in all the official FIE Cadet competitions must be under 17 years old at midnight on the 31st December of the year preceding the year in which the competition takes place.

3. Fencers taking part in all the official FIE Junior competitions, individual or team, must be under 20 years old at midnight on 31st December of the year preceding the year in which the competition takes place.

4. Apart from the stipulations above, there is no maximum age limit for those taking part in any other official events of the FIE, except in regard to the different Veteran categories.

**According to the EFC Cadets Circuit Organisations' Rules**

Fencers taking part in all the official EFC Cadet competitions must be under 17 years old at midnight on the 31st December of the year preceding the year in which the Championships competition takes place.

Yet the lowest age of fencers should be under same conditions as cited here above, 12 years.

However, it is possible that in case of some extraordinary advanced young fencer, upon written agreement of their parents, coach and doctor recommendation even younger fencer can participate in a specific cadet competition

### 4.1.3 Citizen Requirement
To compete in Junior World Cup, Senior World Cup, Para World Cup, Grand Prix individual and team competitions, or to be selected for World Championships, World University Games, Pan American Zonal Championships, Pan American Games, Youth Olympic Games and the Olympic or Paralympic Games, fencers must be United States citizens, in possession of a US passport and eligible to rep-

resent the United States by applicable selection deadlines.

Permanent residents in the process of obtaining U.S. citizenship may register only for Cadet international events. Approved permanent residents will be selected, in rank order, after eligible U.S. citizens.

For rules regarding change of country affiliation, see the FIE **Administrative Rules** (1.4). Fencers wishing to change nationality must first contact the USA Fencing Chief of Sport Performance in writing indicating the desire to change representation to or from United States with a brief explanation of reasons and support for such request.

Please reference 3.4 above for information concerning the transfer of points when a fencer changes their fencing nationality.

### 4.1.4 International Competitions at which Points Are Earned
The list of Cadet, Junior and Senior designated international competitions is posted on the USA Fencing website - **www.usafencing.org/international-calendar**.

USA Fencing athletes can only earn points towards the National Point Standings from results achieved at competitions specified in the weapon **selection criteria**.

### 4.1.6 Junior and Senior World Cup Team Competitions
For each World Cup team competition, each country can enter one team of three fencers plus a substitute.

The National Weapon Coach, in consultation with the Chief of Sport Performance, will determine selection of the fencers for each World Cup Team competition, considering, but not limited to, the following criteria:
  · National Point Standings
  · Performance in prior domestic and international competitions
  · Development opportunities
  ·Adherence to Fencer Code of Conduct Agreement

#### 4.1.7 Coaching at Designated Competitions

No coaching of any kind, including by a parent or guardian, is allowed when two fencers representing the USA are competing against each other. Furthermore, no National or designated Team USA coach may coach any athlete from another nation at an international competition in any bout, regardless of whether the foreign athlete is competing against a USA fencer.

A coach who at times coaches American fencers but is not a National or designated Team USA coach may coach a fencer representing another nation when competing against a USA fencer.

### 4.2  ENTRY PROCEDURES & ELIGIBILITY REQUIREMENTS

#### 4.2.1  Registration and Eligibility

All entries/payments/withdraws must be received by the posted deadlines, no later than 11:59:59 PM Pacific Time.
 Any athlete who is age eligible may register online and request entry to a competition.

Entries will be accepted online only by the posted entry deadlines for each international competition, except for force majeure.

By registering for an international competition, the athlete is confirming their intent to attend the competition if selected. The athlete's registration does not guarantee the fencer will be selected for the competition.

**Fees:** The table on this page shows the associated fees for each competition level.

The squad fee is refundable if athlete is not selected for the competition. Refunds will be processed automatically upon completion of the event. The $30 registration fee is non-refundable.

The $275 Squad Fee helps offset the cost of the travel of required referees and designated coach.

**Waitlist Procedures**
After the regular entry deadline and prior to the late entry deadline, all waitlisted fencers who registered by the regular entry deadline, will be placed on the waitlist in rank order.

| LEVEL | REGISTRA- TION FEE | SQUAD FEE | LATE FEES |
|---|---|---|---|
| Senior | $30 | N/A | $30 (Registration Fee) + $255 (Late Fee) = $285 |
| Junior | $30 | $275 | $30 (Registration Fee) + $275 (Squad Fee) + $255 (Late Fee) = $535.00 |
| Cadet | $30 | $275 | $30 (Registration Fee) + $275 (Squad Fee) + $255 (Late Fee) = $535.00 |

Following the late entry deadline, all remaining fencers (regular and late entry) will be placed on the waitlist in rank order.

If a vacancy for individual international competition becomes available, the first alternate will be notified by email. The notified athlete must reply within 24 hours of the time the email was sent. If no reply is received by email, the next alternate will be notified.

Fencers who register via late entry will not be considered for selection until after the late entry deadline.

**Selection**
Athletes will be selected based on point standings as of the regular entry deadline in the following order.

The points used for selection of each event is indicated on the international calendar: **www.usafencing.org/international-calendar**.

**SENIOR EVENTS:**

1. Top 24 athletes on the Senior National Points Standings
2. Top 12 athletes on the Junior National Points Standings

3. Top 8 athletes on the Cadet National Points Standings
4. All remaining athletes on the Senior National Points Standings
5. All remaining athletes on the Junior National Points Standings
6. All remaining athletes on the Cadet National Points Standings
7. Athletes not on any National Point Standings; these athletes will be ranked according to USA Fencing rating. If ties remain, fencers will be chosen by drawing lots.

**When National Rolling Point Standings are used for Senior and Junior international event selections, all non-U.S. citizens will be removed from the standings.

### JUNIOR EVENTS:

1. Top 24 athletes on the Junior National Points Standings
2. Top 12 athletes on the Cadet National Points Standings
3. All remaining athletes on the Junior National Points Standings
4. All remaining athletes on the Cadet National Points Standings
5. Age-eligible athletes not on any National Points Standings; these athletes will be ranked according to USA Fencing rating. If ties remain, fencers will be chosen by drawing lots.

**When National Rolling Points Standings are used for Senior and Junior international event selections, all non-U.S. citizens will be removed from the standings.

### CADET EVENTS:

Athletes on the Cadet National Points standings in the following order:

a) U.S. citizens
b) Approved permanent residents
c) Age-eligible athletes not on any National Points Standings; these athletes will be ranked according to USA Fencing rating in the same order as above. If ties remain, fencers will be chosen by drawing lots.
d) After late entry deadline, any athletes remaining on the waitlist will be selected in the following order:

  • U.S. citizens in rank order

  • Permanent residents in rank order

**Points earned at designated cadet international events while representing any country other than the USA will be removed from the National Points Standings prior to selections.

### 4.2.2. Petition Process

An athlete who has represented the United States at a Senior World Championships or Olympic Games within the previous four years may petition entry into a Senior World Cup or Grand Prix competition if they are not eligible for selection via the traditional method (national point standings). A petition will be considered if the athlete was required to take time off from all qualifying competitions due to a medical condition (disease, disorder, injury, or illness that affects the athlete's physical or mental health).

At least ten days prior to the regular entry deadline of the Senior World Cup or Grand Prix in which the athlete would like to compete; the athlete must file a petition containing the following information:

• Senior World Championship or Olympic Games competitive history
• Reason for time off (with documentation)

A panel made up of the following individuals will have the authority to approve or deny a petition:
• USA Fencing Chief of Sport Performance
• A National Weapon Coach (if the National Weapon Coach is the personal coach of the athlete involved, they will be required to recuse themselves)
• Two athletes appointed by the USA Fencing Athletes Advisory Council (from a different weapon than the athlete submitting petition)
• The USA Fencing Director of Sports Medicine

Petition Considerations:
• Petitioning athlete should make every reasonable effort to attend qualifying North American Cup, July Challenge or National Championship events prior to submitting a petition.
• An athlete may petition for selection to a maximum of three events in a twelve-month period.
• Petitions need not be requested consecutively (athlete can choose a maximum of three competitions within the twelve-month period).
• The panel will consider the athlete's competitive history and will have discretion on how many

petitions to grant (to a maximum of three in a twelve-month period).

· An athlete granted a petition may apply for additional petitions if there is a subsequent medical condition, illness, pregnancy or military service that results in the athlete being out of qualifying competitions. Acute or chronic injury or illness which may affect ability to participate should be reported immediately to Director of Sports Medicine and/or Chief of Sport Performance

·If the petition is granted, the athlete will replace the 12th ranked athlete selected for the relevant competition.

### 4.2.3  Finalizing the Entries

The point standings as of the day after the regular entry deadline will determine the selection order of fencers. Results that change the point standings between the late entry deadline and the competition will not affect selection. Notification of selection will be sent by email to all registered fencers.

If there are ties on the point standings, it will be resolved by the following criteria:

 · Total number of points accumulated in Group II of the selection criteria. See Chapter 3 for specific details
· Highest points earned at a single designated World Cup or Grand Prix used in calculating the sum of points in Group II
· Next highest points earned at a single designated World Cup or Grand Prix until there is no tie
· Highest place at a single designated World Cup or Grand Prix
· Next highest place at a single designated World Cup or Grand Prix until there is no tie
· Highest place in any U.S. national point competition
· Next highest place in any U.S. national point competition until there is no tie
· If there is still a tie, fencers will be ranked by drawing lots.

### 4.2.4  Withdrawal Procedures

Withdrawals must be received no later than the regular entry deadline for that competition. Failure to withdraw by the posted deadline may result in a fine of $250.

### Penalty for Late Withdrawal

USA Fencing will fine athletes who do not arrive in time for an event with no notice to the Sport Performance Department, $1000 dollars plus fines levied by the FIE or EFC.

### Medical Waivers for Illness or Injury

Athletes seeking relief from penalties due to a medical condition (disease, disorder, injury, or illness that affects the athlete's physical or mental health) must provide documentation from a qualified independent physician stating the nature of medical condition. This documentation must be sent to the US Fencing Sport Performance Department (sportsmedicine@usafencing.org).

### Other Force Majeure

Athletes with other issues that prevent them from attending an international event, (i.e., cancelled flights, family crisis, etc.) can report their justification and supporting documentation directly to the USA Fencing Sport Performance Department (international@usafencing.org), which may authorize the withdrawal without penalty.

## 4.3  FIE

For the most recent FIE Rules, Statutes and Administrative Rules, visit: www.fie.org

### 4.3.1  Certifying International Competitions

An international competition must satisfy FIE criteria for points to be awarded.

### 4.3.2  Anti-Doping Testing

Please refer to www.usada.org and www.fie.org for all information concerning anti-doping testing.

## 4.4  NATIONAL TEAM DEFINITION

Athletes selected for the Olympic Games or Cadet, Junior, Senior, and Veteran World Championships are considered members of that season's National Team. Parafencing National Teams are selected on an annual basis determined by cumulative performance data.

## 4.5  INTERNATIONAL TEAMS

USA Fencing establishes selection criteria for the international tournaments outlined below. Specific selection criteria for these tournaments are found in Chapters 5-10. Chapter 11 and Chapter 12.

 · Olympic Games
· Pan American Games
· Pan American Youth & Veteran Zonal Championships
· Pan American Junior and Cadet Fencing Zonal

Championships
· Pan American Senior Zonal Fencing Champion-
ships
· Paralympic Games
· Parafencing World Championships
· World Veteran Fencing Championships
· Youth Olympic Games

### 4.6  TIES FOR TEAM SELECTION

Ties for team selection will be resolved in the follow-
ing priority:

· Total number of points accumulated in Group II
of the selection criteria. See Chapter 3 for specific
details.
· Highest points earned at a single designated
World Cup or Grand Prix used in calculating the
sum of points in Group II.
· Next highest points earned at a single designated
World Cup or Grand Prix until there is no tie.
· Highest place at a single designated World Cup or
Grand Prix.
· Next highest place at a single designated World
Cup or Grand Prix until there is no tie.
· Highest place in an U.S. national point competi-
tion.
· Next highest place in any U.S. national point com-
petition until there is no tie.
· If there is still a tie, then the Chief of Sport Perfor-
mance, National Weapons Coach, and a representa-
tive from the AAC will resolve the tie.

### 4.7  DECLINATION OF CHAMPIONSHIP TEAM SE-
LECTION

Should an athlete decline their selection to a Cham-
pionship Team, the next highest ranked athlete as of
the selection date will be named to the Team.

# CHAPTER 5
## MEN'S EPEE
· **Find the selection criteria here**.

# CHAPTER 6
## MEN'S FOIL
· **Find the selection criteria here**.

# CHAPTER 7
## MEN'S SABER
· **Find the selection criteria here**.

# CHAPTER 8
## WOMEN'S EPEE
· **Find the selection criteria here**.

# CHAPTER 9
## WOMEN'S FOIL
· **Find the selection criteria here**.

# CHAPTER 10
## WOMEN'S SABER
· **Find the selection criteria here**.

# CHAPTER 11
## VETERAN WORLD CHAMPIONSHIPS

### 11.1  TOURNAMENT DESCRIPTION

Individual competitions are held for six weapons. For
World Championships, each country can enter four
fencers in each of the six gender weapon combina-
tions in each of the four age categories (40-49 years,
50-59 years, 60-69 years and 70+ years).

An FIE license for the season in which a fencer qual-
ifies for Veteran World Championships is required to
compete. (i.e., for the 2026 Veteran World Champion-
ships, a 25/26 License is required).

### 11.2  ELIGIBILITY

Athletes must be a U.S. citizen at the time of selec-
tion, which is immediately following the conclusion
of the athlete's respective qualification event at USA
Fencing National Championship. Age eligibility for the
separate age categories is governed by the FIE rules
for the Veteran World Championships. Veteran Age
group fencers must meet the birth years below.

Birth Year Eligibility dates for FIE Veterans World
Championships:

### 11.3  SELECTION CRITERIA

| 2026 | |
|---|---|
| 40+ | 1977-1986 |
| 50+ | 1967-1976 |
| 60+ | 1957-1966 |
| 70+ | 1956 and before |

The top four fencers in each weapon in each of the four age categories will be selected according to the Veteran Age Team Point Standings after the USA Fencing National Championships. Should an athlete decline their selection to a Championship Team, the next highest ranked athlete as of the selection date will be named to the Team.

Any foreign fencers on the point standings will be removed when determining team standings.

### 11.4 TIES FOR SELECTION

If there is a tie in points such that not all four persons can be clearly selected as the team members, then the tie(s) must be resolved using the following procedure. This tie breaking procedure is to be conducted in the sequence set forth below. (Ex: If a tie is resolved with the first step, then no further action is to be taken).

**1.** Among those tied, the person who has the highest result in any one of the two competitions counting towards Veteran Team selection will be selected.

**2.** If all those tied have the same high result, then the athlete who has the best third result among the three events counting towards Veteran World Team selection.

**3.** If the persons are still tied, then the fencers will fence off in a 10-touch bout with two, three minute periods. The fence off will be held no sooner than ten minutes after the last competition in the event and no later than the end of the same day's competitions. Should there be more than two fencers who need to fence off, this will be held as a round robin in 10 touch bouts.

Should the results of the round robin produce a tie between two fencers, an additional 10 touch bout with two, three-minute periods will be held to resolve the tie. If the round robin produces a tie between more than two fencers, an additional round robin will be held to break the tie. The 10-touch bout (for ties between two fencers) and round robin (ties between multiple fencers) format will continue until the tie is fully resolved.

**4.** If one or more persons is not present for the fence off, the tie will be resolved in favor of the

fencer who is present.

**5.** If none of the persons tied for a position are present at the final competition at which selection will be accomplished, the position will be determined by a priority electronically generated by the scoring machines on the final strip, conducted by the chair of the bout committee immediately after the final competition in the event and under the supervision of the chair of the Veterans Committee or their designee.

### 11.5 TEAM EVENT SELECTION

The athlete with the best result in the individual event for each of the Categories A, B and C at that Veteran World Championship will be selected as the first member in their Category for the Team event in that weapon at that Veteran World Championship. The athletes with the second-best result in each of the three Categories will be selected to be the substitutes for each Category in the Team event. Should either of the top two fencers be tied, e.g., both were third places, a coin flip will be conducted by the Team captain to determine the priority for the position. Should either of the athletes with the best results not be available to compete in the team competition, the position will go the athlete with the third best result, and so on.

# CHAPTER 12
## PARAFENCING

### 12.1 ATHLETE ELIGIBILITY

Athletes are eligible to compete in parafencing if they have a permanent disability that falls within one of the eligible impairment categories: impaired muscle power, athetosis, impaired passive range of movement, hypertonia, limb deficiency, ataxia or leg length difference. Participation in USA Fencing and World Abilitysport tournaments are open to any fencer who is eligible to be classified by the respective organization and is at least 13 years old on Jan. 1 in the year of the competition (see Table 2.5.1). There is no maximum age limit.

### 12.2 ATHLETE CLASSIFICATION

There are three classification categories in which athletes are placed in indicating the degree of disability from least "A" to most severe "C". Official classi-

fiers determine the classification category for each parafencer.

### 12.2.1 National Classification

USA Fencing will implement a new national classification system for the 2025-26 season in order to adhere to the U.S. Paralympic National Classification Policies and Procedures. A copy of that policy can be found here (https://www.usopc.org/national-classification-resources). International WAS classifications will trickle down to the national level.

National Classification Levels

National Provisional (NP): The athlete has received a PROVISIONAL sport class(es) by alternative evaluation methods including video analysis, remote evaluation, and/or medical diagnostics information. The athlete must go through athlete evaluation at the national level at the earliest opportunity in order to receive recognized national sport class(es) and sport class status. Athletes who receive NP status will be listed in the national classification database for the respective sport.

National Classified (NN): The athlete has been evaluated at ONE (1) appearance by a national classification panel as appointed by USA Fencing. All NN status athletes are adequately classified for national competition within the U.S. and will be included into the national sport classification database. Athletes with NN sport class status do not need to undergo athlete evaluation at the national level again unless their impairment has changed.

National Review (NR / NR*): The athlete has been evaluated at a minimum of ONE (1) appearance by a national classification panel as appointed by USA Fencing. An athlete may be designated for Review status due to any of the circumstances outlined below:
· Degenerative impairment / condition (may include a fixed review date at discretion of the classification panel)
· Fluctuating impairment / condition
· Request for Review due to change in medical condition – must be requested by athlete/coach/parent on the (national) Request for Classification Review form and include relevant medical documentation outlining the change in impairment.
· Age – an NN or NC athlete may be designated for classification review at a particular age (i.e. following

puberty once growth has ceased) as determined by the classification panel in accordance with sport-specific athlete evaluation standards. Once the evaluation is conducted by an appointed national classification panel the athlete's status will revert to its previous state (NN or NC).
Athletes with an NR designation may only be protested ONE (1) time relative to the designated Sport Class they are assigned. If an athlete is reviewed by a protest panel and reassigned an NR status, they will be designated by an asterisk (*) in the national sport classification database noting that they cannot be subject to additional protests.

National Confirmed (NC): The athlete has been evaluated at a minimum of TWO (2) appearances by a national classification panel as appointed by USA Fencing. Athletes with NC status may not be classified again nationally. The athlete may be classified internationally by World Abilitysport. The NC athlete may request a National Review if there has been a medically documented change to their impairment.

National sport class status pertains to national classifications only. Athletes wishing to obtain an international classification must follow the World Abilitysport rules and undergo classification evaluation by an international panel [there is no transfer of national sport class and sport class status to international sport class and sport class status]. Once an athlete has undergone international classification evaluation they may NOT undergo national classification evaluation for their respective sport.

Athletes must have a minimum National Provisional (NP) classification to compete at USA Fencing regional and national events.

### 12.2.2 International Classification

In order to compete internationally, all athletes must be evaluated and classified by World Abilitysport. An official WAS appointed classifier panel will determine the specific category for each parafencer who attempts to compete internationally. All international classification documentation must be submitted through the USA Fencing National Office no later than 6 weeks ahead of the respective competition.

### 12.3  RULES

USA Fencing operates under WAS Rules: USA Fencing Rule Book. World Abilitysport rules can be found

at parafencing.org/about/rules-and-documents/ Important material rules under WAS include: required wheel covers (spoke protectors) and required epee apron/skirt with USA on bottom. At this time, fencing chair checks are not conducted at USA Fencing sanctioned competition.

For further information, contact the USA Fencing National office at **international@usafencing.org**.

### 12.4 PARAFENCING COMPETITION
#### 12.4.1 Domestic Competition
USA Fencing organizes two NAC para tournaments each season, usually held in conjunction with a fall and a winter NAC. The National Parafencing Championships are held annually in March or April. In domestic competitions, athletes will compete in categories according to their gender, but in open classification events.
Regional Para Circuit (RPC) Tournaments (see section 2.2.3) are held across the country where athletes are eligible to earn fencing ratings.
Local parafencing competitions may include mixed gender events or be a Walk N Roll (see section 2.16.1) tournament.

#### 12.4.2 International Competition
When competing in WAS tournaments (ex: World Cup, Zonal Championships, and World Championships) and the Paralympic Games, athletes will compete in categories according to their gender and classification. Events offered at WAS tournaments are listed in the tables above. Note that not all events will be offered at all WAS tournaments and that even if offered, some may not be considered official events if the athlete pool (number of entrants or number of countries represented) does not meet WAS requirements.
World Championships are held in alternating odd years.

### 12.5 SEEDING & FORMATS
Please refer to Table 2.15 for seeding and 2.16 for format information.

### 12.6 PARAFENCING POINT STANDINGS
Parafencing National Points are calculated as the sum of the best two of three domestic parafencing competitions (Group I) and the sum of the best four international competition results which include WAS World Cups, Zonal Championships, and World Championship (Group II). Group I replacement schedule is found in section 3.1.2 and Group II replacement calendar will be published on usafencing.org when competition dates are available from WAS. A recent competition will replace the oldest equivalent event on the points list to maintain a minimum of seven events.
Parafencing athletes will receive points using the following formulas:

**Domestic Points** – (#entries – place +1) / # entries) x 100 points
The winner of each NAC, regardless of size of field, will earn 100 points.

**International Points** – For International events with less than 10 athletes, the following formula will be used: (#entries – place +1) / # entries) x 200 points

**The winner of an event with less than 10 athletes (1-10) will earn 200 points**

For International events with 11-20 athletes, the following formula will be used: (#entries – place +1) / # entries) x 250 points
**The winner of an event with 11-20 athletes will earn 250 points**

For International events with more than 20 athletes, the following formula will be used: (#entries – place +1) / # entries) x 300 points

**The winner of an event with more than 20 (21 or more) athletes will earn 300 point**s

The resulting standings of the parafencers in each category (A, B, C) are used for selecting athletes for international competitions, when entries are limited.

### 12.7 2025-2026 PARAFENCING SELECTION CRITERIA
WAS World Cup entries are not limited in number and any interested, classification-eligible athlete in good standing with USA Fencing may attend. Registrations must be processed by the USA Fencing National Office.

The WAS competition calendar and updates are available on the following website: **https://parafenc-**

ing.org/competitions/upcoming
 If WAS hosts an entry-limited event, the following criteria will be used:

| Men's | A | B | C |
|---|---|---|---|
| Epee | X | X | X |
| Foil | X | X | X |
| Saber | X | X | |
| Epee Team | Combined team - all classifications – minimum 1 B | | |
| Foil Team | Combined team - all classifications – minimum 1 B | | |
| Saber Team | Combined team - all classifications – minimum 1 B | | |

| Women's | A | B | C |
|---|---|---|---|
| Epee | X | X | X |
| Foil | X | X | X |
| Saber | X | X | |
| Epee Team | Combined team - all classifications – minimum 1 B | | |
| Foil Team | Combined team - all classifications – minimum 1 B | | |
| Saber Team | Combined team - all classifications – minimum 1 B | | |

**Selection Date:** TBD after the calendar is approved by WAS. A date will be set for selection approximately 30-90 days before the event.

**Selection:** Selections will be based on the Para National Points only within the athlete's parafencing category (A, B, or C).

WAS and LOC will determine the number of fencers per weapon, gender and category for international events.

For additional information, contact the USA Fencing National office at international@usafencing.org.

Note: World Abilitysport is currently reviewing the team format and trialing a few new options.

# CHAPTER 13
## COMPLAINT AND HEARING PROCEDURES AND DISPUTE RESOLUTION

### 13.1  COMPLAINT AND HEARING PROCEDURES
All complaints alleging violations of the Ted Stevens Olympic and Amateur Sports Act, USOPC Bylaws, USFA Articles of Incorporation, USFA Bylaws, any USFA Rule, regulation, or policy, or any grievance of a USFA member against another member of USFA shall be governed by the USFA Complaint and Hearing Procedures under the jurisdiction of the Grievance and Disciplinary Committee. The full Complaint and Hearing Procedures can be found here (https://www.usafencing.org/fencesafe-policies).

### 13.2  FENCESAFE COMPLAINTS
**FenceSafe Reports**
When filing a report for a FenceSafe violation(s), individuals should use the "USA FENCING FENCESAFE ABUSE/MISCONDUCT REPORTING FORM" located here.

FenceSafe reports can be made anonymously and are not subject to the signature requirement. However, **anonymous reporting may make it difficult for USA Fencing to investigate or properly address potential allegation**s.

#### 13.2.1  Responding to reports of FenceSafe allegations
Reports that allege sexual misconduct will be immediately turned over to the Center. On receipt of an allegation of misconduct, as defined in the Code that does not involve child physical or sexual abuse, USA Fencing shall determine the appropriate steps to address the conduct based on several factors, including (i) the age of the claimant or victim, (ii) the age of the accused and (iii) the nature, scope and extent of the allegations. Such steps may include, without limitation:
    · The collection of additional information from the individual in question, other individuals with potential knowledge or evidence of the incident or the accused individual
    · Retention of legal counsel or investigation services to investigate
    · Determine if interim measures are necessary

**Interim Measures**
If the FenceSafe report indicates that an individual's continued membership or participation poses a risk of ongoing physical or emotional harm, USA Fencing may determine to implement interim measures which could include suspending the accused individual pending final resolution of the report to eliminate any danger to an athlete, sport participant or other individual. In such

instances, USA Fencing will provide the individual with notice and offer her/him an opportunity to contest the suspension.

USA Fencing may suspend the accused individual where there is a reasonable belief that the individual has committed emotional, physical or sexual misconduct or has been subject to a criminal disposition. Evidence which may be found sufficient to support a reasonable belief includes, at a minimum:
· the suspension or termination of employment or membership by a national governing body or other sport organization
· a FenceSafe Report Form with specific and credible information
· other legal documentation or report supporting a reasonable belief that the individual has committed emotional, physical or sexual misconduct, including but not limited to abuse of a child, or has been subject to a criminal disposition (e.g., a criminal charge, conviction or plea bargain).

## 13.3  REMOVAL FROM TEAM, LOSS OF POINTS AND/OR FUNDING

### 13.3.1  General Principles

A fencer may be passed over in selection, removed from a team after selection, denied funds, have points removed that are improperly earned or lose eligibility for international selection for cause. Such cause shall be limited to:

· A confirmed positive of a "B" sample in accordance with U.S. Anti-Doping Agency protocol; OR
· Disciplinary reason, for serious misconduct detrimental to fencing; OR
· Inability or unwillingness to participate fully in all significant team activities; OR
· Injury or other incapacity which will significantly detract from the fencer's performance; OR
· Failure to maintain a reasonable program of training, conditioning and/or competition; OR
· Ineligibility by reason of U.S. citizenship status at the start of the Olympic/Paralympic team selection cycle, (i.e., points will not be awarded to non-citizens at competitions which count for selection of the Olympic/Paralympic Team until fencer is a U.S. citizen.). The USOPC will consider a waiver to those fencers who can demonstrate that they could become citizens before the final selection competition of USA Fencing.

### 13.3.2  Expedited Grievance Steps

#### Scope

These procedures are intended to be used once a team has staged (e.g., gathered at any point in outside the U.S. for purposes of traveling or participating at a competition), when a fencer or cadre member including coaches, administrators or other staff:
· contests being removed from a team;
· contests an improper denial of a place on a team selected using criteria specified by USA Fencing;
· contests an improper preclusion by USA Fencing of their opportunity to compete at any competition;
· is or may be subjected to discipline by USA Fencing, whether the action on which any proposed discipline is based occurred before or after the team has staged.

To the extent any such measure is taken against a fencer or cadre member by USOPC, then the procedures of USOPC and not these Expedited Grievance Steps, shall apply.

#### Reimbursement of Fencer's Expenses

All expenses, including counsel, shall be the responsibility of the fencer or cadre member.

#### Appeals

A fencer or cadre member may request that the USA Fencing committee responsible for team selections overrule any decision made by the Team Panel. A fencer or cadre member may request that the Board of Directors of USA Fencing, or its designee, overrule any decision made by the Team Panel or by the USA Fencing committee responsible for team selections. Such rights to appeal are subject to there being time available for the body to accept or act on any request. In the absence of any action by such an appellate body, the decision of the Team Panel or the lower body that has acted shall be the decision of USA Fencing.

#### Procedures

· The Team Leader shall inform the fencer and any Other Affected Athletes of:

- The issues or allegations which have been referred to the Team Panel.
- The date, time and place of Hearing, and the manner in which the Hearing shall take place. The Hearing may be held in person, by teleconference, or as may otherwise be directed by the Team Leader.

· The Panel shall conduct a Hearing at a time and place determined by the Team Leader. The Hearing may be adjourned from time to time as deemed necessary by the Team Leader in order to obtain additional information, obtain testimony from witnesses or receive written submissions from any party. At or prior to the Hearing, if available, the fencer or any Other Affected Athlete shall have the right to receive copies of any written information provided to the Panel members concerning the Hearting or any charges or allegations.
· The Panel is not bound by the rules of evidence.

Witnesses may testify in person, by telephonic instrument, or if there is no objection, by written declarations or affidavits.

· The fencer and any Other Affected Athlete shall have the rights:

 - To appear personally and be represented by counsel at the Hearing.
 - To cross-examine all witnesses and present any additional relevant evidence.
 - To testify on their own behalf or remain silent.
 - To address the Panel or otherwise make a statement of position personally or through their counsel or representative.

· As soon as practicable after the close of the Hearing, the Team Panel shall prepare the Team Panel Report and submit it to the Executive Director. The Executive Director shall send a copy of the Team Panel Report to the fencer, any Other Affected Athlete, and each member of the USA Fencing committee responsible for team selections within one week after receiving it.

· The recommendation(s) of the Panel shall be effective and implemented unless stayed by the USA Fencing committee responsible for team selections or the Board of Directors or its designee.

· Absent extraordinary circumstances, the failure to comply with any of the time limitations set forth herein shall not be grounds to overturn the decision in question, or, to prohibit the imposition of sanctions.

· Nothing herein shall preclude any fencer or Other Affected Athlete, during the procedures set forth above or at its conclusion, from seeking to enforce or protect their rights under any provision of the Bylaws of USA Fencing, or the Bylaws of the USOPC, including the right to seek the intervention of the USOPC CEO or to submit any dispute to arbitration.

### 13.3.3  National Team Disciplinary Procedures

In the event of any alleged breach of the USA Fencing Code of Conduct, a disciplinary panel will be convened on site immediately and will consist of the following individuals, if present and not disqualified by a conflict of interest:

 · Chief of Mission
 · Team Captain
 · Team Leader/Manager
 · A team coach whose fencer(s) are not involved
 · A fencer over 18 years of age

The hearing to investigate charges, recommend discipline if appropriate, and where necessary to impose disciplinary measures shall be conducted at a time and place and in a manner determined by the highest-ranking member of cadre present (ranked highest to lowest from the preceding list top-down). The hearing shall provide the accused due process rights as follows: The right to be present; the right to be represented; the right to confront and question witnesses; the right to call witnesses and the right to address the panel. Promptly following the conclusion of any such hearing, the Disciplinary Panel shall report to the Chief of Sport Performance, National Weapon Head Coach, and representative from the AAC the nature of the charges, the conclusion of the investigation and any discipline imposed or recommended.

Activity:

 · Loss of specified privileges at the competition
 · Involuntary withdrawal or bar of the offending individual from that day's activities
 · Involuntary withdrawal or bar from the entire competition
 · Offending individual sent home
 · Other sanctions as deemed appropriate, including assessment of any damages caused by the misconduct
 · Recommendation of post-competition sanctions as deemed appropriate

If discipline cannot be adjudicated at the competition, the Chief of Sport Performance, National Weapon Head Coach, and representative from the AAC may require a report from the Disciplinary Panel and is empowered to mete out sanctions or refer the matter to the Board of Directors of USA Fencing, or its designee, for further investigation and potential discipline. The consequential costs of any disciplinary action imposed by the Panel or by the Chief of Sport Performance, National Weapon Head Coach, and representative from the AAC and any reasonable expenses incurred by USA Fencing or its members in connection with the disciplinary proceeding shall be the responsibility of the party being disciplined.

Appeal from the decision of a Disciplinary Panel may be made by the individual or individuals involved to the Chief of Sport Performance, National Weapon Head Coach, and representative from the AAC within 15 days of receipt of notice of the panel decision. The decision may be delivered orally at the time of the Hearing. The decision of the Disciplinary Panel may be appealed to the Chief of Sport Performance, National Weapon Head Coach, and representative from the AAC, the Board of Directors of USA Fencing, or its designee, at the election of the appealing party. The body to which the appeal is addressed shall appoint a panel to hear the appeal and render a final decision as expeditiously as reasonably possible. These rules and regulations have been promulgated for the protection of all fencers, coaches, officials and others under the authority of USA Fencing.

### 13.3.3 (a)  National Team Dispute Resolution

This dispute resolution procedure is intended to manage conflicts and to foster strong relationships between international fencers, coaches and USA Fencing staff.

**13.3.3 (b) Scope of National Team Dispute Resolution**

This dispute resolution procedure applies to a complaint by an Aggrieved Party against a National Coach, as those terms are defined below.

To be eligible to use this procedure, a complaint must pertain to a National Coach's role as an international coach on behalf of USA Fencing, in contrast to a dispute about the National Coach's role as a private fencing coach, fencing club administrator, or USA Fencing member. Examples of matters that might come within the scope of the dispute resolution procedure, include, but are not limited to, actual, apparent, or potential conflicts of interest by the National Coach, allocation of coaching resources during international competitions, selection for international tournaments, selection of dates and locations of training camps, other requirements imposed by a National Coach, allocation of USA Fencing funds by a National Coach, delegation of responsibilities by the National Coach to a third party, and the National Coach's conduct.

This dispute resolution procedure is not intended to displace informal conversations and other informal resolutions.

**Definitions**

The following terms shall have the following meanings:
· "Aggrieved Party" shall mean a fencer who is a current representative of USA Fencing international fencing competition or has a material chance of representing USA Fencing in international fencing competition in the near future, when pursuing their own interests; the parent or guardian of a minor fencer, acting as the minor fencer's representative, where the minor fencer is a current representative of USA Fencing in international fencing competition or has as material chance of representing USA Fencing in international fencing competition in the near future, when pursuing the minor fencer's interests; or the personal coach, if such coach is a USA Fencing member, of a fencer who is a current representative of USA Fencing in international fencing competition, or has a material chance of representing USA Fencing in international fencing competition in the near future, when pursuing the fencer's interests or the coach's own interest.
· "Athlete Council" shall mean, the USA Fencing Athlete Council.
· "Executive Director" shall mean the Executive Director of USA Fencing.
· "Chief of Sport Performance" shall mean the Chief of Sport Performance of USA Fencing.
· "National Coach" shall mean, a coach employed or contracted by USA Fencing to represent USA Fencing

in international fencing competition or such a coach's designee, including, but not limited to, a Team Manager, when such designee is officially recognized by USA Fencing in the designee's role and has maintained, or is expected to maintain, that role for more than two (2) months.

**Procedures**

A. The Aggrieved Party is encouraged to discuss the matter directly with the National Coach.

B. The Aggrieved Party may discuss the matter informally with the Chief of Sport Performance before or after discussing the matter with the National Coach.

C. At any time during the dispute resolution process, the Aggrieved Party may invite an Athlete Council member to facilitate the Aggrieved Party's interactions under the dispute resolution process. The Athlete Council member may decline the Aggrieved Party's request for any or no reason or may refer the invitation to another Athlete Council member. The Aggrieved Party shall have the right to have any Athlete Council member so invited: Be present at any telephonic or in-person meetings under the dispute resolution process between the Aggrieved Party and the National Coach or the Chief of Sport Performance and be heard by the National Coach or Chief of Sport Performance in a reasonable manner.

D. The Aggrieved Party has the right to submit a written complaint concerning the matter to the Chief of Sport Performance. The submission of a written complaint concerning the matter to the Chief of Sport Performance by an Aggrieved Party concerning a National Coach's role as an international coach on behalf of USA Fencing initiates this dispute resolution procedure.

E. The Chief of Sport Performance shall make a determination whether the complaint has sufficient merit to proceed and is otherwise not deficient. To this end, the Chief of Sport Performance may conduct reasonable inquiries.

F. If the Chief of Sport Performance determines the complaint lacks sufficient merit to proceed or is otherwise deficient, they shall inform the Aggrieved Party of such determination in writing within two (2) weeks of the receipt of the complaint.

If the Chief of Sport Performance determines that the complaint has sufficient merit to proceed and is otherwise not deficient, they shall investigate the matter as appropriate and give a written opinion (in addition to any other communications that the Chief of Sport Performance may have with the Aggrieved Party) on the matter to the Aggrieved party within two (2) weeks of the receipt of the complaint, unless the

matter has been stayed consistent with Chapter 13.2.3 (G). The Chief of Sport Performance's goals in issuing the written opinion shall include, but not be limited to, advancing a fair resolution of the conflict and keeping the aggrieved party appropriately informed.

Even though the complaint has sufficient merit to proceed and is otherwise not deficient, the Chief of Sport Performance nonetheless may, at any time during the dispute resolution process, conclude in matters of sufficient seriousness that the matter should be considered, and perhaps exclusively, under other disciplinary procedures, such as Chapter 13.2.3 (A). If so, the Chief of Sport Performance may request that those disciplinary procedures be initiated consistent with those procedures.

G. During the investigation, the Chief of Sport Performance may (and generally will) discuss the matter with the National Coach and may share the complaint with the National Coach. The National Coach shall respond to any Chief of Sport Performance's inquiries within five (5) days of such inquiries and otherwise discuss the matter with the Chief of Sport Performance. If the Chief of Sport Performance requests that the National Coach's response be in writing, the National Coach shall do so within five (5) days of such request. The Chief of Sport Performance may share the National Coach's response(s), written or otherwise, with the Aggrieved Party. The National Coach's obligations shall not supersede, or otherwise be implemented in a manner inconsistent with the National Coach's due process rights.

H. The Chief of Sport Performance may request that the Aggrieved Party and the National Coach enter into mediation or arbitration. This may include mediation and arbitration provided by USA Fencing or by an individual or individuals designated by the Chief of Sport Performance. In the event that the Aggrieved Party and the National Coach agree to mediation or arbitration, the dispute resolution procedure shall be stayed until the mediator(s) or arbitrator(s) concludes such mediation or arbitration or until the Chief of Sport Performance terminates such mediation or arbitration.

I. If the Chief of Sport Performance's position is unfilled or if the Chief of Sport Performance does not respond within the two (2) week limit, the Aggrieved Party may contact in writing the Executive Director about the unfulfilled position or the failure of the Chief of Sport Performance to act and submit the written complaint to the Executive Director for their action. In such an event, the dispute resolution process shall be followed, with the Executive Director fulfilling those obligations of the Chief of Sport Performance and within the two (2) week limit beginning the date the Executive Director receives

such written complaint.

J. The initiation or resolution of this dispute resolution process shall not prejudice the Aggrieved Party from the ability to seek appropriate relief or other appropriate procedures.

# CHAPTER 14
## CODES OF CONDUCT &
## USA FENCING POLICIES

### 14.1  FENCER CODE OF CONDUCT AGREEMENT

**Introduction:** Membership on an USA Fencing National Team, competing around the world in international and at national events, is an honor. It is a distinction few achieve and an accomplishment universally recognized as a distinctive achievement in the sport. It is in that context that we ask you to make the pledge set forth below to USA Fencing and to the United States Olympic and Paralympic Committee in promoting sustained competitive excellence in the sport.

**Athlete Pledge:** I pledge to uphold the spirit of the Athlete Code of Conduct (ACC), which offers a general guide to my conduct as a member of the National Team, or as a member of any named team to any USA Fencing designated event, training camp or competition. I hereby acknowledge that I have been informed that USA Fencing has adopted Grievance Procedures, which are contained in the USA Fencing Athlete Handbook, that provide me with the right to a hearing if my opportunity to compete is denied for any reason or if I am charged with any violation of the ACC.

By signing the ACC, I (1) accept nomination and, if accepted, selection to the National Team and/or to any named team to any USA Fencing designated event, training camp or competition, (2) agree to abide by this ACC and the Grievance Procedures noted above, which will be used by USA Fencing to resolve any alleged violations of the ACC, (3) agree to submit to any dispute that arises in relation to my nomination or selection to the National Team, or to any named team, to any USA Fencing designated event, training camp or competition, to USA Fencing pursuant to the Grievance Procedures apply as soon as I sign the USA Fencing Athlete Agreement.

I have familiarized myself with the ACC and understand that acceptance of its provisions as written is a condition of my selection to the National Team, or to any named team, to any USA Fencing designated event, training camp or competition. This ACC must be signed in an unaltered form in all applicable places in order for an individual to become a member of the National Team or the team to any designated event, training camp or competition. The duration of any activity (event, training camp or competition) is defined as the period beginning when a participant comes under the supervision of a Team Leader, Team Captain, National Coach or other person vested with the authority of USA Fencing until the participant is no longer under such immediate supervision.

AS A MEMBER OF THE NATIONAL TEAM OR A MEMBER OF A USA FENCING TEAM TO A DESIGNATED TEAM EVENT, TRAINING CAMP OR COMPETITION, I HEREBY PROMISE AND AGREE THAT I:

· Will act in a sportsmanlike manner consistent with the spirit of fair play and responsible conduct;
· Will maintain a level of fitness and competitive readiness that will permit my performances to be at the maximum of my abilities;
· Will submit to a physical examination by USA Fencing medical personnel if my ability to compete is compromised due to physical injury and I understand that such injury may be cause for my not being selected to the National Team, or the Team designated event, being removed from the National Team, or the Team to any designated event, or not being allowed to participate if I remain on the Team;
· Will not commit a doping violation as defined by, as applicable, the International Olympic Committee (IOC), International Paralympic Committee (IPC), World Anti-Doping Agency (WADA), United States Anti-Doping Agency (USADA), the Federation International d'Escrime (FIE), World Abilitysport (WAS) or the United States Olympic and Paralympic Committee (USOPC);
· Will refrain from conduct detracting from my ability or that of my teammates to attain peak performance;
· I will seek to attend team functions, meetings, practices, competitions, and media events, in a timely manner and refrain from actions and activities that would be a disruption, either to myself or my teammates;
· Will respect the property of others whether personal or public;
· Will respect members of my team, other teams, spectators and officials and will notify persons invested with supervision of the team at events, training camps or competitions of any circumstances that would prevent any member from being able to compete or participate at an optimal level;
· Will engage in no form of discriminatory behavior or verbal, physical or sexual harassment or abuse

(see USA Fencing policy on sexual misconduct and harassment). I understand that it is a USA Fencing rule that any sexual conduct or advance or any other inappropriate sexually oriented behavior directed toward an athlete by another athlete or person in a position of authority is prohibited;

• Will follow USA Fencing rules established by the Team Leader, Team Captain, or any other person vested with the authority of USA Fencing, including by way of example, rules regarding required attendance at camps and events and curfew at events while a member of a USA Fencing team;

• Will abide by the FIE and WAS rules regarding eligibility for World Cup and World Championship competition, with USOPC rules regarding eligibility for Olympic and Paralympic competition, and rules concerning allowable trademark identification on clothing and equipment worn or used at all of these events;

• Am aware that USA Fencing sponsors, suppliers, and licensees provide critical support for the Team and that, when requested, I will wear USA Fencing sponsored apparel and use USA Fencing sponsored equipment at official USA Fencing and FIE events;

• Will not use or authorize the use of my name, person, picture, voice, or any of my Sport Performances for the purpose of trade during designated events without the prior written consent of USA Fencing;

• Will attempt to participate in media and sponsor-related activities if compatible with my training and competitive schedule at designated events when requested by the National Coach or the Team Leader, or their designee;

• Will act in a way that will bring respect and honor to myself, my teammates, my family, USA Fencing and the United States of America;

• Will respect the laws, customs and traditions of the countries in which I may be traveling and competing while representing USA Fencing; and

• Will remember that at all times I am an ambassador for my sport, my country and the Olympic/ Paralympic Movement.

## 14.2 NON-FENCER CODE OF CONDUCT

The following rules of conduct will be applied to all USA Fencing personnel who are members of the cadre at any international or domestic World Cup, World Championship, Regional Championship, Pan American Games, Parapan American Games, World University Games, Youth Olympics, Olympic Games or Paralympic Games competition. Any failure to adhere to this code of conduct may result in disciplinary action.

The following shall be considered violations of the US Fencing Code of Conduct for Non-Fencing personnel:

· Violation of the Amateur Sports Act, which requires that USA Fencing must provide an equal opportunity to amateur fencers, coaches, trainers, administrators and officials to participate in amateur athlete competition without discrimination on the basis of race, color, religion, age, sex or national origin.

· Any inappropriate sexual contact or advance or any other inappropriate sexual oriented behavior or action directed towards a fencer by a cadre member, including violation of any sexual misconduct or harassment policy of USA Fencing that may be in effect.

· The sale or distribution of illegal drugs or the illegal sale or distribution of any substance on the World Anti-Doping Agency's (WADA) recognized list of banned substances.

· The illegal possession or use of illegal drugs in the presence of a fencer by a cadre member.

· Engaging in any activity that contravenes the stricter laws of the United States of America (USA) or the host country in which the activity is taking place.

· Providing alcohol to a fencer by a cadre member when the fencer is under the legal age and therefore prohibited from purchasing or consuming alcohol.

· The act or the appearance of intoxication from the use of alcohol or illegal drugs in the presence of a fencer or cadre member.

· Any non-consensual physical contact with or abuse (including verbal abuse) of any person by a cadre member.

· Any intentional act of dishonesty in connection with any USA Fencing related activity.

· Any non-consensual physical contact, obscene language or gesture or other threatening language or conduct directed toward any official, which is related to any decision made by such official in conjunction with a USA Fencing related event.

· Violation of any team rule of conduct as established by the United States Olympic and Paralympic Committee (USOPC), USA Fencing, the Federation International d'Escrime (FIE), World Abilitysport (WAS), or person in authority leading an international team, including but not limited to the deportment, curfew, practice, team meeting attendance, and prompt attendance at competitions.

· Any other act, conduct or omission not provided in this code which is detrimental to the image or reputation of USA Fencing, the USA or sport of fencing, or which violates a rule established by the USOPC, FIE, WAS, International Olympic Committee (IOC), International Paralympic Committee (IPC) or other governing body.

All members of any traveling party, including personal coaches are expected to adhere to and reinforce the rules and regulations listed above.

**AFFIRMATION**: I have read and accept this Code of Conduct, including the USA Fencing Grievance Procedure contained in the USA Fencing Athlete Handbook. I agree to the rules, guidelines, jurisdiction and procedures stated in this document as a condition of being authorized to participate as a member of the cadre or to coach any USA Fencing athletes at any international or domestic World Cup, World Championship, Regional Championship, Pan American Games, Parapan American Games, World University Games, Youth Olympics, Olympic Games, or Paralympic Games competition, camp or other fencing activity.

## 14.3 OTHER CODES OF CONDUCT

### 14.3.1 Member Code of Conduct

The purpose of this Code of Conduct is to establish the United States Fencing Association's ("USFA") expectations for all those engaged in this great sport of fencing. It is a set of policies intended to promote a positive environment and good sportsmanship. By practicing these shared values we can create a culture that empowers and supports all members of the fencing community.

Except as provided by law, sanctions implemented by organizations outside of USFA, including international bodies such as FIE or WAS, do not limit the applicability of this Code of Conduct or the ability of USFA to impose additional sanctions. This includes sanctions for conduct that occurs at international events. USFA's authority under this Code of Conduct and other references such as the Athlete Handbook are not conditional in any way on any sanctions applied for international conduct, including if those international sanctions are set aside, reversed on appeal, or in any other way not implemented.

This Code of Conduct applies to the following individuals at all times: all members of USFA, Board of Directors members, officers (including division officers), committee members, task force members, working group members, resource team members, hearing panel members, volunteers, employees of USFA, officials, athletes, coaches, spectators, contractors, and others appointed or authorized to act on behalf of the USFA (collectively, "Members").

The USFA's Codes of Conduct requires all participants in USFA activities to observe high standards of business and personal ethics in the conduct of their duties and responsibilities. As Members of USFA, we all must practice honesty and integrity in fulfilling our responsibilities and comply with all applicable laws and regulations. Specifically, compliance with the Ted Stevens Olympic and Amateur Sports Act ("the Act"), the USOPC Bylaws, all USFA policies and procedures, and state and federal laws.

As a Member of USFA, you are committed to fair competition and respect for other Members, including athletes, coaches, referees, volunteers, tournament officials, spectators, and fans. You understand that sportsmanship is a key tenant of competition and will exhibit the qualities of sportsmanship at all times.

This Code of Conduct includes, but is not limited to, following the requirements:
· Act in a sportsmanlike manner consistent with the spirit of fair play and responsible conduct;
· Conduct yourself in a dignified, professional manner relating to emotions, language, attitude, and actions.
· Respect the rights, dignity and worth of all opponents,

coaches, referees, officials, administrators, parents, fencers and spectators regardless of race, creed, color, religion, national origin, ethnicity, gender or sexual orientation.
· Engage in no verbal, written, or physical threats or have any unwanted physical contact with others.
· Respect your competitors and other members of the fencing community in person, via electronic or phone communication, or social media. Accordingly, you will not bully, harass or otherwise be disrespectful or disparaging to others.
· Act appropriately and remain orderly so as to not disturb the smooth running of any competition, regardless of the outcome, and not taunt or disturb others.
· Support the referees, coaches, and event organizers by trusting their judgment and integrity so as to not affect the good order of any competition.
· Refrain from engaging or encourage others to engage in malicious or threatening language either verbally or in writing. To include hard copy, electronic communication, e-mail or on any social media sites. Refrain from tagging individuals in social media posts with the intent to harass.
· Remember that at all times you are an ambassador for the sport of fencing, whether in or out of competition.
· Report all Code of Conduct violations.
· Support clean competition, including an environment free of doping, and will follow all applicable rules related to anti-doping as established by the United States Anti-Doping Agency, the World Anti-Doping Agency and the Federation International d'Escrime.
· Abide by all applicable USA Fencing rules and regulations, including but not limited to the Athlete Handbook, and Fencing Rulebook, FenceSafe Handbook, USA Fencing MAAPP, and the US Center for SafeSport Code.
· Adhere to the rules governing fair play and competitive manipulation per the Olympic Movement Code on the Prevention of the Manipulation of Competitions, and the International Paralympic Committee Code of Ethics.
· Adhere to all applicable state, federal, and foreign laws, as applicable, including those governing the possession and use of drugs and alcohol and providing of drugs to any person and alcohol to minors.
· Refrain from physically contacting a referee, tournament organizer, or others in any way that can be interpreted as unwelcome or in an aggressive or confrontational manner.
· Act as a role model by positively supporting athletes and not shouting instructions that disturb order on the strip
· Encourage all competitors in a positive manner, and remember that in competition, the use of profanity and objectionable gestures are offensive and are prohibited.
· No USFA employee, contractor, or agent of USFA shall assist a Member or former Member in obtaining a new job (except for the routine transmission of administrative and personnel files) if the individual knows that the Member or former Member violated policies or procedures of the

US Center for SafeSport related to sexual misconduct or was convicted of a crime involving sexual misconduct with a minor in violation of applicable laws or the policies or procedures of the US Center for SafeSport per Section 220524(a)(10) of the Act.

REPORTING & RESOLUTION
A violation of this Code of Conduct may be grounds for action, which could result in sanctions up to and including termination of membership.

Code of Conduct violations must be reported promptly through our online reporting portal which can be accessed here, to the Athlete Safety & Compliance Manager at j.saxon@usafencing.org, or to the Grievance and Discipline Committee at Grievance@usafencing.org. Reporters are permitted to submit reports anonymously. All reports will be reviewed and resolved per our Complaint and Hearing Procedures which can be found here. The Grievance and Discipline Committee in coordination with the USFA Senior Manager of Compliance ("Manager") will determine whether to resolve the matter via an informal compromise or mediation or proceed with formal disciplinary action. If an informal compromise or mediation is pursued, the Manager will investigate and provide notice of a resolution. If formal disciplinary action is pursued, the matter will be decided by a panel of disinterested Members pursuant to the Complaint and Hearing Procedures. Respondents will be afforded an opportunity to be heard on the merits before the panel prior to the imposition of any sanctions. Athlete Representatives will make up 33.3% of the panel. Temporary measures, such as a temporary suspension, may be imposed as necessary for the good of the sport of fencing and the protection of USFA or its Members. For questions regarding procedural review of complaints, please reach out to Athlete Safety & Compliance Manager at j.saxon@usafencing.org.

ANTI-RETALIATION
It is the right and responsibility of all Members to report violations or suspected violations of this Code of Conduct. All Members, good faith reporters or any person who participates or is involved in the investigation or adjudication of claims of violations ("Covered Third-Persons") is protected under this Code of Conduct from retaliation. An individual who retaliates against someone who has reported a violation in good faith or a Covered Third-Person is subject to disciplinary action up to and including termination of membership.

No individual who in good faith reports a violation of the Codes of Conduct shall suffer harassment, retaliation, or adverse membership consequences. "Retaliation" means any adverse or discriminatory action, or the threat of an adverse or discriminatory action, including removal from a training facility, reduced coaching or training, reduced meals or housing, and removal from competition, carried out against a protected individual as a result of any communication, including the filing of a formal complaint, by the protected individual relating to the allegation of physical abuse, sexual

harassment, or emotional abuse with (a) the US Center for SafeSport (b) a coach, trainer, manager, administrator, or official associated with the corporation (c) the Attorney General (d) a Federal or State law enforcement agency (e) the Equal Employment Opportunity Commission or (f) Congress.

Retaliation may be present even where there is a finding that no violation occurred, but retaliation does not include good-faith actions lawfully pursued in response to a report of a violation. In addition, no Member nor USFA itself shall take or threaten to take any action against an athlete as a reprisal for disclosing information to or seeking assistance from the Office of the Athlete Ombuds as outlined in the Ted Stevens Act.

A copy of the full USFA Whistleblower & Anti-Retaliation Policy can be found here.

ACTING IN GOOD FAITH
Anyone reporting a violation or suspected violation must be acting in good faith and have reasonable grounds for believing the information disclosed indicates a violation. Any allegations that prove not to be substantiated and that prove to have been made maliciously or knowingly to be false will be viewed as a serious disciplinary offense and will be considered a Code of Conduct violation.

SANCTIONS
USFA may impose the following disciplinary measures in furtherance of this Code of Conduct:

a)      Warning;
b)      Reprimand;
c)      Establish a period of probation, with or without conditions;
d)      Deny, grant, suspend, or restore the eligibility or right to participate;
e)      Public censure;
f)      Private censure;
g)      Deny, grant, suspend or restore membership in USFA for a definite or indefinite period of time, with or without terms of probation, or expel any member of USFA, including, without limitation, any administrator, athlete, coach, trainer, manager, official, officer, Board Member, spectator, chair or member of any committee or sub-committee;
h)      Assess actual costs to the prevailing party;
i)      Forfeiture of tournament results;
j)      Assess sanctions in any combination of the foregoing or assess any other remedies, including reasonable fines, deemed appropriate under the circumstances.

RESOURCES
For information on the Code of Conduct, including any of its provisions, contact Athlete Safety and Compliance Manager at j.saxon@usafencing.org or EthicsCommittee@usafencing.org.

USOPC INTEGRITY UNIT - Through its Speak Up Policy, the USOPC Ethics and Compliance team seeks to empower

athletes, USOPC employees and volunteers, NGB employees and volunteers, and other individuals within the U.S. Olympic and Paralympic Movement to raise and report their concerns.

Any individual may report concerns confidentially, or anonymously, online using the USOPC Integrity Portal.

Team USA Athletes:
ATHLETE OMBUDS: The Athlete Ombuds Office provides free cost-free, independent, and confidential advice regarding Team USA athlete rights, grievance procedures and any other guidance pertaining to selection procedures and can assist in mediating disputes between athletes and USFA.

To contact the Athlete Ombuds Office:
Website: https://www.teamusa.org/athlete-ombuds
Phone: (719) 866-5000
E-mail: ombudsman@usathlete.org

USFA REPORTING PORTAL - For additional resources and to access the USFA online reporting portal please visit:
https://www.usafencing.org/fencesafe-report

### 14.3.2 Spectator Code of Conduct

As a spectator and supporter of the sport of fencing, I understand that it is my role to help create a positive and supportive environment for everyone involved in a tournament or other USA Fencing sanctioned activities – both on and off the strip.

I will:
· Display good sportsmanship by respecting athletes, coaches, referees, officials and other spectators.
· Act appropriately and remain orderly so I do not disturb the smooth running of the competition. I will remember to enjoy the competition – regardless of the outcome – and will not taunt or disturb other spectators.
· Abide by all applicable USA Fencing rules and regulations, including USA Fencing's FenceSafe policies, Athlete Handbook and Rulebook.
· Support the officials, event organizers, and coaches by trusting their judgment and integrity. I understand that continually vocalizing criticism so that it detrimentally affects the good order of the competition is a violation of fencing rules.
· Never physically contact an official or tournament organizer in any way that can be interpreted as unwelcome or in an aggressive or confrontational manner.

· Be a role model by positively supporting athletes and not shouting instructions that disturb order on the strip.
· Help provide a safe and fun environment for all participants.
· Encourage all competitors in a positive manner, remembering that the use of profanity and objectionable gestures are offensive and are prohibited.
· Be supportive after the competition – win or lose. I will recognize good efforts and sportsmanship.
· Recognize that USA Fencing competitions should be safe spaces for everyone and refrain from using harmful or discriminatory language.
· Do not engage, nor encourage others to engage in malicious or threatening language aimed at any member or USA Fencing staff member verbally or in writing whether hard copy or electronic communication, including e-mail or on any social media sites. I will not tag other members in social media posts with the intent to harass

I acknowledge that regardless of membership status, failure to comply with the USA Fencing Spectator Code of Conduct may result in removal from the venue or other disciplinary action. I understand its requirements and agree to abide by the letter and spirit of the Code.

### 14.3.3 USA Fencing Code of Conduct for Parties in Disciplinary Proceedings

USA Fencing has been made aware that you are involved in an Ethics, SafeSport or other disciplinary complaint that has been submitted either to the US Center for SafeSport ("Center") or to a USA Fencing Disciplinary Panel ("Panel") and that is currently under investigation. While the case is pending, and after it is resolved, the complaining and defending parties named in the complaint should adhere to the following standards of conduct. These do not assume the truth or falsity, validity or invalidity, of any fact, claim or defense alleged or asserted by any party. They are minimum standards for preventing disruption in our sport.

1. All parties shall at all times behave in a civil and respectful manner toward each other and toward all others involved in the proceeding.

2. Except as permitted by the relevant disciplinary authority (e.g., to prepare for or conduct the hearing of a claim or defense), no party shall communicate directly with an adverse party by any means concerning the subject matter of the proceeding. Nor shall any party cause another person to do so.

3. No party shall retaliate against or harass or intimidate another party, or cause another person to do so, for making or raising any allegation, claim or defense in the proceeding.

4. No party shall retaliate against or harass or intimidate any witness, or otherwise attempt to improperly
influence another person's testimony or cooperation in the proceeding.

5. During the pendency of the proceeding and any appeal therefrom, each party shall minimize communications and physical interactions with each adverse party, and limit them as much as reasonably possible to those necessary and appropriate to the parties' respective activities involving or relating to the sport of fencing.

6. Adversity in a disciplinary proceeding creates a conflict of interest between opposing parties, pursuant to which, absent a mutual waiver by all parties or a contrary ruling from the Panel, a party must be disqualified from any position or activity in which they would have oversight or authority over their adversary. Such a conflict does not extend to students, teammates or club-mates of the adversary, absent sufficient evidence to the contrary.

7. The parties, may, in a writing signed by all of them, (i) waive such a conflict, in which event there shall be no disqualifications, or (ii) agree to the nature, scope and duration of disqualification.

8. Any of the parties to such a waiver or agreement may revoke it in writing, in which event it shall be of no further force or effect.

9. If there is no such waiver or agreement, or if it is revoked, then the Panel shall hear and determine any disputes concerning the nature, scope and duration of disqualification arising from a conflict described in this Paragraph 6, both as a preliminary matter and as part of its final report and recommendations. If the proceeding is before the Center, then a hearing officer appointed by the Executive Director shall hear and determine any such dispute as a preliminary matter, pending the Center's final determination and any appeal therefrom.

10. If any of these standards of conduct are violated, then the violating party may be sanctioned by USA Fencing. If a party believes, based upon good cause, that the standards are insufficient to protect against harassment, abuse, intimidation, retaliation or emotional or physical distress, then the party may request other appropriate restrictions from the relevant Panel, from the Center if the proceeding is before it.

### 14.4 USA FENCING TRANSGENDER AND NONBINARY ATHLETE POLICY

The latest version of this policy can be found at: https://www.usafencing.org/transgender-and-nonbinary-policy

# CHAPTER 15
## USA FENCING SAFESPORT POLICY

### USA FENCING FENCESAFE HANDBOOK

**A copy of the FenceSafe Handbook can be found at https://www.usafencing.org/fencesafe-policies**

The U.S. Olympic and Paralympic Movement is committed to creating and maintaining a sport community where all persons who participate in sport programs and activities can work and learn together in an atmosphere free of misconduct.

As a member National Governing Body of the United States Olympic and Paralympic Committee ("USOPC"), and pursuant to federal law, USA Fencing is required to adhere to the rules and regulations of the USOPC and of the U.S. Center for SafeSport (the "Center"), which has promulgated its "SafeSport Code for the US Olympic and Paralympic Movement" (the "Code").

Pursuant to USA Fencing's Bylaws as amended effective July 31, 2017, the Code superseded and replaced the USA Fencing FenceSafe Policy, which has been amended and restated as set forth herein (the "Handbook").

This handbook includes additional FenceSafe related policies, procedures and requirements that are important to creating and maintaining a safe environment. USA Fencing is committed to creating a safe and positive environment for athletes' physical, emotional and social development and to ensuring that it promotes an environment free of misconduct. USA Fencing is committed to improving the development and safety of athletes and participants involved in sport.

**Find the FenceSafe Handbook and other FenceSafe policies at**
**https://www.usafencing.org/fencesafe-policies**

# APPENDICES

**DOMESTIC POINT TABLE**

| PLACE | NATIONAL COMPETITION | | | | | | PLACE |
|:-:|:-:|:-:|:-:|:-:|:-:|:-:|:-:|
| | Y10 | Y12 | Y14 | Cadet DE | Junior DE | Division I | |
| 1 | 100 | 150 | 200 | 400 | 600 | 1000 | 1 |
| 2 | 92 | 138 | 184 | 368 | 552 | 920 | 2 |
| 3 | 85 | 127.5 | 170 | 340 | 510 | 850 | 3 |
| 3 | 85 | 127.5 | 170 | 340 | 510 | 850 | 3 |
| 5 | 70 | 105 | 140 | 280 | 420 | 700 | 5 |
| 6 | 69.5 | 104.25 | 139 | 278 | 417 | 695 | 6 |
| 7 | 69 | 103.5 | 138 | 276 | 414 | 690 | 7 |
| 8 | 68.5 | 102.75 | 137 | 274 | 411 | 685 | 8 |
| 9 | 53.5 | 80.25 | 107 | 214 | 321 | 535 | 9 |
| 10 | 53 | 79.5 | 106 | 212 | 318 | 530 | 10 |
| 11 | 52.5 | 78.75 | 105 | 210 | 315 | 525 | 11 |
| 12 | 52 | 78 | 104 | 208 | 312 | 520 | 12 |
| 13 | 51.5 | 77.25 | 103 | 206 | 309 | 515 | 13 |
| 14 | 51 | 76.5 | 102 | 204 | 306 | 510 | 14 |
| 15 | 50.5 | 75.75 | 101 | 202 | 303 | 505 | 15 |
| 16 | 50 | 75 | 100 | 200 | 300 | 500 | 16 |
| 17 | 35 | 52.5 | 70 | 140 | 210 | 350 | 17 |
| 18 | 34.5 | 51.75 | 69 | 138 | 207 | 345 | 18 |
| 19 | 34 | 51 | 68 | 136 | 204 | 340 | 19 |
| 20 | 33.5 | 50.25 | 67 | 134 | 201 | 335 | 20 |
| 21 | 33 | 49.5 | 66 | 132 | 198 | 330 | 21 |
| 22 | 32.5 | 48.75 | 65 | 130 | 195 | 325 | 22 |
| 23 | 32 | 48 | 64 | 128 | 192 | 320 | 23 |
| 24 | 31.5 | 47.25 | 63 | 126 | 189 | 315 | 24 |
| 25 | 31 | 46.5 | 62 | 124 | 186 | 310 | 25 |
| 26 | 30.5 | 45.75 | 61 | 122 | 183 | 305 | 26 |
| 27 | 30 | 45 | 60 | 120 | 180 | 300 | 27 |
| 28 | 29.5 | 44.25 | 59 | 118 | 177 | 295 | 28 |
| 29 | 29 | 43.5 | 58 | 116 | 174 | 290 | 29 |
| 30 | 28.5 | 42.75 | 57 | 114 | 171 | 285 | 30 |
| 31 | 28 | 42 | 56 | 112 | 168 | 280 | 31 |
| 32 | 27.5 | 41.25 | 55 | 110 | 165 | 275 | 32 |

**DOMESTIC POINT TABLE FOR PLACEMENTS**
**OF 33-64 WHEN FIELD = 160 OR MORE FENCERS**

| PLACE | NATIONAL COMPETITION | | | | | | PLACE |
|---|---|---|---|---|---|---|---|
| | Y10 | Y12 | Y14 | Cadet DE | Junior DE | Division I | |
| 33 | 12.5 | 18.75 | 25 | 50 | 70 | 100 | 33 |
| 34 | 12.25 | 18.375 | 24.5 | 49 | 69 | 99 | 34 |
| 35 | 12 | 18 | 24 | 48 | 68 | 98 | 35 |
| 36 | 11.75 | 17.625 | 23.5 | 47 | 67 | 97 | 36 |
| 37 | 11.5 | 17.25 | 23 | 46 | 66 | 96 | 37 |
| 38 | 11.25 | 16.875 | 22.5 | 45 | 65 | 95 | 38 |
| 39 | 11 | 16.5 | 22 | 44 | 64 | 94 | 39 |
| 40 | 10.75 | 16.125 | 21.5 | 43 | 63 | 93 | 40 |
| 41 | 10.5 | 15.75 | 21 | 42 | 62 | 92 | 41 |
| 42 | 10.25 | 15.375 | 20.5 | 41 | 61 | 91 | 42 |
| 43 | 10 | 15 | 20 | 40 | 60 | 90 | 43 |
| 44 | 9.75 | 14.625 | 19.5 | 39 | 59 | 89 | 44 |
| 45 | 9.5 | 14.25 | 19 | 38 | 58 | 88 | 45 |
| 46 | 9.25 | 13.875 | 18.5 | 37 | 57 | 87 | 46 |
| 47 | 9 | 13.5 | 18 | 36 | 56 | 86 | 47 |
| 48 | 8.75 | 13.125 | 17.5 | 35 | 55 | 85 | 48 |
| 49 | 8.5 | 12.75 | 17 | 34 | 54 | 84 | 49 |
| 50 | 8.25 | 12.375 | 16.5 | 33 | 53 | 83 | 50 |
| 51 | 8 | 12 | 16 | 32 | 52 | 82 | 51 |
| 52 | 7.75 | 11.625 | 15.5 | 31 | 51 | 81 | 52 |
| 53 | 7.5 | 11.25 | 15 | 30 | 50 | 80 | 53 |
| 54 | 7.25 | 10.875 | 14.5 | 29 | 49 | 79 | 54 |
| 55 | 7 | 10.5 | 14 | 28 | 48 | 78 | 55 |
| 56 | 6.75 | 10.125 | 13.5 | 27 | 47 | 77 | 56 |
| 57 | 6.5 | 9.75 | 13 | 26 | 46 | 76 | 57 |
| 58 | 6.25 | 9.375 | 12.5 | 25 | 45 | 75 | 58 |
| 59 | 6 | 9 | 12 | 24 | 44 | 74 | 59 |
| 60 | 5.75 | 8.625 | 11.5 | 23 | 43 | 73 | 60 |
| 61 | 5.5 | 8.25 | 11 | 22 | 42 | 72 | 61 |
| 62 | 5.25 | 7.875 | 10.5 | 21 | 41 | 71 | 62 |
| 63 | 5 | 7.5 | 10 | 20 | 40 | 70 | 63 |
| 64 | 4.75 | 7.125 | 9.5 | 19 | 39 | 69 | 64 |

**VETERAN POINT TABLE**

| PLACE | VETERAN COMBINED | PLACE | VETERAN COMBINED |
|---|---|---|---|
| 1 | 600 | 33 | 100 |
| 2 | 552 | 34 | 99 |
| 3 | 510 | 35 | 98 |
| 3 | 510 | 36 | 97 |
| 5 | 420 | 37 | 96 |
| 6 | 417 | 38 | 95 |
| 7 | 414 | 39 | 94 |
| 8 | 411 | 40 | 93 |
| 9 | 321 | 41 | 92 |
| 10 | 318 | 42 | 91 |
| 11 | 315 | 43 | 90 |
| 12 | 312 | 44 | 89 |
| 13 | 309 | 45 | 88 |
| 14 | 306 | 46 | 87 |
| 15 | 303 | 47 | 86 |
| 16 | 300 | 48 | 85 |
| 17 | 210 | 49 | 84 |
| 18 | 207 | 50 | 83 |
| 19 | 204 | 51 | 82 |
| 20 | 201 | 52 | 81 |
| 21 | 198 | 53 | 80 |
| 22 | 195 | 54 | 79 |
| 23 | 192 | 55 | 78 |
| 24 | 189 | 56 | 77 |
| 25 | 786 | 57 | 76 |
| 26 | 183 | 58 | 75 |
| 27 | 180 | 59 | 74 |
| 28 | 177 | 60 | 73 |
| 29 | 174 | 61 | 72 |
| 30 | 171 | 62 | 71 |
| 31 | 168 | 63 | 70 |
| 32 | 165 | 64 | 69 |

| PLACE | VETERAN AGE GROUP | PLACE | VETERAN AGE GROUP |
|---|---|---|---|
| 1 | 400 | 33 | 70 |
| 2 | 368 | 34 | 69 |
| 3 | 340 | 35 | 68 |
| 3 | 340 | 36 | 67 |
| 5 | 280 | 37 | 66 |
| 6 | 278 | 38 | 65 |
| 7 | 276 | 39 | 64 |
| 8 | 274 | 40 | 63 |
| 9 | 214 | 41 | 62 |
| 10 | 212 | 42 | 61 |
| 11 | 210 | 43 | 60 |
| 12 | 208 | 44 | 59 |
| 13 | 206 | 45 | 58 |
| 14 | 204 | 46 | 57 |
| 15 | 202 | 47 | 56 |
| 16 | 200 | 48 | 55 |
| 17 | 140 | 49 | 54 |
| 18 | 138 | 50 | 53 |
| 19 | 136 | 51 | 52 |
| 20 | 134 | 52 | 51 |
| 21 | 132 | 53 | 50 |
| 22 | 130 | 54 | 49 |
| 23 | 128 | 55 | 48 |
| 24 | 126 | 56 | 47 |
| 25 | 124 | 57 | 46 |
| 26 | 122 | 58 | 45 |
| 27 | 120 | 59 | 44 |
| 28 | 118 | 60 | 43 |
| 29 | 116 | 61 | 42 |
| 30 | 114 | 62 | 41 |
| 31 | 112 | 63 | 40 |
| 32 | 110 | 64 | 39 |

**WORLD CHAMPIONSHIPS POINTS FOR ROLLING STANDINGS ONLY**

| | | | |
|---|---|---|---|
| 1 | 1000 | 5 | 700 |
| 2 | 920 | 6 | 695 |
| 3 | 850 | 7 | 690 |
| 3 | 850 | 8 | 685 |

**INTERNATIONAL POINT TABLES – SENIOR, JUNIOR, CADET**

Refer to Chapter 3, Chapters 5-10 for application.

| PLACE | SENIOR WORLD CUP, GRAND PRIX, WORLD CHAMPIONSHIPS & OLYMPIC GAMES | |
|---|---|---|
| | SR SF = 1.0 | SR SF = 2.0 |
| 1 | 1200 | 2400 |
| 2 | 1104 | 2208 |
| 3 | 1020 | 2040 |
| 3 | 1020 | 2040 |
| 5 | 840 | 1680 |
| 6 | 834 | 1668 |
| 7 | 828 | 1656 |
| 8 | 822 | 1644 |
| 9 | 642 | 1284 |
| 10 | 636 | 1272 |
| 11 | 630 | 1260 |
| 12 | 624 | 1248 |
| 13 | 618 | 1236 |
| 14 | 612 | 1224 |
| 15 | 606 | 1212 |
| 16 | 600 | 1200 |
| 17 | 420 | 840 |
| 18 | 414 | 828 |
| 19 | 408 | 816 |
| 20 | 402 | 804 |
| 21 | 396 | 792 |
| 22 | 390 | 780 |
| 23 | 384 | 768 |
| 24 | 378 | 756 |
| 25 | 350 | 700 |
| 26 | 346 | 692 |
| 27 | 342 | 684 |
| 28 | 338 | 676 |
| 29 | 334 | 668 |
| 30 | 330 | 660 |
| 31 | 326 | 652 |
| 32 | 322 | 644 |

| PLACE | SENIOR WORLD CUP, GRAND PRIX, WORLD CHAMPIONSHIPS & OLYMPIC GAMES | |
|---|---|---|
| | SR SF = 1.0 | SR SF = 2.0 |
| 33 | 142 | 284 |
| 34 | 141.5 | 283 |
| 35 | 141 | 282 |
| 36 | 140.5 | 281 |
| 37 | 140 | 280 |
| 38 | 139.5 | 279 |
| 39 | 139. | 278 |
| 40 | 138.5 | 277 |
| 41 | 138 | 276 |
| 42 | 137.5 | 275 |
| 43 | 137 | 274 |
| 44 | 136.5 | 273 |
| 45 | 136 | 272 |
| 46 | 135.5 | 271 |
| 47 | 135 | 270 |
| 48 | 134.5 | 269 |
| 49 | 134 | 268 |
| 50 | 133.5 | 267 |
| 51 | 133 | 266 |
| 52 | 132.5 | 265 |
| 53 | 132 | 264 |
| 54 | 131.5 | 263 |
| 55 | 131 | 262 |
| 56 | 130.5 | 261 |
| 57 | 130 | 260 |
| 58 | 129.5 | 259 |
| 59 | 129 | 258 |
| 60 | 128.5 | 257 |
| 61 | 128 | 256 |
| 62 | 127.5 | 255 |
| 63 | 127 | 254 |
| 64 | 126.5 | 253 |

**Determine points by multiplying actual strength factor (maximum value 2.0)**

| PLACE | CADET INTERNATIONAL EVENT | CADET WORLD CHAMPIONSHIP |
|---|---|---|
| | WV/SF = 1.0 | |
| 1 | 700 | 800 |
| 2 | 644 | 736 |
| 3 | 595 | 680 |
| 3 | 595 | 680 |
| 5 | 490 | 560 |
| 6 | 487 | 556 |
| 7 | 483 | 552 |
| 8 | 480 | 548 |
| 9 | 375 | 428 |
| 10 | 371 | 424 |
| 11 | 368 | 420 |
| 12 | 364 | 416 |
| 13 | 361 | 412 |
| 14 | 357 | 408 |
| 15 | 354 | 404 |
| 16 | 350 | 400 |
| 17 | 245 | 280 |
| 18 | 242 | 276 |
| 19 | 238 | 272 |
| 20 | 235 | 268 |
| 21 | 231 | 264 |
| 22 | 228 | 260 |
| 23 | 224 | 256 |
| 24 | 221 | 252 |
| 25 | 217 | 248 |
| 26 | 214 | 244 |
| 27 | 210 | 240 |
| 28 | 207 | 236 |
| 29 | 203 | 232 |
| 30 | 200 | 228 |
| 31 | 196 | 224 |
| 32 | 193 | 220 |

| PLACE | JUNIOR WORLD CUP & WORLD CHAMPIONSHIP | |
|---|---|---|
| | WV/SF = 1.0 | WV/SF = 2.0 |
| 1 | 600 | 1200 |
| 2 | 552 | 1104 |
| 3 | 510 | 1020 |
| 3 | 510 | 1020 |
| 5 | 420 | 840 |
| 6 | 417 | 834 |
| 7 | 414 | 828 |
| 8 | 411 | 822 |
| 9 | 321 | 642 |
| 10 | 318 | 636 |
| 11 | 315 | 630 |
| 12 | 312 | 624 |
| 13 | 309 | 618 |
| 14 | 306 | 612 |
| 15 | 303 | 606 |
| 16 | 300 | 600 |
| 17 | 210 | 420 |
| 18 | 207 | 414 |
| 19 | 204 | 408 |
| 20 | 201 | 402 |
| 21 | 198 | 396 |
| 22 | 195 | 390 |
| 23 | 192 | 384 |
| 24 | 189 | 378 |
| 25 | 186 | 372 |
| 26 | 183 | 366 |
| 27 | 180 | 360 |
| 28 | 177 | 354 |
| 29 | 174 | 348 |
| 30 | 171 | 342 |
| 31 | 168 | 336 |
| 32 | 165 | 330 |

*Junior – Determine points by multiplying actual strength factor (maximum value 2.0)

## REGIONAL POINT TABLE (SJCC, SYC AND ROC)

| PLACE | SUPER YOUTH | | | SJCC | | PLACE | ROC | | | | PLACE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Y10 | Y12 | Y14 | CADET | JUNIOR | | DIV IA | DIV II | DIV III | VET | |
| 1 | 80 | 120 | 160 | 160 | 240 | 1 | 1000 | 500 | 500 | 1000 | 1 |
| 2 | 73.6 | 110.4 | 147.2 | 147.2 | 220.8 | 2 | 920 | 460 | 460 | 920 | 2 |
| 3 | 68 | 102 | 136 | 136 | 204 | 3 | 850 | 425 | 425 | 850 | 3 |
| 3 | 68 | 102 | 136 | 136 | 204 | 3 | 850 | 425 | 425 | 850 | 3 |
| 5 | 56 | 84 | 112 | 112 | 168 | 5 | 700 | 350 | 350 | 700 | 5 |
| 6 | 55.6 | 83.4 | 111.2 | 111.2 | 166.8 | 6 | 695 | 347.5 | 347.5 | 695 | 6 |
| 7 | 55.2 | 82.8 | 110.4 | 110.4 | 165.6 | 7 | 690 | 345 | 345 | 690 | 7 |
| 8 | 54.8 | 82.2 | 109.6 | 109.6 | 164.4 | 8 | 685 | 342.5 | 342.5 | 685 | 8 |
| 9 | 42.8 | 64.2 | 85.6 | 85.6 | 128.4 | 9 | 535 | 267.5 | 267.5 | 535 | 9 |
| 10 | 42.4 | 63.6 | 84.8 | 84.8 | 127.2 | 10 | 530 | 265 | 265 | 530 | 10 |
| 11 | 42 | 63 | 84 | 84 | 126 | 11 | 525 | 262.5 | 262.5 | 525 | 11 |
| 12 | 41.6 | 62.4 | 83.2 | 83.2 | 124.8 | 12 | 520 | 260 | 260 | 520 | 12 |
| 13 | 41.2 | 61.8 | 82.4 | 82.4 | 123.6 | 13 | 515 | 257.5 | 257.5 | 515 | 13 |
| 14 | 40.8 | 61.2 | 81.6 | 81.6 | 122.4 | 14 | 510 | 255 | 255 | 510 | 14 |
| 15 | 40.4 | 60.6 | 80.8 | 80.8 | 121.2 | 15 | 505 | 252.5 | 252.5 | 505 | 15 |
| 16 | 40 | 60 | 80 | 80 | 120 | 16 | 500 | 250 | 250 | 500 | 16 |
| 17 | 28 | 42 | 56 | 56 | 84 | 17 | 350 | 175 | 175 | 350 | 17 |
| 18 | 27.6 | 41.4 | 55.2 | 55.2 | 82.8 | 18 | 345 | 172.5 | 172.5 | 345 | 18 |
| 19 | 27.2 | 40.8 | 54.4 | 54.4 | 81.6 | 19 | 340 | 170 | 170 | 340 | 19 |
| 20 | 26.8 | 40.2 | 53.6 | 53.6 | 80.4 | 20 | 335 | 167.5 | 167.5 | 335 | 20 |
| 21 | 26.4 | 39.6 | 52.8 | 52.8 | 79.2 | 21 | 330 | 165 | 165 | 330 | 21 |
| 22 | 26 | 39 | 52 | 52 | 78 | 22 | 325 | 162.5 | 162.5 | 325 | 22 |
| 23 | 25.6 | 38.4 | 51.2 | 51.2 | 76.8 | 23 | 320 | 160 | 160 | 320 | 23 |
| 24 | 25.2 | 37.8 | 50.4 | 50.4 | 75.6 | 24 | 315 | 157.5 | 157.5 | 315 | 24 |
| 25 | 24.8 | 37.2 | 49.6 | 49.6 | 74.4 | 25 | 310 | 155 | 155 | 310 | 25 |
| 26 | 24.4 | 36.6 | 48.8 | 48.8 | 73.2 | 26 | 305 | 152.5 | 152.5 | 305 | 26 |
| 27 | 24 | 36 | 48 | 48 | 72 | 27 | 300 | 150 | 150 | 300 | 27 |
| 28 | 23.6 | 35.4 | 47.2 | 47.2 | 70.8 | 28 | 295 | 147.5 | 147.5 | 295 | 28 |
| 29 | 23.2 | 34.8 | 46.4 | 46.4 | 69.6 | 29 | 290 | 145 | 145 | 290 | 29 |
| 30 | 22.8 | 34.2 | 45.6 | 45.6 | 68.4 | 30 | 285 | 142.5 | 142.5 | 285 | 30 |
| 31 | 22.4 | 33.6 | 44.8 | 44.8 | 67.2 | 31 | 280 | 140 | 140 | 280 | 31 |
| 32 | 22 | 33 | 44 | 44 | 66 | 32 | 275 | 137.5 | 137.5 | 275 | 32 |

**REGIONAL POINT TABLE FOR PLACEMENTS OF 33-64**

| PLACE | SUPER YOUTH | | | SJCC | | PLACE | ROC | | | | PLACE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Y10 | Y12 | Y14 | CADET | JUNIOR | | DIV IA | DIV II | DIV III | VET | |
| 33 | 10 | 15 | 20 | 20 | 28 | | 270 | 135 | 135 | 270 | 33 |
| 34 | 9.8 | 14.70 | 19.6 | 19.6 | 27.6 | 34 | 265 | 132.5 | 132.5 | 265 | 34 |
| 35 | 9.6 | 14.4 | 19.2 | 19.2 | 27.2 | 35 | 260 | 130 | 130 | 260 | 35 |
| 36 | 9.4 | 14.10 | 18.8 | 18.8 | 26.8 | 36 | 255 | 127.5 | 127.5 | 255 | 36 |
| 37 | 9.2 | 13.8 | 18.4 | 18.4 | 26.4 | 37 | 250 | 125 | 125 | 250 | 37 |
| 38 | 9 | 13.50 | 18 | 18 | 26 | | 245 | 122.5 | 122.5 | 245 | 38 |
| 39 | 8.8 | 13.2 | 17.6 | 17.6 | 25.6 | 39 | 240 | 120 | 120 | 240 | 39 |
| 40 | 8.6 | 12.90 | 17.2 | 17.2 | 25.2 | 40 | 235 | 117.5 | 117.5 | 235 | 40 |
| 41 | 8.4 | 12.6 | 16.8 | 16.8 | 24.8 | 41 | 230 | 115 | 115 | 230 | 41 |
| 42 | 8.2 | 12.30 | 16.4 | 16.4 | 24.4 | 42 | 225 | 112.5 | 112.5 | 225 | 42 |
| 43 | 8 | 12 | 16 | 16 | 24 | | 220 | 110 | 110 | 220 | 43 |
| 44 | 7.8 | 11.70 | 15.6 | 15.6 | 23.6 | 44 | 215 | 107.5 | 107.5 | 215 | 44 |
| 45 | 7.6 | 11.4 | 15.2 | 15.2 | 23.2 | 45 | 210 | 105 | 105 | 210 | 45 |
| 46 | 7.4 | 11.10 | 14.8 | 14.8 | 22.8 | 46 | 205 | 102.5 | 102.5 | 205 | 46 |
| 47 | 7.2 | 10.8 | 14.4 | 14.4 | 22.4 | 47 | 200 | 100 | 100 | 200 | 47 |
| 48 | 7 | 11.60 | 14 | 14 | 22 | | 195 | 97.5 | 97.5 | 195 | 48 |
| 49 | 6.8 | 10.2 | 13.6 | 13.6 | 21.6 | 49 | 190 | 95 | 95 | 190 | 49 |
| 50 | 6.6 | 9.90 | 13.2 | 13.2 | 21.2 | 50 | 185 | 92.5 | 92.5 | 185 | 50 |
| 51 | 6.4 | 9.6 | 12.8 | 12.8 | 20.8 | 51 | 180 | 90 | 90 | 180 | 51 |
| 52 | 6.2 | 9.30 | 12.4 | 12.4 | 20.4 | 52 | 175 | 87.5 | 87.5 | 175 | 52 |
| 53 | 6 | 9 | 12 | 12 | 20 | 53 | 170 | 85 | 85 | 170 | 53 |
| 54 | 5.8 | 8.70 | 11.6 | 11.6 | 19.6 | 54 | 165 | 82.5 | 82.5 | 165 | 54 |
| 55 | 5.6 | 8.4 | 11.2 | 11.2 | 19.2 | 55 | 160 | 80 | 80 | 160 | 55 |
| 56 | 5.4 | 8.10 | 10.8 | 10.8 | 18.8 | 56 | 155 | 77.5 | 77.5 | 155 | 56 |
| 57 | 5.2 | 7.8 | 10.4 | 10.4 | 18.4 | 57 | 150 | 75 | 75 | 150 | 57 |
| 58 | 5 | 7.50 | 10 | 10 | 18 | 58 | 145 | 72.5 | 72.5 | 145 | 58 |
| 59 | 4.8 | 7.2 | 9.6 | 9.6 | 17.6 | 59 | 140 | 70 | 70 | 140 | 59 |
| 60 | 4.6 | 6.90 | 9.2 | 9.2 | 17.2 | 60 | 135 | 67.5 | 67.5 | 135 | 60 |
| 61 | 4.4 | 6.6 | 8.8 | 8.8 | 16.8 | 61 | 130 | 65 | 65 | 130 | 61 |
| 62 | 4.2 | 6.30 | 8.4 | 8.4 | 16.4 | 62 | 125 | 62.5 | 62.5 | 125 | 62 |
| 63 | 4 | 6 | 8 | 8 | 16 | 63 | 120 | 60 | 60 | 120 | 63 |
| 64 | 3.8 | 5.70 | 7.6 | 7.6 | 15.6 | 64 | 115 | 57.5 | 57.5 | 115 | 64 |

Per USA Fencing, SYC National Points needs to be calculated at a 0.8 scale of the Youth NAC/Championship Table. Per USA Fencing, SJCC National Points needs to be calculated at a 0.4 scale of the Cadet and Junior NAC Table



Regional boundaries will be reassessed each quadrennial in order to respond to the growth and shifts of the fencing membership throughout the country.

| EVENT RATING | MINIMUM NBR COMPETITORS | RATED FENCERS REQUIRED | RATED FENCERS MUST FINISH | CLASSSIFICATIONS AWARDED |
|---|---|---|---|---|
| GROUP E1 | 6 | None | N/A | 1 → E |
| GROUP D1 Changed per BOD | 15 | 4 E's (or higher | 2 E's (or higher) In top 8 | 1 → D<br>2-4 → E |
| GROUP C1 | 15 | 2 C's & 2 D's & 2 E's (or | 2 C's & 2 D's (or higher) In top 8 | 1 → C<br>2-4 → D<br>5-8 → E |
| GROUP C2 | 25 | 4 D's & 4 E's (or | 4 D's (or higher) In top 8 | 1 → C<br>2-4 → D<br>5-8 → E |
| GROUP C3 | 63 | 24 D's &12 E's (or higher) | 4 D's in top 8 & 4 E's (or higher) In top 12 | 1-4 → C<br>5-8 → D<br>9-16 → E |
| GROUP B1 | 15 | 2 B's & 2 C's & 2 D's (or higher) | 2 B's & C's ( or higher) In top 8 | 1 → B<br>2-4 → C<br>5-6 → D<br>7-8 → E |
| GROUP B2 | 25 | 2 B's & 2 C's & 2 D's (or higher) | 2 B's & C's ( or higher) In top 8 | 1 → B<br>2-4 → C<br>5-8 → D<br>9-12 → E |
| GROUP B3 | 63 | 24 C's &12 D's (or higher) | 4 C's In top 8 & 4 D's (or higher) In top 12 | 1-4 → B<br>5-8 → C<br>9-16 → D<br>17-32 → E |
| GROUP A1 Changed per BOD 7/07 | 15 | 2 A's & 2 B's & 2 C's | 2 A's & 2 B's (or higher) In top 8 | 1 → A<br>2 → B<br>3-4 → C<br>5-6 → D<br>7-8 → E |
| GROUP A2 | 25 | 2 A's & 2 B's & 2 C's | 2 A's & 2 B's (or higher) In top 8 | 1 → A<br>2-4 → B<br>5-8 → C<br>9-10 → D<br>11-12 → E |
| GROUP A3 | 63 | 24 B's & 12 C's (or higher) | 4 B's in top 8 & 4 C's (or higher) In top 12 | 1-4 → A<br>5-8 → B<br>9-16 → C<br>17-24 → D<br>25-32 → E |
| GROUP A4 | 63 | 12 A's & 12 B's & 12 C's (or higher) | 4 A's In top 8 & 4 B's (or higher) In top 12 | 1-8 → A<br>9-16 → B<br>17-24 → C<br>25-32 → D<br>33-48 → E |

Local tournaments must use at least one rated referee in order to issue ratings. Division I NAC and National Championships are always Group A4 events.

Division IA NAC & National Championships are always at least Group A3 events.

Division II NAC and National Championships are always at least Group B3 events. Division III NAC and National Championships are always at least Group C3 events.

Changes in ratings are allowed at USA Fencing-sanctioned individual events that are restricted to Veterans and to Junior fencers.

Division and Regional Youth Competitions must meet or exceed criteria for C1 to award changes in rating (BOD, July 02, July 03). USA Fencing does permit rating changes at mixed events without regard to gender of fencers.

Recognized high school events may issue rating changes based on this chart and are not required to meet the C1 tournament rating. Per the Board of Directors, March 2012, ratings are no longer awarded in team championship events.

## BLACK CARD, MEDICAL WITHDRAWAL, OR NO-SHOW

If fencer receives a black card at any point during a tournament, the fencer appears in
results as "Place fencer excluded" or "EXC-fencer name"; black carded fencer(s) ratings
should be used for competitive field total to determine rating, but the blacked carded
fencer(s) cannot earn rating or qualification based on their excluded place.

### Medical Withdrawal

If the fencer needs to medically withdraw due to a medical condition, it must be certified by a qualified medical professional, if available, otherwise by the Bout Committee.

If medical withdrawal occurs during pool round (fencer does not complete pool), then fencer has no results to report and cannot be used towards competitive field total to determine rating or qualification to championships.

If medical withdrawal occurs after completion of the pool or during DE period – fencer keeps place in table to determine results AND may be used towards competitive field total to determine rating AND/OR qualification to championships. Medical withdrawal should be indicated in results submitted to National Office.

### No-Show

If the fencer fails to appear on the strip, it is treated as an elimination.

### USA Fencing Rule t.105

1. A competitor who, while fencing, commits certain violent or vindictive actions against his opponent, or who does not fence to his utmost ability, or who profits from a fraudulent agreement with his opponent, may be excluded from the competition.

2. A competitor who is excluded from a competition may not continue to take part in that competition, even if he is already qualified for promotion to the next round. He loses the right to his individual rating and the place that he occupied remains unfilled; but the points obtained by the fencer up to the moment of his expulsion remain valid for the rating of the team in the team event, providing that he actually takes part in that team event.

## SCORESHEET PROTESTS

In the event a scoresheet is protested to the bout committee during the course of a pool, or during the regular review period prior to the direct elimination round, the following policy will be followed:

- If both fencers agree, the scoresheet will be changed

- If both fencers do not agree:

  - The bout by bout listing at the bottom of the scoresheet, if filled out, will be consulted. If the score recorded in the bout by bout listing confirms the score change requested, it will be changed.

  - The referee of the bout will be paged. If both fencers of the bout are not present, the absent fencer will be paged up to two times.

  - If the bout by bout listing is not complete, the referee and bout committee representative will confer with the fencers.

 If agreement cannot be reached, the recorded score stands. Referees may not change a scoresheet without both fencers present during a pool or any time prior to turning in the scoresheet to the bout committee. Fencer or spectator submitted video or phots are not valid score documents and will not be used by the bout committee. The standard review period will

not be extended during the deliberation of the score-sheet correction. If consensus cannot be achieved prior to the end of the standard review period, the score recorded stands and no further protests will be considered.

## APPROVED LOCAL TOURNAMENT FORMATS

As recommended by the tournament task force and approved by the BOD (June 12, 2013):

Tournament formats approved for awarding ratings:

1. Pool(s) to Pool(s) to Pool(s)

2. Pool(s) to standard DE

3. Pool(s) to DE with Repêchage

4. Pool(s) to DE with all places fenced

5. Round Robin (one large pool of at least 12 fencers)

6. NCAA Championship Format – Round Robin with super DE (top 4/8)

7. Y8 Developmental Format

8. "Sharks and Minnows"

9. Super Pools/Canadian Elite (Pools to DE to Pool(s) to DE)

10. Walk 'n' Rolls

Tournament formats with provisional approval:

1. Pool(s) to DE with loser's bracket to earn third (Wrestle backs).

Note: This format was approved in a Board of Directors meeting with rationale that would have put it in the provisional category if it existed at the time. We recommend it be listed as Provisional and go through further evaluation before being listed as a standard format.

Tournament formats specifically excluded from awarding ratings:

1. One touch tournaments

2. Tournaments that go straight to DE

3. Local and Regional tournaments that exempt a given number of fencers at the start.

Rules for all US Fencing tournaments that award ratings:

1. All pool bouts must be 5 touches and 3 minutes (Rule o.17).

2. All direct elimination bouts must be 15 touches and three-3 minute periods, or 10 touches and two 3- minute periods for Veterans and Youth 10, with one-minute rests between periods. In saber direct elimination bouts, except Veterans and Youth 10, the one-minute rest occurs when one fencer's score reaches 8 or 3 minutes have expired in the first period, whichever occurs first. For Veteran and Youth 10 events, the one-minute rest occurs when one fencer's score reaches 5 touches (Rule o.23-24).

3. There must be at least 50% promotion of fencers between rounds, except when using NCAA Championship format.

Tournament formats for all US Fencing National Qualifiers:

Division qualifiers, Regional Youth Circuit (RYC), Regional Open Circuit (ROC) and Super Youth Circuit (SYC) are included in this category.

1. One round of pool(s) to Straight DE.

2. Two rounds of pools to Straight DE.

Rules for all US Fencing tournaments that are National Qualifiers:

1. All pool bouts must be to a maximum of 5 touches and 3 minutes.

2. All direct elimination bouts must be 15 touches and three 3-minute periods, or 10 touches and two 3- minute periods for Veterans and Youth 10, with one-minute rests between periods. In saber direct elimination bouts, except Veterans and Youth 10, the one-minute rest occurs when one fencer's score reaches 8 or 3 minutes have expired in the first period, whichever occurs first. For Veteran Saber and ALL Youth 10 events, the one-minute rest occurs when one fencer's score reaches 5 touches or after 3 minutes have elapsed, whichever comes first (Rule t.42).

3. There must be at least 50% promotion of fencers between rounds.

4. DEs with repêchage and DEs fenced to all places are not allowed for National Qualifiers.

5. There will not be a fence-off for third place unless it is necessary to determine a single qualifying slot.

6. If there is an absolute tie for the final qualifying slot, there must be a fence-off (15-touch bout, or DE format mandated by age-level of event(s) to deter-

mine the final qualifying slot.

**Notification:**

1. Local sanctioned tournaments must be advertised for a minimum of fourteen days in order to have rating changes processed by the National Office. Club or division websites, social media, and public online tournament registration platforms are all valid methods of advertising. If the tournament is size restricted, as defined in the Competition Types below, it must be published 30 days in advance for rating changes to be processed by the National Office.

2. Format must be announced when published.

3. Format must be announced at the start of the tournament.

4. Must meet divisional rules for sanctioning.

**Consequences for failure to follow the above rules:**

1. Division can remove sanction and void any ratings potentially earned.
2. ROC and SYC organizers who fail to follow the rules should be reviewed by the National Office and possibly be eliminated from consideration for holding an event the following year.
3. Divisions who chronically fail to follow the rules for qualifiers should be reviewed by the Tournament Committee and the National Office, who may require an observer be assigned for future such events, all expenses to be covered by the division.

**Approval of tournament formats not listed above:**
Tournament Committee subcommittee may be empaneled to hear proposed new tournament formats in two steps:

1. Provisional approval to judge effectiveness.

2. As appropriate, addition to above approved tournament list.

## Y8 DEVELOPMENTAL FORMAT
The proposal approved by the Board of Directors also entailed a new competition format that was recommended by the YDRT for Y8 only.
This format will be recommended for use by all Y8 competition organizers for the 2025-26 season, with it becoming a required format beginning in 2025-26. The format will be referred to as the Youth Developmental Format and will be run as follows:

- Fencers will compete in two rounds of pools with no direct elimination.
- Instead of 7- or 8-fencer pools, the Y8/Youth

Developmental format will use pools of 5 and 6 fencers. See the table below for a breakdown of the pool sizes to be used.

- For seeding, rather than using rating followed by both birth year and month as was previously announced, fencers will be seeded first by their rating and then by birth year only. All unrated fencers will be seeded according to birth year and then randomly for fencers that have the same birth year.
- In the event of an absolute tie at the break point for the two pools, the fencers placed in the top and bottom pool will be randomly determined. In Fencing Time, this will be done by the software. This will be done to avoid a barrage, as this was not determined to be a developmentally appropriate format for the Y8 category.
- After the first round, the second set of pools will be constructed based on results from the first round, with the top N fencers in the first pool. The next group is placed in the second pool, and the third in the pool after that (if applicable), until all pools have been constructed.
- Athletes then fence against the other fencers in their pool to determine final placement.
- Athletes in the top pool will fence off for places 1-N.
- Athletes in the second pool will fence off for places N+1 through (2N).
- In the top pool, there is a 4th place. Ordinarily we do not fence off to 4th, but in this format, a fencer can finish in 4th place.

## SHARKS & MINNOWS TOURNAMENT FORMAT
This tournament format is two rounds of pools, followed by a direct elimination tableau. The first round of pools is seeded per normal USA Fencing tournament standards.

Example (Fencers A-Q, seeded in order)
Pool 1: A, F, G, L, M, R
Pool 2: B, E, H, K, N, Q
Pool 3: C, D, I, J, O, P

The second round of pools contains two types, the "shark" and "minnow" pools. The shark pool is the top-seeded fencers to come out of the first round.

Example (Fencers A-Q, seeded in order)
"Sharks"
Pool 1: A, B, C, D, E, F
"Minnows"
Pool 2: G, J, K, N, O, R

Pool 3: H, I, L, M, P, Q

The DE tableau may or may not have a cut. The participants of the "shark" pool are guaranteed the top seeds, which will be based on their second round pool performance. The remaining spots are based on the results of the minnow pools. The resulting DE tableau is fenced as normal until a single winner remains. Example (Top 16 promoted):

A (1) v. P (16)
B (2) v. N (15)
C (3) v. M (14)
G (7) v. J (10)
H (8) v. I (9) Q, R not promoted

## COMPETITION TYPES

**Closed:** A Closed competition is a regional, interdivisional, or divisional competition in which eligibility is limited on the basis of regional or divisional membership.

**Age-Restricted:** Any USA Fencing age-restricted competition can be rated for rating change consideration except those competitions that are restricted to Youth age categories, which must additionally meet the criteria for a Group C1 or higher for the competition to be ranked for rating changes. [BOD, July 2003]

**Restricted:** Competitions may be restricted to fencers under or over a certain age; to unclassified fencers or novice; or to other categories of fencers provided that an appropriate description of the basis of eligibility of contestants is announced in the schedule.

A local sanctioned tournament may cap their competitive field size at no less than 64 people. Should a local tournament institute a field size cap, it must be published at least 30 days in advance and any procedure used to let fencers in once the cap has been reach, such as a waitlist, must be documented and published at least 30 days in advance. Division qualifiers, RYCs, RJCCs, ROCs, SJCCs and SYCs may not cap entries.

Restricted competitions may not be rated unless the restriction is based solely upon fencers' ratings, USA Fencing age categories or division/region membership, or meet the size restrictions defined in the information above. Only tournaments operated in conjunction with an interscholastic institution or association, such as a high school state athletic association or collegiate athletic conference, may set restrictions on fencers eligible to compete in the competition based on attendance of a specific academic institution. Rated competitions restricted to a single club/institution are not permitted. Restriction of participation based upon a fencer's attendance of a specific USA Fencing member club(s) or non-member club(s) is not permitted.

**Mixed (Co-ed):** A mixed (or co-ed/mixed gender) competition is a competition in which members of both sexes may compete. Mixed competitions are not permitted in competitions used to determine qualifiers to the National Championship competitions. Regional Youth Circuit (RYC) competitions may be mixed if there are 5 or fewer competitors of one gender in a specific Youth category (Youth 14, Youth 12, or Youth 10). Ratings can be earned at mixed competitions, disregarding the gender of the athlete and simply comparing the ratings of all fencers relative to the rules for earning a new rating.  If the competition is a Youth competition, ratings can only be earned if the competition meets the criteria for C1 or better.

**High School Fencing:** High School fencing tournaments are held throughout the season for athletes in 9th – 12th grade. The goal of this program is to continue to motivate developing High School athletes to participate in High School tournaments/leagues throughout the competitive season.

There are no national or regional points awarded at Recognized High School competitions. However, those athletes with a current USA Fencing High School or Competitive membership may earn ratings based on the total number that fence in the High School individual event. The athlete would have to be a current member as of and during the particular tournament to receive a rating change. Those that don't have a current USA Fencing High School or Competitive membership will not receive rating changes. High School Recognized tournaments are not required to meet the C1 tournament requirement to award ratings. These competitions are not a qualification path for the USA Fencing National Championships.

Pool sizes for smaller competitive fields
The following pool sizes should be used for regional and national competitions. When more than one option is listed below, it is at the discretion of the bout committee. The size of fields is followed by the pool sizes to be used.

· 9: one pool double stripped
· 10: two fives; or tripled strip one pool of 10
· 11: six and five
· 12: six and six
· 15: seven and eight; or three fives
· 16: two eights on at least three total strips; or five, five and six
· 17: two sixes and five
· 22: two sixes and two fives
· 29: four sixes and a five; or 3 sevens, and 1 eight double stripped

## UPDATED BLACK CARD POLICY

In order to provide a safe environment for all USA Fencing members, including athletes, coaches, parents, referees and spectators, the USA Fencing Board of Directors approved updated black card policies, effective October 18, 2019 as amended by the Board of Directors on February 16, 2022 and amended again on December 3, 2022.

Per the Black Card Retention and Review Policy, black cards issued at tournaments at all levels will be tracked and monitored by the National Office and Ethics Committee. This includes local, regional, and national tournaments.

All tournament organizers are to send any black card reports at the conclusion of the tournament to the USA Fencing National Office. This may be done either during the results upload through the USA Fencing database or via email at information@usafencing.org.

All black cards must be reported and will be tracked, including black cards that were issued at the strip and later rescinded. Black cards given and rescinded will be recorded and must: 1) include the reason for the initial black card, 2) include rationale for the removal for the card clearly provided and 3) be stored in the black card database to be reviewed by the National Office and Ethics Committee.

In certain situations, as detailed below, a Black Card Review Group may be convened. The Black Card Review Group is comprised of two members each from the Tournament Committee, Athlete Council, Referee Commission and Ethics Committee to review both given and rescinded Black Cards annually and convene as needed in the cases of Level 2 and multiple

Level 1 black cards received inside of the probation period.

**Level 1, Standard Black Card**
Standard Black Cards are those issued given for disrespect of referees, staff or other official personnel, unsportsmanlike conduct, throwing of equipment, disruptive behavior, issues of safety and other incidents that are neither administrative nor so extreme or severe as to warrant a Level 2 Black Card. Standard black cards shall be recorded and stored in the USA Fencing National Office database and result in a follow-up email from the USA Fencing National Office (with copies to the Ethics Committee and Black Card Review Group), advising the individual that: 1) the black card has been recorded, 2) the individual has been placed on probation for    12 months from the date of issuance of the black card, 3) the black card will be reviewed by National Office Staff and Ethics Committee, and 4) an additional Level 1 Black Card received during the probationary period will trigger a review by the Black Card Review Group, which can determine that the repeated violation warrants a Level 2 Black Card sanction of the individual.

**Level 2, Severe Offenses**
Level 2 Black Cards are those issued for extreme or severe offenses including but not limited to repeated Level 1 offenses, deliberate physical violence, verbal and verifiable threats, and verifiable cheating.

Level 2 Black Cards may trigger sanctions that could include, but not be limited to, competitive penalties within the Rules of Competition such as temporary exclusion from tournaments for a period of up to two months. Such sanctions will be determined in the first instance by the Black Card Review Group. The Black Card Review Group shall make its initial determination upon written submissions required from the issuing referee and Head Referee or from the Bout Committee, and from any written response thereto that the carded individual may timely submit. Following the initial determination, the individual who received the card shall have the right to request a hearing, as set forth below. In the event a hearing is requested, the Black Card Review Group shall determine whether any tournament exclusion initially imposed shall be stayed pending the outcome of the hearing. As used herein, "individual" shall refer to

the parent or guardian of record of any carded individual who is a minor.

Promptly following a determination of the Black Card Review Group that upholds a Level 2 Black Card, the USA Fencing National Office shall transmit a follow-up email to the carded individual (with copies to the Ethics Committee and Black Card Review Group), advising the individual as follows:

1.      The black card has been recorded.

2.      If applicable, a sanction has been issued and recorded. The sanction(s) shall be described in detail.

3.      The offending individual has been placed on probation for 24 months from the date of issuance of the black card.

4.      Any additional black cards received during the probationary period will trigger (i) the offending individual's removal from the entirety of the tournament in which the subsequent black card was received, (ii) a renewal of the 24 month probation period beginning from the date of the issuance of the additional black card, and (iii) review by the Black Card Review Group for possible additional sanctions.

5.      Failure to abide by any sanctions imposed by the Black Card Review Group shall be considered severe misconduct and the violator shall be referred to the Board of Directors for disciplinary action.

6.      The individual may, within 5 business days of receiving the follow-up email, appeal the Group's initial determination via email to the National Office, Ethics Committee and Black Card Review Group. A hearing will then be conducted before members of the Black Card Review Group who meet the requirements for a disciplinary panel as set forth in the Athlete Handbook. If the individual does not demand a hearing, then he or she shall be deemed to have accepted the initial determination. Any hearing demanded by the individual shall be conducted under the procedures set forth in the Athlete Handbook. Following such hearing, the Black Card Review Group members who conducted the hearing shall issue a final determination, which may adhere to the initial determination or may impose measures either more or less stringent. Any suspension of membership privileges shall be subject to Board review as set

forth in the Bylaws. The individual shall have rights of appeal according to the procedures set forth in the Athlete Handbook.

**Additional Tracking of Rescinded Black Cards**
Black cards given and rescinded will be recorded. The referee issuing the rescinded black card, and the Head Referee for the relevant event must each, separately, submit a written report that sets forth in detail: 1) the reason for the initial Black Card, 2) the rationale for rescission of the black card and 3) any disagreement with such rescission. All such reports shall be stored in the Black Card database and available to be reviewed by the Referees' Commission, National Office and Ethics Committee.

**Black Card Review Group**
The Black Card Review Group shall be comprised of two members each from the Tournament Committee, Referees' Commission and Ethics Committee and three athletes selected by the Athlete Council. It shall review both given and rescinded Black Cards annually, and it shall convene promptly to review and conduct required proceedings with respect to all Level 2 black cards. The Black Card Review Group shall create, update, and maintain internal guidelines for how various black cards should be handled for how hearings will be conducted. The Black Card Review Group shall react timely when reviewing cases.

# REFERENCE LINKS

USA Fencing Rule Book  |  **www.usafencing.org/rules-compliance**

SafeSport  |  **www.usafencing.org/fencesafe**

Anti-doping  |  **www.usada.org**

FIE Rule Books  |  **www.usafencing.org/resources-protocols**

RC Site  |  Referees' Commission Website

Regional Calendar  |  **usafencing.org/events-regional**

National Calendar  |  **usafencing.org/events-national**

International Calendar  |  **usafencing.org/events-international**

FenceSafe Policies  |  **usafencing.org/fencesafe-policies**



USAFENCING.ORG