

**Barry T. Albin**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 597-6100
E: balbin@lowenstein.com

February 24, 2026

**VIA ECF**

Honorable André M. Espinosa, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: **Dinah Yukich v. Premier Fencing Club, Abdel Aziz, USA Fencing, Shannon Dougherty, Mac Brown, and United States Olympic and Paralympic Committee**
     <u>**Civil Action No. 25-18011 (KSH) (AME)**</u>

Dear Judge Espinosa:

This law firm represents Defendants United States Olympic & Paralympic Committee (USOPC) and Mac Brown (Brown) in the above-referenced case. We write to respectfully request that the Court adjourn the initial Rule 16 conference – currently set for March 10, 2026 – and stay discovery pending the resolution of the motions to dismiss filed by the USOPC, Brown, and other Defendants. All parties have consented to this request.

The USOPC and Brown moved to dismiss Plaintiff Dinah Yukich's (Yukich) Complaint in January 2026. (ECF No. 16). One month earlier, Co-Defendants USA Fencing Association (USAF), Shannon Daugherty (Daugherty), and Abdel Aziz (Aziz) filed a separate motion to dismiss. (ECF No. 10). Both motions assert that this Court lacks personal jurisdiction over the Defendants under Federal Rule of Civil Procedure 12(b)(2), in addition to challenging the sufficiency of the Complaint under Federal Rule of Civil Procedure 12(b)(6). Both motions remain pending.

On February 10, 2026, this Court entered a Text Order scheduling a Rule 16 conference on March 10, 2026 and requiring the parties to submit a joint discovery plan by March 6, 2026. (ECF No. 18). Thereafter, we informed counsel for Plaintiff and counsel for all other Defendants that the USOPC and Brown intended to ask the Court to adjourn the Rule 16 conference and stay discovery – including the filing of a joint discovery plan – until the pending motions to dismiss are resolved. All counsel consented to such an adjournment and stay of discovery.

All the factors in support of a stay are present. *See Martin & Harris Priv. Ltd. v. Merck & Co.*, No. 23-23418, 2025 WL 1359324, at *2 (D.N.J. May 8, 2025) (Espinosa, J.) (granting stay request based on evaluation of four-factor test). *First*, all parties have consented to the stay. *Second*, briefing on the motion filed by the USOPC and Brown is ongoing and denial of a stay would subject the parties to burdensome and distracting discovery. *Third*, Defendants' motions may

February 24, 2026<br>
Page 2

obviate the need for discovery or narrow the remaining issues. *Fourth*, this case was removed to this Court in November 2025 and remains in its earliest stages.

For these reasons, with the consent of all parties, the USOPC and Brown respectfully request that the Court adjourn the Rule 16 conference and stay discovery until the pending motions to dismiss are resolved. If this request is satisfactory, we ask the Court to So Order this letter. We thank the Court for considering this request.

Respectfully submitted,

*s/ Barry T. Albin*
Barry T. Albin

                                                                                    So Ordered this \_\_\_ day of _____, 2026

                                                                                        _____
                                                                                     Hon. André M. Espinosa, U.S.M.J.

cc:      Counsel of Record (via ECF)



February 24, 2026<br>Page 3

## CERTIFICATE OF SERVICE

I, BARRY T. ALBIN, of full age, certify as follows:

1.   I am an attorney admitted to practice law in this Court and a partner of the law firm Lowenstein Sandler LLP, counsel for Defendants United States Olympic and Paralympic Committee (USOPC) and Mac Brown (Brown) in this matter.

2.   On February 24, 2026, I caused a true and correct copy of this document to be served upon all counsel of record via the Court's CM/ECF system.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 24, 2026                                   *s/ Barry T. Albin*
                                                                              Barry T. Albin

