

sgrvlaw.com

**Susie Cirilli**
Direct Dial Number
P 215.241.8887
Direct Fax Number
F 215.241.8887
scirilli@sgrvlaw.com

**Philadelphia Office**
One Logan Square
Suite 1800
130 N. 18th Street
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

**New Jersey Office**
One Greentree Centre
10000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
P 856.988.5490

**New York Office**
305 Broadway
7rd Floor
New York, NY 10007
P 212.520-1195

Admitted to practice:
Pennsylvania, New Jersey,
New Yok and Vermont

March 6, 2026

**VIA ECF**
The Honorable Katherine S. Hayden
United States District Court for the District of New Jersey
Martin LUthre King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **RE:**    **Dinah Yukich v. Premier Fencing Club, et al.**
             **U.S.D.C. – N.J.; No. 2:25-cv-18011-KSH-AME**

Dear Judge Hayden:

Plaintiff's recently filed Opposition to Defendants', USOPC and Mac Brown, Motion to Dismiss contains two typographical errors. *See* Docket Entry 21. The typographical errors are contained on page thirty-one (31) of the Memorandum of Law. *See Id.*

Specifically, the first typographical error reads "Defendant RPI makes the dangerous argument that Executive Order 14201 ("EO 14201") is federal law." *See Id.* at p. 31. "RPI" was a typographical error and should instead read "USOPC".

The second typographical error is in the immediately following sentence, which reads: "This is incorrect for three reasons: (1) the President does not have the power to create law relating to Title IX…" The phrase "relating to Title IX" should be omitted.

Plaintiff respectfully requests to submit the attached Memorandum of Law that has been revised only to the extent to correct these two typographical errors.

                                         Respectfully submitted,

                                         **SPECTOR GADON ROSEN VINCI P.C.**

                                         /s/ *Susan M. Cirilli*
                                         Susan M. Cirilli, Esquire

SMC/jg
Enclosure
Cc:  All counsel of Records (via ECF)