Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as*
*Premier Fencing Club), Abdelwahab Abdelaziz (a/k/a Abdel Aziz),*
*USA Fencing Association (incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE, <br><br> Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME <br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT PURSUANT TO LOCAL CIV. R. 6.1(b)** |

       Defendant Premier Fencing Club & Sports Corp. "Defendant" by its attorneys, Goldberg Segalla LLP, hereby applies for a Clerk's Order extending time within which Defendant may answer, move, or otherwise reply to the Complaint filed by plaintiff Dinah Yukich ("Plaintiff") herein; in support of this application, Defendant states as follows:

       1.    Defendant United States Olympic and Paralympic Committee removed this action to this court on November 26, 2025;

2. Counsel for Defendant executed a Waiver of Service of Summons on January 9, 2026.

3. Defendant has not made a previous request for an extension before this court; and

4. The time for Defendant to answer, move or otherwise reply to the Complaint expires on March 24, 2026.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: /s/ Aimée S. Lin
Claudia A. Costa, Esq.
Aimée S. Lin, Esq.

711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club), Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

Dated: March 10, 2026

## **ORDER**

The above application is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply to the Complaint is extended to _____, 2026.

Dated:_____, 2025

MELISSA E. RHOADS, Clerk of Court

By:_____
Deputy Clerk
