Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
Mailing address:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com
*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly plead as Premier Fencing Club),*
*Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded*
*as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE, <br><br> Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME <br><br><br> **NOTICE OF MOTION TO DISMISS BY DEFENDANT PREMIER FENCING CLUB & SPORTS CORP.** |

TO:     All Counsel of Record

**PLEASE TAKE NOTICE** that, defendant Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club) ("Premier") will move before the Hon. Katharine S. Hayden, at the Frank R. Lautenberg Post Office and Courthouse, Courtroom 5, Newark, New Jersey 07102 on April 6, 2026, at 10 a.m. or other date and time as set by the Court, for an Order:

Pursuant to Article Six, Clause 2 of the U.S. Constitution (the Supremacy Clause),

dismissing Counts One, Seven and Eight of the Complaint; and

Pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Counts One, Seven and Eight for failure to state a claim upon which relief may be granted.

Premier will rely upon the attached Brief and Certification of Aimée S. Lin, Esq., together with exhibits, in support of this Motion.

A proposed form of Order is attached.

Oral argument is requested.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: */s/ Aimée S. Lin*
Claudia A. Costa, Esq.
Aimée S. Lin, Esq.

**GOLDBERG SEGALLA LLP**
<u>Mailing address</u>:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
alin@goldbergsegalla.com
ccosta@goldbergsegalla.com

*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp.*
*(incorrectly pleaded as Premier Fencing Club), Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

Dated: March 10, 2026