Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
<u>Mailing address</u>:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club),*
*Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded*
*as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>                            Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br>ABDEL AZIZ, USA FENCING,<br>SHANNON DOUGHERTY, MAC BROWN,<br>and UNITED STATES OLYMPIC AND<br>PARALYMPIC COMMITTEE,<br><br>                            Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br><br><br>**CERTIFICATION OF**<br>**AIMÉE S. LIN, ESQ. IN SUPPORT OF**<br>**MOTION TO DISMISS BY**<br>**DEFENDANT PREMIER FENCING**<br>**CLUB & SPORTS CORP.** |

I, Aimée S. Lin, Esq., of full age, hereby certify as follows:

1.    I am an attorney admitted to practice law before this Court and represent defendants Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club) ("Premier"), USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF"), Shannon Daugherty (incorrectly pleaded as Shannon Dougherty) ("Daugherty") and Abdelwahab Abdelaziz (a/k/a Abdel Aziz) ("Aziz"), in the above-captioned matter. I make this Certification in Support of the

Motion to Dismiss by defendant Premier to dismiss the Complaint of plaintiff Dinah Yukich ("Plaintiff").

2.  Attached as <u>Exhibit A</u> is a true and current copy of the Complaint in the above-referenced matter.

3.  Attached as <u>Exhibit B</u> is a true and correct copy of the 2025-26 Individual Membership Waiver e-signed by Plaintiff on June 1, 2025.

4.  Attached as <u>Exhibit C</u> is a true and correct copy of the unpublished decision in *Vaugh v. JP Morgan Chase & Co.*, 2025 U.S. App. LEXIS 31931 (10th Cir. Dec. 8, 2025).

5.  Attached as <u>Exhibit D</u> is a true and correct copy of the unpublished decision in *Dames v. United States Ctr. for SafeSport*, No. 25-3503, 2026 U.S. Dist. LEXIS 657 (N.D. Ill. Jan. 5, 2026).

6.  Attached as <u>Exhibit E</u> is a true and correct copy of the unpublished decision in *Jevremovic v. Courville*, No. 22-4969, 2025 U.S. Dist. LEXIS 131994, *18 (D.N.J. July 11, 2025), <u>appeal filed</u>, Aug. 13, 2025.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted,

By: */s/ Aimée S. Lin*
Aimée S. Lin, Esq.

Dated: March 10, 2026