Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
Mailing address:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club),*
*Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded*
*as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br>ABDEL AZIZ, USA FENCING,<br>SHANNON DOUGHERTY, MAC BROWN,<br>and UNITED STATES OLYMPIC AND<br>PARALYMPIC COMMITTEE,<br><br>Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br><br>**PROPOSED ORDER** |

**THIS MATTER** having come before the Court on the motion of Goldberg Segalla LLP,

attorneys for defendant Premier Fencing Club & Sports Corp. ("Premier"), for an Order dismissing

the Complaint of plaintiff Dinah Yukich ("Plaintiff"):

Pursuant to Article Six, Clause 2 of the U.S. Constitution (the Supremacy Clause),

dismissing Counts One, Seven and Eight of the Complaint; and

Pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Counts One, Seven and

54755511

Eight for failure to state a claim upon which relief may be granted; and

The Court having considered the moving papers and argument of counsel, if any, and for good cause shown,

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that the Motion of defendant Premier is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed as to Premier.

_____
, U.S.D.J.

Dated: _____, 2026

2

54755511