Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
Mailing address:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club),*
*Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded*
*as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>                    Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br> ABDEL AZIZ, USA FENCING,<br> SHANNON DOUGHERTY, MAC BROWN,<br> and UNITED STATES OLYMPIC AND<br> PARALYMPIC COMMITTEE,<br><br>                    Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br>**CERTIFICATION OF SERVICE** |

     I, Aimée S. Lin, hereby certify that true and correct copies of the foregoing Notice of Motion to Dismiss by Defendant Premier Fencing Club & Sports Corp., Certification of Aimée S. Lin, Esq., together with exhibits, brief in support, and Proposed Order were served via CM/ECF on this 10th day of March, 2026 upon all counsel of record

Dated: March 10, 2026                                  */s/ Aimée S. Lin*
                                                                            Aimée S. Lin, Esq.