# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>Defendants. | Civil Action No. 25-18011-KSH-AME<br><br>**CERTIFICATE OF SERVICE**<br><br>(Document Electronically Filed) |

I, BARRY T. ALBIN, of full age, certify as follows:

1. I am an attorney admitted to practice law in this Court and a partner of the law firm Lowenstein Sandler LLP, counsel for Defendants United States Olympic and Paralympic Committee (USOPC) and Mac Brown (Brown) in this matter.

2. On March 12, 2026, I caused true and correct copies of the following documents to be served upon all counsel of record via the Court's CM/ECF system:

   a. Reply Brief in Further Support of Defendants USOPC's and Brown's Motion to Dismiss;

   b. This Certificate of Service.

3.    In accordance with this Court's judicial preferences, on March 13, 2026, two copies of those filed documents will be sent by regular mail to the Chambers of the Honorable Katharine S. Hayden, U.S.D.J.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 12, 2026

*s/ Barry T. Albin*
Barry T. Albin
Christopher Porrino
Jarrett R. Schindler
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
(973) 597-2500
balbin@lowenstein.com
cporrino@lowenstein.com
jschindler@lowenstein.com

*Attorneys for United States Olympic and Paralympic Committee and Mac Brown*

-2-