Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as*
*Premier Fencing Club), Abdelwahab Abdelaziz (a/k/a Abdel Aziz),*
*USA Fencing Association (incorrectly pleaded as USA Fencing), and*
*Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH, | Civil Case No. 2:25-cv-18011-KSH-AME |
| Plaintiff, | |
| v. | |
| PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE, | **CONSENT ORDER** |
| Defendants. | |

AND NOW, IT IS ORDERED on this ___ day of _____, 2026, on consideration of the stipulation to extend the time for defendant Premier Fencing Club & Sports Corp., incorrectly pleaded as Premier Fencing Club ("Defendant"), to reply with respect to Defendant's Motion to Dismiss, with current Motion Day scheduled as April 3, 2026, as follows: Defendant shall submit its reply on April 13, 2026, extended from March 30, 2026.

Defendant has not made a previous request for an extension to reply.

Dated: March 27, 2026

**GOLDBERG SEGALLA LLP**


By: _/s/ Aimée S. Lin_
        Aimée S. Lin, Esq.

711 Third Avenue, Suite 1900
New York, New York 10017-4013
*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp.*
*(incorrectly pleaded as Premier Fencing Club),*
*Abdelwahab Abdelaziz (a/k/a Abdel Aziz),*
*USA Fencing Association (incorrectly pleaded*
*as USA Fencing), and Shannon Daugherty*
*(incorrectly pleaded as Shannon Dougherty)*



Dated:_____

**SPECTOR GADON ROSEN
VINCI P.C.**


By: _/s/ Susan M. Cirilli_
        Susan M. Cirilli, Esq.

305 Broadway, 7th Floor
New York, New York 10007
*Attorneys for Plaintiff*






SO ORDERED,




_____
Hon. Katharine S. Hayden, U.S.D.J.

2