Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
<u>Mailing address</u>:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club),*
*Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded*
*as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>       Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br>ABDEL AZIZ, USA FENCING,<br>SHANNON DOUGHERTY, MAC BROWN,<br>and UNITED STATES OLYMPIC AND<br>PARALYMPIC COMMITTEE,<br><br>       Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br><br>**REPLY CERTIFICATION OF**<br>**CLAUDIA A. COSTA, ESQ. IN**<br>**FURTHER SUPPORT OF MOTION TO**<br>**DISMISS BY DEFENDANT PREMIER**<br>**FENCING CLUB & SPORTS CORP.** |

I, Claudia A. Costa, Esq., of full age, hereby certify as follows:

1.       I am an attorney admitted to practice law before this Court and represent defendants

Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club) ("Premier"),

USA Fencing Association (incorrectly pleaded as USA Fencing) ("USA Fencing"), Shannon

Daugherty (incorrectly pleaded as Shannon Dougherty) ("Daugherty") and Abdelwahab Abdelaziz

(a/k/a Abdel Aziz) ("Aziz"), in the above-captioned matter. I make this Certification in Support of

the Motion to Dismiss by defendant Premier to dismiss the Complaint of plaintiff Dinah Yukich ("Plaintiff").

2. Attached as <u>Exhibit A</u> is a true and correct copy of the unpublished decision in *Jovanovic v. United States Olympic & Paralympic Comm.*, No. 22-2098, 2025 U.S. Dist. LEXIS 79892 (D.N.J. Apr. 28, 2025).

3. Attached as <u>Exhibit B</u> is a true and correct copy of the unpublished decision in *McKenzie v. United States Tennis Ass'n Inc.*, No. 22-615, 2024 U.S. Dist. LEXIS 146453 (M.D. Fla. Aug. 16, 2024).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted,

By: */s/ Claudia A. Costa*
Claudia A. Costa, Esq.

Dated: April 13, 2026

2