Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
<u>Mailing address</u>:  PO Box 847, Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, NJ 07102-5423
973-681-7000
Fax:  973-681-7101
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club),*
*Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded*
*as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>            Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB,<br> ABDEL AZIZ, USA FENCING,<br> SHANNON DOUGHERTY, MAC BROWN,<br> and UNITED STATES OLYMPIC AND<br> PARALYMPIC COMMITTEE,<br><br>            Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br><br>**CERTIFICATION OF SERVICE** |

I, Claudia A. Costa, hereby certify that true and correct copies of the foregoing Certification of Claudia A. Costa, Esq., together with exhibits, and brief in support were served via CM/ECF on this 13th day of April, 2026 upon all counsel of record

Dated: April 13, 2026                         */s/ Claudia A. Costa*
                                        Claudia A. Costa, Esq.