DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

**DINAH YUKICH**

Plaintiff(s),

v.

PREMIER FENCING CLUB, et al.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:25-cv-18011-KSH-AME

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: **Samuel L. Marranca**

Firm: **Spector Gadon Rosen Vinci P.C.**

Address: **One Logan Square, Suite 1800**

**130 N. 18th Street**

**Philadelphia, PA  19103**

Email: **smarranca@sgrvlaw.com**

Phone: **215-241-895**

Admitted on behalf of: **Plaintiff, Dinah Yukich**