**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **DINAH YUKICH,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | **NO. 2:25-cv-18011-KSH-AME** |
| **PREMIER FENCING CLUB,** *et al.*, | **NOTICE OF WITHDRAWAL OF** |
| **Defendants.** | **APPEARANCE OF COUNSEL** |

To the Clerk of Court and all parties of record:

      **PLEASE TAKE NOTICE** that, pursuant to Local Rule 102.1, the undersigned hereby withdraws his appearance as counsel for Plaintiff Dinah Yukich ("Plaintiff"). Susan M. Cirilli, Esquire, of Spector Gadon Rosen Vinci P.C., will remain as counsel for Plaintiff.

Dated: July 20, 2026               **SPECTOR GADON ROSEN VINCI P.C.**

                                    By:  */s/ Samuel L. Marranca*
                                    Samuel L. Marranca, Esq. (*pro hac vice*)
                                    130 N. 18th Street, Suite 1800
                                    Philadelphia, Pennsylvania 19103
                                    (215) 241-8895
                                    smarranca@sgrvlaw.com