**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>*Plaintiff*,<br><br>v.<br><br>PREMIER FENCING CLUB; ABDEL AZIZ; USA FENCING; SHANNON DOUGHERTY; MAC BROWN; AND UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>*Defendants*. | Civil No.: 25-cv-18011 (KSH) (AME)<br><br>**ORDER** |

**THIS MATTER** having come before this Court on the motion for leave to file sur-reply (D.E. 17) filed by plaintiff Dinah Yukich; the motion to dismiss (D.E. 10) filed by defendants USA Fencing, Shannon Daugherty, and Abdel Aziz; the motion to dismiss (D.E. 16) filed by defendants United States Olympic and Paralympic Committee and Mac Brown; and the motion to dismiss (D.E. 24) filed by defendant Premier Fencing Club; the motions having been fully briefed; and for the reasons set forth in the opinion filed herewith,

**IT IS,** on this 30th day of September, 2026,

**ORDERED** that the motions (D.E. 10, 16, 17, 24) are GRANTED, and the complaint is dismissed with prejudice; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.