**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DINAH YUKICH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PREMIER FENCING CLUB, *et al.*,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 2:25-cv-18011-KSH-AME**<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS** |

TO:

Aimee Sato Lin, Esquire
GOLDBERG SEGALLA LLP
1037 Raymond Boulevard
Suite 1010
Newark, NJ 07928

Barry T. Albin, Esquire
Jarrett R. Schindler, Esquire
Christopher S. Porrino, Esquire
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068

Claudia Alejandra Costa, Esquire
GOLDBERG SEGALLA
711 3rd Ave #1900
New York, NY 10017

PLEASE TAKE NOTICE that on November 16, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiff Dinah Yukich shall move before the Honorable Katharine S. Hayden, at the Frank R. Lautenberg Post Office and Courthouse, Courtroom 5, Newark, New Jersey 07102 for an Order, pursuant to Local Civil Rule 7.1(i) and Federal Rule of Civil Procedure 59(e), granting reconsideration of the Court's Order and accompanying Opinion entered on September 30, 2026, which granted Defendants' motions to dismiss, dismissed

Plaintiff's Complaint with prejudice, and directed the Clerk of Court to close the case.

PLEASE TAKE FURTHER NOTICE that, upon such reconsideration, Plaintiff will seek an Order vacating the Court’s Order and Opinion dated September 30, 2026, reinstating the Complaint, reopening the case, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, and filed contemporaneously herewith pursuant to Local Civil Rule 7.1(i), Plaintiff relies upon the accompanying Brief in Support of Plaintiff's Motion for Reconsideration, which sets forth concisely the matters and controlling decisions the Court overlooked, the Declaration of Susan M. Cirilli, Esquire and the exhibits annexed thereto, and a proposed form of Order. A proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that, because this Motion is governed by Local Civil Rule 7.1(i), no reply papers may be filed absent leave of Court. Plaintiff does not request oral argument pursuant to Local Civil Rule 78.1.

SPECTOR GADON ROSEN VINCI P.C.

By: /s/ Susan M. Cirilli

Susan M. Cirilli, Esq. (017972012)
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8887
Email: scirilli@sgrvlaw.com
***Attorney for Plaintiff, Dinah Yukich***

Dated: October 14, 2026