**CERTIFICATION OF SERVICE**

I certify that on the date set forth below, a true and correct copy of the foregoing Notice of Plaintiff's Motion for Reconsideration, the Memorandum of Law, the Certification of Susan M. Cirilli, Esq. with Exhibits, and the proposed form of Order, was filed via the Court's CM/ECF system, which will serve notice on all counsel of record.

*/s/ Susan M. Cirilli*
Susan M. Cirilli, Esq.

Dated: October 14, 2026