**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DINAH YUKICH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PREMIER FENCING CLUB, *et al*.,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 2:25-cv-18011-KSH-AME**<br><br>**CERTIFICATION OF SUSAN M. CIRILLI, ESQUIRE IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS** |

I, Susan M. Cirilli, Esq., of full age, certify as follows:

1. I am an attorney with Spector Gadon Rosen Vinci P.C., counsel for Plaintiff Dinah Yukich in this matter. I make this Certification in support of Plaintiff's motion for reconsideration of the Court's Order and Opinion Dated September 30, 2026. I have personal knowledge of the facts set forth below.

2. Defendants Abdel Aziz, Shannon Dougherty, and USA Fencing filed their motion to dismiss on December 23, 2025.

3. On January 6, 2026, Plaintiff filed her opposition to Defendants Abdel Aziz, Shannon Dougherty, and USA Fencing's motion to dismiss.

4. Defendants Mac Brown and United States Olympic and Paralympic Committee filed their motion to dismiss on January 19, 2026.

5. On March 5, 2026, Plaintiff filed her opposition to Defendants Mac Brown and

United States Olympic and Paralympic Committee's motion to dismiss.

6. Defendant Premier Fencing Club filed its motion to dismiss on March 10, 2026.

7. On March 23, 2026, Plaintiff filed her opposition to Defendant Premier Fencing Club's motion to dismiss.

8. On September 30, 2026, the Court entered an Order and accompanying Opinion granting Defendants' motions to dismiss, dismissing Plaintiff's Complaint with prejudice, and directing the Clerk of Court to close the case.

9. Plaintiff files the instant Motion for Reconsideration seeking an Order vacating the Court's Order and Opinion dated September 30, 2026, reinstating the Complaint, reopening the case, and granting such other and further relief as the Court deems just and proper.

10. A true and correct copy of the Court's Order and Opinion dated September 30, 2026 are attached hereto collectively as Exhibit "A".

11. A true and correct copy of the unpublished decision of is attached hereto as Exhibit "B".

12. A true and correct copy of the 2026-2027 USA Fencing Membership Renewal Waiver is attached hereto as Exhibit "C".

SPECTOR GADON ROSEN VINCI P.C.

Dated: October 14, 2026

By: /s/ Susan M. Cirilli

Susan M. Cirilli, Esq. (017972012)
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8887
Email: scirilli@sgrvlaw.com
***Attorney for Plaintiff, Dinah Yukich***