# EXHIBIT

# "C"

Home | USA Fencing | USA Fencing — USA Fencing | Page not found | www.usafencing.

https://member.usafencing.org/membership/renew/waiver

disclose the existence, content, or results of any arbitration hereunder to a non-party without the prior written consent of all parties. USA Fencing reserves the right to move a case, complaint or dispute to arbitration at any time.

DATA SHARING: I understand and agree that USA Fencing may share my personal information, including but not limited to contact details, competition participation, and disciplinary or eligibility status, with oversight and regulatory bodies including, but not limited to, the United States Olympic & Paralympic Committee (USOPC), Fédération Internationale d'Escrime (FIE), World Para Fencing/World Ability sport (WPF/WAS), U.S. Center for SafeSport, and the U.S. Anti-Doping Agency (USADA), as required or appropriate for compliance, eligibility, safety, or regulatory purposes.

DATA USAGE: I understand and agree that USA Fencing may use my personal data for internal purposes including but not limited to marketing analysis, wealth screening, sponsorship prospecting, member engagement strategies, and data segmentation. I also agree that USA Fencing may use my data to send communications on behalf of official USA Fencing sponsors or partners. USA Fencing will not sell personal data to third parties and will ensure appropriate safeguards for handling sensitive information.

MOBILE COMMUNICATIONS: By agreeing to this waiver, you agree to receive text messages from USA Fencing for informational, transactional, and promotional purposes. Message frequency may vary, and message/data rates may apply. Mobile information will not be shared with third parties for marketing purposes. To opt out at any time, reply STOP. By agreeing to receive messages from USA Fencing, you acknowledge and accept these terms.

USE OF NAME, IMAGE, AND LIKENESS: I grant USA Fencing the right to use, reproduce, and distribute my name, image, likeness, voice, and any photographs, recordings, or other depictions of me taken during or in connection with my fencing participation for promotional, informational, or marketing purposes, in any medium and without compensation. I also release and indemnify USA Fencing and its designees from any claims, liabilities, or damages arising from such usage, including in the context of public notices, rankings, awards, eligibility status, or disciplinary action.

FOR PARENTS/GUARDIANS OF PARTICIPANTS OF MINORITY AGE (UNDER AGE 18 AT TIME OF REGISTRATION)This is to certify that I, as parent/guardian with legal responsibility for this participant, do consent and agree to his/her release as provided above of all the Releasees, and, for myself, my heirs, assigns, and next of kin, I release and agree to indemnify and hold harmless the Releasees from any and all liabilities incident to my minor child's involvement or participation in these programs as provided above, EVEN IF ARISING FROM THE NEGLIGENCE OF THE RELEASEES, to the fullest extent permitted by law.

Signature

Dinah Yukich (I do not consent to arbitration)

## 2026-27 USA Fencing's MAAPP and FenceSafe Handbook Waiver

**2026-27 USA Fencing's MAAPP and FenceSafe Handbook Waiver**

READ BEFORE SIGNING In consideration and as a condition of my and/or my minor child's being granted membership in the United States Fencing Association ("USA Fencing") and/or being allowed to participate in any way in USA Fencing and its related events and activities, I acknowledge and agree, on my own behalf and on behalf of any child or other person for whom I am signing this document ("I" or "myself" or "my" being construed hereinafter to include all such persons), as follows:

All participants in USA Fencing sanctioned activities, including athletes, coaches, referees, volunteers, and staff are required to comply with the U.S. Center for SafeSport's Code, FenceSafe, and the Minor Athlete Abuse Prevention Policies (MAAPP).

Anyone over the age of 18 who becomes aware of or suspects an incident of abuse, misconduct, or a policy violation is considered a mandatory reporter.

83°F Mostly sunny | Search | 5:04 PM 8/19/2026