Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club), Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br>**PROPOSED ORDER** |

**THIS MATTER** having come before the Court on the motion of Spector Gadon Rosen Vince, P.C., attorneys for plaintiff Dinah Yukich ("Plaintiff"), for an Order vacating the Court's Order and Opinion dated September 30, 2026; and

The Court having considered the moving papers and argument of counsel, if any, and for good cause shown,

**IT IS** on this _____ day of ____________________, 2026,

**ORDERED** that the Motion of Plaintiff is hereby **DENIED** in its entirety; and it is further

**ORDERED** that a copy of this Order shall be served on all counsel of record through CM/ECF.

________________________________________

, U.S.D.J.

Dated: ______________, 2026

[ ] Opposed

[ ] Unopposed