Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants*
*Premier Fencing Club & Sports Corp. (incorrectly pleaded as Premier Fencing Club), Abdelwahab Abdelaziz (a/k/a Abdel Aziz), USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER FENCING CLUB, ABDEL AZIZ, USA FENCING, SHANNON DOUGHERTY, MAC BROWN, and UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>Defendants. | Civil Case No. 2:25-cv-18011-KSH-AME<br><br>**CERTIFICATE OF SERVICE** |

On November 2, 2026, I caused to be served Defendant’s Opposition to Plaintiff's Motion for Reconsideration of the Court’s September 30, 2026 Opinion and Order, including the Brief in Opposition and Proposed Order, upon all counsel of record via the Court's CM/ECF system

I hereby certify that the foregoing statements by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: */s/ Claudia A. Costa*

Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
1037 Raymond Boulevard, Suite 1010
Newark, New Jersey 07102-5423
973-681-7000
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Premier Fencing Club & Sports Corp (incorrectly pleaded as Premier Fencing Club), Abdelwahab Abdelaziz (incorrectly pleaded as Abdel Aziz), USA Fencing Association (incorrectly pleaded as USA Fencing), and Shannon Daugherty (incorrectly pleaded as Shannon Dougherty)*

Dated: November 2, 2026